IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF TEXAS
Galveston DIVISION

United States Courts
Southern District of Texas
FILED

FEB 11 2022

Nathan Ochsner, Clerk of Court

**Plaintiff's name and ID Number:** Industrial Workers of the World - Incorporated Workers Organising Committee - Local 613 #1 Delegate / X386969 / Julio A. Zuniga #1961551

**Place of Confinement:** Memorial Plantation

Texas Board of Criminal Justice (Patrick O'Daniel)

Texas Dept. of Criminal Justice

V.

Bobby Lumpkin
Bryan Collier
Huntsville, Texas 77342

**Defendant's name and address:** MSPC - Tammy Shelby / SCFO Chief Gositta Persich

CASE NO. _____
(Clerk will assign the number)

## APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Julio A. Zuniga, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☐   No ☒
   e. Family or friends?   Yes ☒   No ☐
   f. Any other sources?   Yes ☐   No ☒

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   Birthday, Christmas, and Stimulus, was sent home.

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes ☐   No ☒

   If you answered **YES** to any of the questions above, state the total value of the items owned.

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐        No ☒

If you answered **YES**, describe the property and state its approximate value.

_____
_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the  24  day of  JANUARY , 20 22 .

Industrial Workers of the World - Incarcerated Workers Organising Committee Local 613 #1

_Julio A. Zuniga_  #1961551
Signature of Plaintiff / ID Number
(DELEGATE) X386969

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**