United States Courts
Southern District of Texas
FILED

MAR 02 2022

Nathan Ochsner, Clerk of Court

3:22-cv-52

## Failure to Qualify for Indigent Supplies

__ZUNIGA, J__  __196/557__  __K-112__
Inmate's Name    TDCJ #    Housing Assignment

☑ You failed to qualify for supplies (e.g. not indigent, commissary restricted, request was incomplete, no justification of need, no signature, not your designated supply day, <u>request not submitted in your ISE</u>, etc.). STAMPED ENVELOPE
☐ You failed to exhaust previously issued supplies. WAS DE-STAMPED AND
☐ You failed to qualify for sealed mail, open and resubmit. CONTENTS STOLEN, PLACED
☐ You failed to qualify for inmate/inmate correspondence, submit an ATCP-03. IN LAW LIBRARY BOX
☐ You have already been issued your monthly allotted personal postage.
☐ The letter(s) you submitted for postage failed to comply with ATC-034, examples 3 and/or 4. TO USE AS PRE-TEX
☐ Postage will not be issued for questionable (e.g. homemade envelopes, recycle envelope, etc.) mail.
☐ You were not issued carbon paper, because you failed to exchange. TO OPEN SEALED (MEDIA MAIL)
☐ You were not issued a pen, because you failed to exchange. BY ALEXANDRIA Ford
☐ You failed to qualify for a writ envelope (e.g. address, court date, # of pages, etc.). Timothy Williams
☐ Postage will only be provided for correspondence. WILLIE RATLIFFE
☐ Other: _____

# Indigent Supply Request Form

*Failure to complete this form correctly may result in you not receiving the supplies you requested.*
(Print Clearly)

NAME: _____  TDCJ#: _____  DATE: _____

SIGNATURE: _____           HOUSING: _____

You must utilize and exhaust your previous issuance prior to completing a new request for supplies. Justification to receive the below requested supplies must be placed **on the back of this form** (e.g. already exhausted previously issued supplies, active litigation and/or cause number to include court information, etc.). In accordance with BP-03.91, funds expended by the TDCJ for postage and stationery for indigent offenders shall be recouped by the TDCJ from funds later deposited in the offender's ITF account.

**DO NOT WRITE** in the "Issued" or "Office Use Only" columns (law library use only).

| Personal | | Supplies | Legal | |
|---|---|---|---|---|
| Requested | Issued | *Office Use Only* | Requested | Issued |
| | | Paper | | |
| | | Carbon Paper (exchange provide ☐ Yes ☐ No) | | |
| | | Business Envelope (may not exceed 5 per month for personal) | | |
| | | Writ Envelope (requires justification) | | |
| | | Pen (exchange provide ☐ Yes ☐ No) | | |
| # of letters requesting postage | ___ @ $.___ | *Office Use Only* | # of letters requesting postage | ___ @ $.___ |
| | ___ @ $ ___ | | | ___ @ $ ___ |
| | ___ @ $ ___ | | | ___ @ $ ___ |

I-302 (Rev. 03/17)

United States Courts
Southern District of Texas
FILED
MAR 02 2022
Nathan Ochsner, Clerk of Court

*[Envelope, upside-down return address:]*

c/o Matt Brezney
Mongoose Distro · Cura-Media
P.O. Box 220069
Brooklyn, NY 11222

*[Sender:]*

JULIO (A) ZUNIG(A) #1961551 "IWW-IWOC Local 613 #1" (DELEGATE)
MEMORIAL PLANTATION
59 DARRINGTON RD.
ROSHARON, TEXAS 77583

*[Postmark:]* NORTH HOUSTON TX 773 · 28 FEB 2022 PM 6 L

*[Filed stamp:]*
United States Courts
Southern District of Texas
FILED
MAR -2 2022
Nathan Ochsner, Clerk of Court

*[Addressee:]*

CASE NO: 3:22-CV-00052
UNITED STATES DISTRICT COURT
601 ROSENBERG STREET
GALVESTON, TEXAS 77550

77550-179999