

*THE C.I. SUE IS SPEAKING OF IS NAMED*
*IN CASE NO: 3:21-CV-0096 (OFFICER GARCIA)*
*G.I.*

*BOBBY LUMPKINS, PITBULL*
*BRYAN COLLIERS*

**End indefinite restrictive housing in TDCJ**
February 9 at 9:24 AM

*EVIDENCE FOR:*
*3:22-CV-0052*

*TWW - Iwoe*
*OCAL 613 #1*
*DELEGATE)*
*JULIO A. ZUNIGA*
*FAILED TO INFORM.*

I have debated posting about an issue I was informed about over a week ago but I preferred to remain transparent with the public when it comes to the treatment and actions of the administration. I received a phone call informing me that the G.I at the memorial unit was showing excerpts of letters to others and a shortened list of others who are on the monthly mailing list. The G.I did this in an effort to create distrust among groups in an effort to prevent progress. What the G.I failed to realize is that no one person on the mailing list is aware of who else receives my mail unless they choose to talk about it amongst themselves, I don't share information or disclose anything that would create a security risk but the actions of the G.I could have potentially put mens lives in danger and create issues among groups who have been working together peacefully for over a year. His goal in this careless and dangerous action is to make the men question my motives and prove affiliation to prevent reform from occurring. My motive for this is simple and much like yours. Someone I care about is housed within the walls of one of the 12 units that house Restrictive housing and the negative effects of the housing became apparent shortly after receiving a letter after no contact for 10yrs. The changes were so drastic that I couldn't shrug it off. The more I looked into the Ashker case the more it became apparent that this was not only necessary but winnable. That person helped me reach others across the state at each of the units from there. Those people helped me reach out to other groups as of now we have 35 people on the monthly mailing list and the support of over 300 ppl within the walls from ALL groups.

Now if you know anything about the units you know you cannot simply work to have one group released from the housing Reform by designed is a all or nothing effort and thus far all men have been working diligently and with a respect for eachother that proves they are not the main security risk but the G.I at the memorial unit is the only one who has caused a security concern not to mention the illegal nature of his actions and his attempt of slander. My motives, my work the past year has been in an effort to help everyone in restrictive housing, make no mistake, what provoked me to action was one man but what keeps me going is the life and future of everyone I have met over the course of the last year. The arrests and dismissals of guards who use excessive force and are negligent in their job duties prove one thing: there is a drastic need for reform and a gross lack of transparency on the administration's part and their guards' willingness to break laws in an effort to hide their failures and secure their jobs even if it create the same security risk they have designed this harmful housing around preventing. Up until this point I have not released the names of guards who have been reported to me about abusing their power or been involved in questionable deaths in custody on this site. Only giving that information to the Governor, OIJ and national institute of justice privately so that they may look into the matters themselves. If the G.I or administration thinks this desperate effort is enough to scare me into giving up on the over one thousand men being neglected and abused by the system, they are going to have to try a hell of a lot harder, but I will say that the TDCJ has a long year ahead of them.

Micah Moses Miller, SirJustin Andersen and 4 others — 9 Shares

Like — Comment — Share

Write a comment...

**End indefinite restrictive housing in TDCJ**
February 9 at 6:42 AM

https://www.everythinglubbock.com/.../a-living-hell.../



Constitutional Implications of Restrictive Housing

The prison setting imposes greater than normal restrictions on liberty, privacy, and communication. As a result, the prison comes under greater legal scrutiny regarding extent of the restrictions and deprivations of those restrictions and deprivations. Within the prison setting, the placement of inmates in restrictive housing or administrative segregation generates even greater judicial scrutiny due to the level of restriction, reasonableness of the placement and the indeterminate length of the segregation. Even with the proper policies in place, the conditions and programming in restrictive housing require careful review and attention for any correctional facility. In the past few decades, prisoners and prisoner right advocates have successfully challenged many departments on the use of restrictive housing. The following presents a brief overview of the areas in which departments have faced legal challenges.

## First Amendment

*"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble and to petition the Government for a redress of grievances."*

Challenges on First Amendment grounds include:

- Restrictions to religious expression
- Restrictions to religious services including group participation
- Restrictions to possessing religious materials
- Limitations adhering to religious diets
- Denial of access to reading materials
- Restrictions on access to outside communication including personal contacts and the press
- Restrictions on visitation

## Fourth Amendment

*"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized*

The expectation of privacy inherent in whether a search is reasonable or not is significantly reduced in the prison environment. This reduced expectation of privacy, and the reasonableness of a search of an inmate's property is expanded in the administrative segregation setting due to safety and security concerns and therefore subject to greater scrutiny by the court.



CRIME AND JUSTICE INSTITUTE

This project was supported by Grant No. 2013-DP-BX-K011 awarded by the Bureau of Justice Assistance. The Bureau of Justice Assistance is a component of the Office of Justice Programs, which also includes the Bureau of Justice Statistics, the National Institute of Justice, the Office of Juvenile Justice and Delinquency Prevention, the Office for Victims of Crime, and the Office of Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking. Points of view or opinions in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice.

1 of 3

      





# End indefinite restrictive housing in TDCJ

@EndAdSegTX · Community Organization

■ Send message

Typically replies within an hour

| Home | About | Community | Photos | More ▽ | ■ Liked | ■ ··· |  |

## About                                                                 See all

■ P.O Box 671 Kaukauna, WI 54130

■

■ Demanding TDCJ put an end to indefinite restrictive housing. 4,400 people and over half will never get a chance to attend programming before release t... **See more**

■ 423 people like this including 164 of your friends



■ 456 people follow this

■ (920) 205-7716

■ Typically replies within an hour
Send message ■

■ endadsegtx@gmail.com



Community Organization · Legal · Nonprofit Organization

## Photos See all

## Videos See all



Its time to hold the TDCJ accountable for the numerous rights violations. For allowing a...

Micah Moses Miller, Grant Cook and 13 others
465 views · 12 weeks ago

## 🅕 Page transparency See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - January 7, 2021

      



TANAG.SUBSTACK.COM
**Aaron Striz has been tortured in Texas prison for two decades**
The UN officially considers solitary confinement beyond 15 days to be torture. By that definition, Striz has been tortured, nonstop, his entire adult life. Now he's doing something about it.

2 Shares

Like          Comment          Share

 Write a comment...

---

 **End indefinite restrictive housing in TDCJ**
February 11 at 9:00 AM

The work we are doing, the issues the public is now reading in the headlines is just the start of what will be a busy year for us. I want to thank everyone who is fighting along with us to return the men's treatment to some resemblance of humanity. With that being said if your family member was ever involved in use of force with any of the guards listed in these news articles or the additional articles to come, I advise you to contact a lawyer and discuss filing a pretrial m... See more



NEWS.YAHOO.COM
**Two more TDCJ correctional officers at Robertson Unit charged with official oppression**
At least seven correctional officers at TDCJ's Robertson Unit north of Abilene in Jones County have be...

**Reach more people with this post**
You could reach up to 270 people daily by boosting your post for $14.

 



EVERYTHINGLUBBOCK.COM
**'A living hell:' Family calls for justice after medical neglect in Garza Co., TDCJ**
LOCKNEY, TX — A Lockney family called for justice and said their son's life was cut short by medical n...

**Reach more people with this post**
You could reach up to 270 people daily by boosting your post for $14.

2 Shares

 Like     Comment     Share

 Write a comment... 

**End indefinite restrictive housing in TDCJ**
February 7 at 5:35 AM

As the TDC is painting "know your worth" on the walls of the units as a way to discourage suicides the numbers are on the rise. According to the Custodial Death Report I have found 4 additional suicides that occurred in the first 30 days of the New Year. Telling someone to know their worth and yet treating them as if they have none is not going to reduce the number of needless deaths within the units. Allowing these men to attend programs showing them their chance of success far out weights their protentional future risk to security, ensure they have the out of cell time daily to lower the harm caused by solitary like conditions, allowing them the positive benefits of contact visits on their mental health that is how they will begain to "Know their worth".
Its long past time we call on the Texas House of representatives to implement policy changes that restore the worth of the Corrections department thus restore the humanity these men are denied on a daily basis. It's clear the staff shortages within the TDCJ are here to stay so when do we stop allowing the short of staff excuse to be the end of the conversation? When do we as the public demand legislative action instead of murals? We have 365 days to show your elected officials of Texas what the voters demand for the 88th legislative session and that is the desperate need for Prison Reform. It's time to call for the end of Restrictive Housing, an end to excessive force, an end to the torture inflicted upon your loved ones. Please continue to email your district representatives and demand prison reform ahead of the 88th legislative session. A link to the Texas House of representatives can be used to find your rep and bring you to the email form.



    

**Create Page**

Privacy · Terms · Advertising · Ad Choices  · Cookies · More · Meta © 2022

**Create post**

Photo/video          Check in          Tag friends

**Pinned post**

 **End indefinite restrictive housing in TDCJ**
August 18, 2021 ·

I am asking each of you to please copy and paste this message and use the email contact form online for your district representatives add your contact info and paste this message so that the house members can see what their constituents want changed in their local government. A link to all house members will be added at the bottom of this post. Thank you

To whom it needs to concern. I am writing to you as a concerned citizen and I ask that you hear my concerns. I'm sure it c... **See more**



HOUSE.TEXAS.GOV
**Texas House of Representatives**
Website for the Texas House of Representatives. Provides information on legislation, committees, Tex...

 Micah Moses Miller and 8 others                        4 Comments  7 Shares

 Like           Comment           Share

**Other posts**

 **End indefinite restrictive housing in TDCJ**
February 11 at 9:09 AM ·

## IWOC Branch Bylaws

### Article 1: Purpose

Industrial Workers of the World Branches in prison are governed by the IWW Constitution and Bylaws and do the following:

- Contribute to the formation of Industrial Union 613.
- Educate their members on the revolutionary unionizing principles of the IWW.
- Organize incarcerated people to improve conditions, build solidarity among workers, and abolish prisons and slavery.
- Grow the global movement to end capitalism and all oppression, replacing this system with a truly free and just society.

### Article 2: Powers of a Branch and Industrial Union

2.1 IWW Branches can send proposals to the annual IWW Convention and send votes on the proposals of other branches relevant to them. IWW Convention takes place every Labor Day Weekend, the first full weekend in September, and proposals are due 90 days in advance.

2.2 Branches can nominate a member to serve on the IWOC Steering Committee and also have the power to send formal proposals to the IWOC Steering Committee or all other branches and organizing groups in the IWOC network.

2.3 Once there are at least 5 IUBs in 613 with a total of at least 100 members they may request an Industrial Union Charter from the General Executive Board of the IWW to become a self-governed IWW body. As an Industrial Union, members in 613 will create their own governance structure, their own dues rates and initiation fees (or continue to accept the current dues waiver being offered by the union), and direct the struggle for educating, organizing, and emancipating the entire prison industry.

### Article 3: Member Expectations and Rights

3.1 Due to conditions in prisons, incarcerated members of the IWW are not expected to pay dues as of July 2017. However, Members are expected to:

1. Educate themselves on the IWW, prison industry, and the liberation of all people
2. Participate in organizing their prison and prison system including engaging their peers, electing officers, and doing what is necessary to improve conditions

1

3. Connect with friends, family, or contacts outside, in other prisons, and with IWOC to grow the power of our organization

3.2 Members will join through an elected delegate, inside or outside prison. All groups of members will be sent the Incarcerated Worker publication, to which members are encouraged to send articles, art, or other submissions.

3.3 Members have the power to elect or remove local officers.

The IWW is a member run organization, the power and responsibility is yours.

**Article 4: Decision Making and Elections**

*Branch Decision-Making*

4.1 Voting: One member, one vote, is the rule. Majority, defined as 50% plus 1, determines the course. Collection of votes should be done appropriate to local conditions.

4.2 Meetings: Meetings should happen on a regular schedule (week or bi-weekly for example). When in person meetings are not possible, proposals may be circulated for approval, or discussion coordinated through a committee of elected delegates. Those responsible for collecting votes or coordinating meetings should rotate to grow skills and share power.

4.3 Quorum: No formal branch decision can be made without a quorum of 5 members voting, and the greatest number possible should be included in the vote. Mass participation and democracy create mass buy in and collective power.

4.4 Power to the oppressed: Those most impacted by any issue should take the lead, with others supporting them as appropriate.

4.5 Conflict: Conflict should be addressed directly between members who have an issue with one another. Talk to each other, or talk with a mediator. They will try to divide us, let us work out conflict directly. No one is perfect nor above critique. However, we don't have to agree on everything: hence majority based decision-making.

4.6 Suspending Membership and Appeals (the IWW's Charges Process Article III of the General Bylaws): If necessary a member may have their membership suspended or expelled if, after an investigation with the ability to defend themselves, they are shown to be working against the interests of their Branch or the principles and practices of the IWW. This must be confirmed by a majority vote of the Branch. A member may appeal their suspension or expulsion through GHQ and the hearing of a neutral Branch, or ultimately to the annual IWW Convention. Contact the IWOC Steering Committee or IWW General Headquarters for assistance.

4.7 Meetings shall be conducted as closely as possible to the following agenda: (1) Opening and Calling Meeting to Order (includes election of recording secretary ("note taker"), chairperson ("facilitator"), and timekeeper; (2) Introductions; (3) Guest Presentations (to be approved by a vote); (4) Reading of Previous Meeting Minutes; (5) Urgent Business; (6) Determine time, date, and location of next month's meeting; (7) Review of Applications for Membership (if requested by membership); (8) Reports of shops (official and unofficial), delegates, committees (standing and special) and members; (9) Official Reports (Secretary-Treasurer; includes financial report, communication and bills); (10) Unfinished Business (11) New (non-urgent) Business (12) Nominations, Elections, and Installations; (13) Good and Welfare (14) Meeting Evaluation and Miscellaneous Items; (15) Adjournment

4.8 Meetings can be conducted using the IWW's Rusty's Rules or other meeting formats that best facilitate members. Members may cast votes by proxy.

*Branch Elections*

4.9 Branch Officers will be elected by a majority vote of the membership on an annual basis, with special elections to add or replace officers as needed. Secret ballots are encouraged. Elections should be held in February to give new officers time to get in touch with the IWOC outside liaisons prior to the annual IWOC conference. Nominations should occur one month before the election. New terms start one month after new officers are voted in.

*Annual Voting*

4.10 All members will have a vote in annual IWW Officer Elections and Proposals. Election Committees (formed by branch members as needed to help each other with voting) or Branch Secretaries along with Delegates should ensure all members are able to vote and to work with delegates to compile and get votes sent in. Ideally the Election Committee or Branch Secretary will send several members votes in together to reduce postage costs.

4.11 "Meetings" or consistent times by which votes on proposals should be counted and decisions made should happen on a regular and at least monthly basis. Emergency meetings may also be called by the agreement of at least three Branch Officers, or five active IWW members, though emergency initiative may sometimes require the decision of smaller groups. If decisions are made without a quorum (fewer than 5 members) during extreme circumstances, such as lockdowns or mass transfers, these members should make it clear that they are acting in their own personal capacity and not on behalf of the branch.

**Article 5: Officers**

5.1 Branch Officers are delegated by the members to lead by following the wishes of the membership and encouraging their development as organizers and revolutionaries. If a branch does not exist, the IWW General Secretary-Treasurer may designate Delegates to sign up new members until a local group is ready to do so on their own.

5.2 One Year Terms: As elected officers, they are entrusted with crucial tasks by the membership and the organization as a whole. All officers will have yearly terms unless otherwise specified by the Branch.

5.3 Public Contact Information: Unless otherwise specified, officers should be willing to have their contact information given to other members of IWOC to facilitate communication and mutual support. Ideally we should also share the branch location with the General Executive Board and the secretary's contact information with General Headquarters.

5.4 Removal: If necessary, any local IWW officer not serving their duties can be removed from their position by a majority vote of the local. However we encourage members to build with each other and help identify barriers to members succeeding at their position prior to removal.

**A. Delegates**

Delegates are the face of the IWW inside prisons and the formal connection point between IWOC groups who are not yet branches in prison and IWOC at large. They are responsible to:

    1. Sign up and orient new members

    2. Report monthly to their branch secretary if you have one, or to the IWW General Secretary-Treasurer if there is no branch in your facility.

    3. Encourage members to stay active and become organizers themselves.

    4. Participate in IWW's annual delegate clearance.

*Signing Up New Members*

Delegates are responsible for signing up new members. They should orient new members to the union and ensure that the member fills out a New Member Application. In partnership with IWOC Steering Committee they should be sure that new members receive a current IWW constitution, the One Big Union pamphlet, and a copy of the Incarcerated Worker. They should also give new members access to their branch's by-laws and any other new member orientation materials the branch makes use of.

*Reporting Monthly*

4

Delegates are responsible for submitting monthly reports to the IWW GST. Reports may be submitted through their Branch Secretary or directly to IWW GHQ. Delegates are expected to report every month! The GST will forward a copy to your IWOC liaison so sending just the one copy is fine.

*Keeping Members Active and Becoming Organizers*

Delegates are responsible for staying in touch with members and ensuring they have things to do to stay active.

*Annual Delegate Clearance*

Once a year the delegate should fill out a form letting GHQ know what supplies they have on hand.

### B. Branch Secretaries

Branch Secretaries are the formal link between IWOC Branches in prison and IWW at large. They are elected to ensure that IWW stays informed about the branch and that the branch as a whole is informed and participating in IWW wide processes. Branch Secretaries support members and Delegates to ensure branch functioning and democracy. They are trustworthy people who are good with details, process, people, and communication, and well situated to ensure flow of information.

Branch secretaries are responsible to:

1. Send monthly reports to General Headquarters and to your IWOC liaison. Monthly reports should answer the following questions: 1) When was the last meeting? 2) What are the activities/campaigns/organizing/projects of the branch? 3) How many members do you have? 4) What is the date of the branch's last report to GHQ. 5) Have your delegates been reporting regularly?

2. Ensure branch functioning including elections, delegates, internal communication, and following Branch Bylaws

3. Know up to date information on branch membership and submit a bi-annual report to IWOC with an updated list of members May and November of every year

4. Problem solve and inform Branch members of their rights within IWW

### C. Member of the IWOC Steering Committee

The IWW Incarcerated Workers Organizing Committee is growing into an Industrial Union of people who are incarcerated. Making this growth and organization for freedom happen, in partnership with the Steering Committee and other such members in other IWOC Branches is the role of this officer.

Specifically they are required to

- Regularly communicate, at least monthly, with other members of the Industrial Union Organizing Committee in partnership with the IWOC Steering Committee
- Regularly engage their branch members on the questions involved in growing IWOC and forming an Industrial Union
- Participate in as much steering committee business as possible by phone, mail, or other means of communication

**D. Outside Liaison**

Outside Liaison(s) will serve as the Branch's advocate to the world and IWOC, and form the seed or root of an outside IWW Branch or IWOC Committee in an existing branch. They should therefore be stable, trustworthy, and invested in the people inside. Please note, only IU613 members have rights in IU613, however, outside liaisons do not have to be members of IU613. For example someone in IU640 working as a cashier could be an outside liaison.

The Outside Liaison should:

1. Join the IWW if they are not already a member. Dues are on a sliding scale.
2. Communicate monthly with branch officers, GHQ, the IWOC, and local allies or organizations.
3. Relate information between the branch, IWOC, and the general public
4. Educate oneself about the IWW, IWOC, and the prison system
5. Be on quarterly IWOC call
6. Attend annual IWOC conference if possible

Like all Branch Officers, outside Liaisons should be elected by members inside on an annual basis, though Branches may further grow and differentiate outside tasks as needed (creating an officer for Media, Reentry, Outreach, etc), in partnership with IWOC.

**Article 6: Revision**

These Bylaws may be amended by a majority vote of the Branch. However, Bylaw edits change the rules of the game, so Bylaw changes should be given more time and process to pass. Changes should be discussed at a meeting and then voted on at the following monthly meeting.

...#196155 "IWW-IWOC LOCAL 613 #1") DELEGATE
... PLANTATION
...GTON RD.
..., TEXAS 77583

NATHAN OCHSNER-CLERK
United States District Court
601 Rosenberg Street
GALVESTON, TEXAS 77550

United States Courts
Southern District of Texas
FILED
MAR - 2 2022
Nathan Ochsner, Clerk of Court

...L MAIL