# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

United States Courts
Southern District of Texas
FILED
MAR - 7 2022
Nathan Ochsner, Clerk of Court

Offender Name: Julio A. Zuniga    TDCJ #: 1961551
Unit: Memorial    Housing Assignment: K117T
Unit where incident occurred: Memorial

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Bey / Dorbor / Ms. Hafford    When? 2/19/22
What was their response? Retaliation / Harrassment /
What action was taken? On camera officer retaliation on Union Delegate

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

At aproxmently 7:00pm - 7:15pm on 2-19-22. I am being seen on camera in the P-2 section of the main hallway extracting a stapled 3 piece computer printout dated and time stamped Feb 19, 2022, 5:15pm and labled "Visit" P2 Hallway Sunday. My concern is with all the personal data of the visitors information, of phone numbers, home addresses, and Email contact info, all personal and assuming being private. For any inmate to be able to have his hands on our families and visitors personal contact and home information, it becomes a big deal, it becomes a "Threat" it can become a life treatening situation, a situation of fruad, theft, home invasion, robbery, harrassment, and an opportuinty for a sick and twisted persons thoughts to be turned into reality. People here are not all entirely stupid and have all the time in the world to "Just" sit back and think of ways to "SCAM" or ways to skeem and bring income through trickery, lies, threats, extortion ect. And our family's fear with the thought of their information being stolen or accidentally given to the wrong person in here. This already happens to much (accidently) something needs to be done to fix this mistake to never happen again. The security of our loved one's personal information be threatened, and will not be tollerated. Action must be taken to correct this situation immediatly. These 3 sheets of visitation log had 80 family numbers, addresses, and online Email addresses. These papers cannot get into the wrong hands. Do not fail to realise the reality of this perverted twisted place. This does not include everyone and this is the meaning of bringing this situation to your attention for immediate action. "All Shifts -

FEB 2 5 2022

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

All officers need to understand this.) After Responding This to Sgt. Bey - Safe Prisons/PREA Officer, she sent officer Dorber after me,... It was obvious Sgt. Bey did this, because I told her where my location was going to be,... and an hour later, Officer Dorbor singles me out on camera 2/22/22 - 2:00 - 2:40 in Education on the Pretext that "I wrote on my clothes", an assumption, she made on camera, then Ms. Shannon, in Sgt. Desk hallway immediately find's me guilty without a case being written, indicating a major case was already pre-meditated by these state agents. The video/photos taken should be preserved for integrity of U.S. District Court Evidence. FEB 2 5 2022

**Action Requested to resolve your Complaint.** Conduct an investigation, and begin corrective action on personal families two.

**Offender Signature:** Julio A. Zuniga   **Date:** 2-19-22

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [x] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** Lincoln Lincoln

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission     UGI Initials: _____
Grievance #: 2022068157
Screening Criteria Used: _____
Date Recd from Offender: FEB 2 5 2022
Date Returned to Offender: FEB 2 5 2022

2nd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)     Appendix F

Texas Department of Criminal Justice
*INSTRUCTIONS ON HOW TO WRITE AND SUBMIT GRIEVANCES*

1. *Grievance forms are available from the law library, housing area, shift supervisors, or by contacting the unit grievance office.* After completely filling out the form, place it in the grievance box yourself or hand it directly to the grievance investigator on your unit. *Step 2 appeals must be accompanied by the original, answered Step 1.*

2. An attempt to informally resolve your problem must be made before filing a grievance. *Informal resolution* is defined as any attempt to solve the issue at hand and must be noted on the Step 1 grievance form (I-127). You have 15 days from the date of the alleged incident or occurrence of the issue presented in which to complete the Step 1 grievance form and forward it to the unit grievance investigator (UGI). The Step 1 process may take up to 40 days from the date the unit grievance office receives the Step 1 form to respond. Disciplinary appeals are required to be completed within 30-days. If you are not satisfied with the Step 1 response, you may appeal the Step 1 decision by filing a Step 2 (I-128). You have 15 days from the date returned to offender on the Step 1 to submit the Step 2 to the grievance investigator on the unit. The Step 2 process may take up to 40 days to provide you a written response or 45 days for medical grievances. *Present only one issue per grievance.*

3. *Additional time* may be required in order to conduct an investigation at either Step 1 or Step 2 and in either case; you will be *notified of the extension in writing.*

4. *Complete your grievance using a typewriter or dark ink. If you need assistance filing a grievance or understanding a response, contact your unit grievance investigator.*

5. *The following issues are grievable through the Offender Grievance Procedure.* Remember that you may only file a grievance on issues that PERSONALLY APPLY TO YOU unless you are reporting a sexual assault, sexual abuse, or sexual contact on behalf of another offender.
   * The interpretation or application of TDCJ policies, rules, regulations, and procedures.
   * The actions of an employee or another offender, including denial of access to the grievance procedure.
   * Any reprisal against you for the good faith use of the grievance procedure or Access to Courts;
   * The loss or damage of authorized offender property possessed by persons in the physical custody of the Agency, for which the Agency or its employees, through negligence, are the proximate cause of any damage or loss.
   * Matters relating to conditions of care or supervision within the authority of the TDCJ, for which a remedy is available.

6. *You may not grieve:*
   * State or federal court decisions, laws and/or regulations;
   * Parole decisions;
   * Time-served credit disputes which should be directed to the Classification and Records, Time Section;
   * Matters for which other appeal mechanisms exist;
   * Any matter beyond the control of the agency to correct.

7. *Established criteria that may be applied to regular grievances, to ensure that the offender has used the grievance program responsibly*; however, most grievances may be corrected and resubmitted within 15 days from the signature date on the returned grievance.
   * Grievable time period has expired. (Step 1 grievances must be submitted within 15 days from the date of incident and Step 2 Appeals must be submitted within 15 days from the date returned to offender on the Step 1.)
   * Submission in excess of 1 every 7 days. (All grievances received in the grievance office will be reviewed; however, only one grievance will be processed every Seven days [with the exception of disciplinary appeals, medical grievances, and emergency grievances].)
   * Originals not submitted. (Carbon copies are not considered originals even if they have an original signature. The original answered Step 1 must be submitted with a Step 2 Appeal.)
   * Inappropriate/excessive attachments. (Your grievance must be stated on one form and in the space provided. Attach only official documents that support your claim, such as I-60's, sick call requests, property papers, and other similar items)
   * No documented attempt at informal resolution. (You are required to attempt to resolve issues with a staff member prior to filing a grievance. Remember, the attempt must be documented in the space provided on the I-127 form.)
   * No requested relief is stated. (The specific action required to resolve the complaint must be clearly stated in the space provided.)
   * Malicious use of vulgar, indecent, or physically threatening language directed at an individual.
   * The issue presented is not grievable. (Refer to #6 above.) Disciplinary appeals will not be processed until after the disciplinary hearing.
   * Redundant. (You may not repeatedly grieve matters already addressed in a previous grievance)
   * The text is illegible/incomprehensible. (Write your grievance so that it can be read and understood by anyone.)
   * Inappropriate. (You may not ask for monetary damages or any form of disciplinary action against staff.)

*Do not use a grievance form to comment on the effectiveness and credibility of the grievance procedure; instead, submit a letter or I-60 to the administrator of the Offender Grievance Program.*

Offender Grievance Operations Manual
Appendix B
Revised July 2016