# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## CORRESPONDENCE / CONTRABAND DENIAL FORM

NAME: Julio Zuniga   TDCJ-CID#: 1961551   HOUSING: K117

UNIT: CA   DATE CORRESPONDENCE RECEIVED: 2/28/22   DATE OFFENDER NOTIFIED: 3-4-22

CORRESPONDENCE: ☐ TO or ☑ FROM

Monguse Distru
PO Box 22069
Brooklyn NY 11222

United States Courts
Southern District of Texas
FILED
1st Attempt: /    /
2nd Attempt: MAR - 9 2022
3rd Attempt: /    /
Nathan Ochsner, Clerk of Court

The above correspondence has been denied to you in accordance with BP-03.91, Uniform Offender Correspondence Rules

DENIED: Unknown colored paper. CHALLENGE "DELIBERATE INDIFFERENCE"

RECEIVED: I received the same "CHAOS STAR" 2 days prior to this, I have several different colors of "CHAOS STAR" Alexandria Ford is retaliating/discriminating on behalf of Tammy Shelby

APPEAL: Should persons outside the institution desire to appeal, submit a written appeal to the Director's Review Committee, PO Box 99, Huntsville, TX 77342-0099. The appeal must reach the DRC WITHIN TWO (2) WEEKS of the notification date listed above.

Does offender wish to appeal the decision? ☐ Yes ☐ No

DRC Non-Appealable List ☐
(Offender cannot appeal)

DISPOSITION IS ALLOWED AND MUST BE CHECKED AT THE TIME OF DENIAL, UNLESS SECURITY CONCERNS MANDATE OFFENDER NOT BE GIVEN A CHOICE OF DISPOSITION (BOARD POLICY 03.91):

☐ No Disposition Allowed
☐ Destroy
☑ Send to the following person at the offender's expense: Nathan Ochsner
   Name & Address: 601 Rosenberg Street, Galveston, Texas 77550

IF DISPOSITION IS NOT EXECUTED OR LITIGATION/ GRIEVANCE PROCESS HAS NOT BEGUN WITHIN SIXTY (60) DAYS OF THE INITIAL DENIAL OR FROM THE DRC DECISION DATE (IF APPEALED), THE ITEM(S) WILL BE DESTROYED.

Employee Signature: [signature]   Date: 3-4-22
Offender Signature: [signature]   Date: 3/3/22

UNIT DISPOSITION: MAILED ☐   DESTROYED ☐   FILED ☐

Date: _____   Employee Signature: _____

☐ DRC APPROVED, RETURNED TO OFFENDER _____
Offender Signature _____   Date _____

DISTRIBUTION:
Original - Send to the DRC IF THE OFFENDER WISHES TO APPEAL. If not, keep on unit.
Yellow - Offender Copy

I-153 (Rev. 09/18)