JULIO A ZUNIGA, DELEGATE OF the IWW-IWOC Local 613 #1 WAS RETALIATED ON BY A KNOWN ATTACKER OF IWOC MEMBERS, OFFICER DORBER SPIT IN Christopher Yaites FACE IN August OF 2021,... AFTER Filing Class Action Lawsuit, IN 2022 I, Julio Zuniga, WAS RETALIATED by this OFFICER, SENT By SGT. BEY-SAFE PRISONS, FOR ASKING Why WAS A Legal Document Containing Personal information of inmates family members. EVIDENCE WAS this DOCUMENT, PROOF OF Retaliatory ATTACK, WAS I intentionally wrote IWW-IWOC ON my JACKET AND ON my SHIRT POCKET. I pulled SGT. BEY OVER 2/23/22 ON CAMERA Hallway, AND ASKED HER "What was the proper procedure FOR A Visitation List to be disposed of AFTER That Day's visits". SGT. Bey ANSWERED "To SHRED IT". ... SO, I REPLY, ... OKAY SO why DID I FIND A 3 pg. LIST, with 80 inmates NAMES AND FAMILY's PERSONAL INFO ON it, IN P2-HALLWAY? SHE looked At my clothes, ... I SAID, BETWEEN 7:00pm-7:20pm ON CAMERA, you SEE ME pick it out of a Trash Bin, ... BUT what I NEED To know is who had placed it there BEFORE ME finding IT? SHE FROZE, ... MADE AN ANGRY FACE, ... Look at my clothing, ... then I SAID "I'm going to school", ... giving her my location, ... AND this is How I know SHE TOLD MS. DORBOR To Single ME out, BECAUSE AS SOON AS MS. DORBOR SAW THE INSIGNIA, SHE LOOKED AS IF SHE WON the LOTTERY, ... SHE WAS Looking FOR that sign to CROSS HER. THEY pulled ME out OF Class, Took my JACKET AND my clothes AND Took pictures with MAJOR FREDERICK GOODENS PHONE. I REQUESTED THAT RISK MANAGEMENT, Help ME, they've REFUSED, I wrote grievance, FOR being SET-UP, ... AND JUST PRIOR to this incident, MS. HAFFORD WAS the ONE TARGETING IWOC MEMBERS IN EDUCATION, AND still is.

REQUESTING: Phone Calls
SUBPEONED From August 2021
Till present / PRESERVATION OF
VIDEO/photos, I-60's From Risk
Management SINCE JANUARY.
FOR EVIDENCE.

Julio A. Zuniga
2/25/22

United States Courts
Southern District of Texas
FILED
MAR 02 2022
Nathan Ochsner, Clerk of Court

We will also need your bylaws and notes from a meeting where you elected people to be in their roles.

If folks aren't in the same facility, they can each write a brief statement saying "I consent to being a founding member of the local branch."

Sorry about all that.

I will also look in the mail for your funding request. I just wanted to make sure that your delegate application gets filled out completely. Also, you don't need signatures if folks provide a statement to be a founding member.

Anyway, call me when you get the chance. I have launched the phone zap by the time you get this letter.

— Francisca

FOR MORE EVIDENCE www ARCHIVES my MAIL "Z"
(565) 494-0896
(NATHAN OCHSNER EYES ONLY)

P.S. On the page with 3 stars are sample bylaws, you can choose to just use these and indicate you are using these bylaws or you can add some of your own or you can even create new ones. The funding request can still be submitted even if this delegate stuff takes time to get to so take your time. Let me know if I can help — Francisca

Hey Z,

I am typing this because it is a bit easier to get everything across. I have been informed by FW Tuck that he received an incomplete IWW IUB charter from you in Feb 21 and he wrote back and said that what he needed to be done to complete it and then he got another incomplete charter application a month later.



**Industrial Wor... Branch Charter Application**

Chartered IWW Branches are issued a physical charter, a branch seal, and are entitled to dues retention and direct representation in IWW Conventions.

**The following conditions must be met before the General Executive Board issues a Branch Charter:**
- Each application for charter shall include the name, card number, and signature by each member signing the application.
- The Body applying for a charter shall have convened a meeting and adopted By-Laws, and elected the minimum required number of officers to fulfill the obligations under the IWW Constitution, and copies of the minutes and By-laws shall be submitted with the Charter Application.
- A grouping of IWW members may not open a checking or savings account in the union's name until they have been recognized as a General Membership Branch(GMB) or Industrial Union Branch (IUB) by the General Executive Board. After receiving a Branch Charter from the GEB, the name of the Bank, Credit Union, or Financial Institution to be administered, along with any corresponding checking or savings account identification, shall be transmitted to GHQ within 60 days after such accounts have been opened.
- All dues and monies owed to GHQ must be settled before any Charter is granted, unless exempted by the GEB in accordance with the IWW Constitution.
- The GEB reserves the right, upon issuance of a charter, to regulate the name of the body, and shall hold exclusive jurisdiction on the issuance of local numbers.
- The petitioning members shall issue a letter to the GEB explaining the intent of the proposed organization.
- (within the U.S.) All bank accounts opened in the name of a new GMB or IUB must be established as designated non-profit bank accounts, in which multiple signers can have administrative access, to accommodate the annual election of branch officers. For this purpose, a copy of the union's 501(c)5 non-profit tax designation letter may be required (please contact GHQ for more information.)

I will send you another application for getting the branch chartered.

I also want to make sure all of your founding members are aware of this policy and had written about this to you in late 2021: The founding members of IWOC Locals (5+), and IWW Branches (10+) inside prisons should not have charges or infractions related to sexual violence. We know that many are unjustly accused and we do embrace restorative processes, however the founding members of Locals and Branches should all be people who do not have these sorts of charges. This approach will be more successful behind bars and it also supports IWW culture and policies which strongly denounce sexual violence."

Also certain parts of this are highlighted, but it's just my computer being weird. Anyway, please let me know how I can help with your chartering. I know that the IWW handles this part so I'll be in close communication with them to get this situation figured out.



# CARL O. SHERMAN
## TEXAS STATE REPRESENTATIVE

Rec'd 1/27/22

Friday, January 21, 2022



Dear Mr. Schneider,

I am in receipt of your letter dated September 1st and want to thank you for once again taking the time to reach out to me. I am often physically pained when I read letters I receive from other incarcerated individuals.

Still my hope rests in our Lord and Savior and I know that all things are possible, including prison and criminal justice reform in the State of Texas. While the next session may not be until January 2023, rest assured that I am preparing for it!

Please continue to pray for me, my 149 colleagues in the House as well as our 30 Senators, Lt. Governor, and Governor.

Sincerely,

Carl O. Sherman
State Representative
District 109

COMMITTEES APPROPRIATIONS • CORRECTIONS

CAPITOL P.O. BOX 2910 • AUSTIN, TEXAS 78768-2910 • 512-463-0953 • 512-463-5887 FAX
DISTRICT 103 N. DALLAS AVENUE • LANCASTER, TEXAS 75146
CARL.SHERMAN@HOUSE.TEXAS.GOV



Challenges on Fourth Amendment grounds include:

- Cross-gender supervision searches
- Denial of confidentiality such as during medical or mental health examinations or interviews
- Bodily searches and the use of medical technology

## Sixth Amendment

*"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence."*

Challenges on Sixth Amendment grounds frequently relate to and offender's due process protections and ability to present a defense to the accusations. Challenges include:
- Limitations on the notice and the ability to obtain evidence
- Restrictions to accessing counsel
- Limited access to law libraries to conduct legal research

## Eighth Amendment

*"Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted."*

Two conditions are used to determine grounds for an Eighth Amendment claim:
(1) The conditions are "sufficiently serious", meaning that the inmate is denied "the minimal civilized measure of life's necessities",[1] and
(2) Institutional staff must be "deliberately indifferent" to the threat posed by the conditions, in that they knowingly disregarded the health and safety risks posed to the inmate.[2]

Challenges on Eighth Amendment grounds include:
- Use of force procedures
- Limited access to medical and mental health care
- Physical conditions of confinement

---

[1] Rhodes v. Chapman, 452 U.S. 337, 347 (1981)
[2] Farmer v. Brennan, 511 U.S. 825, 834 (1994)





## Fourteenth Amendment (sec 1)

*"All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."*

Challenges on Fourteenth Amendment grounds include
- Conditions of confinement that impose an "atypical and significant" hardship
- Right to know the reason for and length of placement and continued stay in segregation
- Lack of opportunity to contest the placement decision at an impartial hearing
- Restrictions on access to legal resources to defend their liberty interests
- Denial of periodic, meaningful reviews to assess the need for continued confinement


CRIME AND JUSTICE INSTITUTE

3 of 3

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Because the paper you sent to be filed is defective, it cannot be processed as it is.

Thank you.

☐ The case number is wrong for this court.

☐ The case number was not included and party has several cases with this court. You must either file a new case or tell us the correct case number of one that has been filed. A new case requires a $400 fee. If you are poor, you may apply for the court to waive the fee. The clerk's office has forms to be filled out for that purpose.

☑ No case number was included and
  ☐ The party's name was omitted or
  ☐ The party's name is not in a case in this court.

☑ Other: No SDTX case number included
_____
_____

United States District Clerk
and
Bankruptcy Clerk
Post Office Box 61010
Houston, Texas 77208
(713) 250-5500

The Cause No. were S.D.Tx. Appls. Cause No. 22-26032

Zunig(A) #1461551 "Irvin-Iwoc local 613 #1 (DELEGATE) X386969
North Houston, TX 773
28 FEB 2022 PM 2 L

Solo (A)
Virgin Plantation
3 Darrington Rd.
Rosharon, Texas 77583

LEGAL MAIL

United States Courts
Southern District of Texas
FILED

MAR 02 2022

Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

77208-101010