United States Courts
Southern District of Texas
F I L E D

MAR 23 2022

Nathan Ochsner, Clerk of Court

JULIO A. ZUNIGA

V.

PATRICK O'DANIELS

## MOTION FOR LEAVE TO FILE AN AMENDED Complaint

1.) Plaintiff on Civil Action No. 3:22-CV-00052-"Julio A. Zuniga, Pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., Requests Leave to File An Amended complaint adding Multiple Partys.

2.) Since the Filing of the Complaint the Plaintiff has determined that the Name of "John/Jane Doe" Defendants are as Follows.

Political Corruption

TEXAS BOARD OF CRIMINAL JUSTICE
P.O. BOX 13084
Austin, Texas 78711

1.) DERNELYNN PERRYMAN (Vice Chairman - TBCJ)
2.) PASTOR LARRY MILES (SECRETARY - TBCJ)
3.) E.F. "MANO" De Ayala (member - TBCJ)
4.) MOLLY FRANCIS (member - TBCJ)
5.) FAITH JOHNSON (member - TBCJ)
6.) Sichan Siv (member - TBCJ)
7.) ERIC NICHOLS (member - TBCJ)

MALICE
INTENTIONAL OPPRESSION
ORGANISED RETALIATION
CORRUPTION
ORGANISED DUE PROCESS Violations
ORGANISED 1st Amendment Rights Vio).
Irreparable Harm
Discrimination
CRUEL AND UNUSUAL PUNISHMENT
DELIBERATE Indifference

MEMORIAL UNIT - STAFF
59 DARRINGTON RD.
Rosharon, Tx
77583

8.) Bridgette Hayes (SR. WARDEN - MEMORIAL UNIT: MALICE
9.) Tia Bey (SAFE PRISONS)
10.) LORPU DORBER (CO IV)
11.) BRANDY SHANNON (SUBSTITUTE COUNSEL)
12.) PATTY POLK (SUBSTITUTE COUNSEL)
13.) Charlotte McKnight (CPT. OF CO's)
14.) FREDRICK GOODEN (MAJOR OF CO's)
15.) MARCUS COOPER (MAJOR OF CO's)
16.) TANIKA HAFFORD (CO IV
17.) ELISHA BAUGH (CO IV
18.) Timothy Williams (Sgt OF CO's)

Irreparable Harm
Intentional Oppression
Deliberate Indifference
Retaliation / Assault (Bodily Fluids)
Harrassment
Discrimination
Due Process Violations
Cruel and Unusual Punishment
Refusing Medical / Medications
Corruption
Excessive Use of Force
Ad. Seg Retaliation
Racial Discrimination
First Amendment Rights Violations
Mail Fraud

3.) THIS COURT SHOULD GRANT LEAVE Freely to Amend a Complaint in Class-Action : 3:22-CV-00052. FOMAN V. DAVIS, 371 U.S. 178, 182 (1962)

3/20/22

Honorable Judge Jefferey V. Brown

Respectfully Submitted,
Julio A. Zuniga #1961551

*PRESERVE VIDEO IN MAILROOM 10:40 am - 1/24/22*



# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance # | 2022056236 |
| Date Received: | JAN 2 5 2022 |
| Date Due: | 3-6-22 |
| Grievance Code: | 813 |
| Investigator ID #: | 2256 |
| Extension Date: | |
| Date Retd to Offender: | MAR 7 2022 |

Offender Name: Julio (A) Zuniga (A)    TDCJ # 1961551

Unit: Memorial    Housing Assignment: K12T

Unit where incident occurred: Memorial

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Alexandria Ford/ DRC-Supervisor   When? 1/24/22

What was their response? Admitted to be Responsible for Harrassment/ First Amendment Rights Viol.

What action was taken? She is continueing to Discriminate on my Anarchist ideology

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

For 2yrs now, Alexandria Ford has been Discriminating on all IWW-IWOC Local 613 #1 Members, stalling mail, opening and illegally searching Legal and Media Mail, ... she has admitted to me in front of a witness [that she is Personally Responsible for these Retaliations.

     I am still receiving Harrassment and have decided to file a lawsuit on - Tammy Shelby, because of Ms. Ford, Bobby Lumpkin/ Bryan Collier / Patrick O'Daniel/ Guisito Persich. A Class Action lawsuit is in order for the Discrimination/ Retaliation/ Harrassment/ First Amendment/ Eighth Amendment Rights violations on all IWW-IWOC Local 613 #1 members.

     More Lawsuits will follow

10:30 - 11:00 am - Monday morning on Camera "Alexandria Ford" Discriminated with Malice and "Deliberate Indifference" Deny's outgoing "Media Mail" to "Firebrand Collective/ The Final Straw Radio / Fight Toxic Prisons - Richard Thomas/ Industrial Worker - Media - IWW, ... Citing that the Contents of the Sealed mail has Security Concern/ are in them, ... The only way you can distinguish such an account is by illegally Opening up Sealed Media mail, "O1"/ Risk management where Informed and the Evidence was giving proof of "illegally opened mail to "U.S.-POI-K", on the condition that she would inform "O1" about the issue.

     She in fact did so, I am intentionally being Targeted by "Alexandria Ford", who is useing Criminal Behavior by

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

illegally OPENING MEDIA MAIL, out going.
I AM REQUESTING TO SPEAK to RISK MANAGEMENT
to REPORT CRIMINAL ACTIVITY IN MAILROOM.

**Action Requested to resolve your Complaint.** RISK MANAGEMENT MS. HOWARD to
SPEAK TO ME, AND "ALEXANDRIA FORD" to be REPORTED FOR DISCRIMINATION

**Offender Signature:** Julio G. Zuniga     **Date:** 1/24/22

**Grievance Response:**

Your grievance was investigated there is no evidence to substantiate the allegation that
you are being harassed are discriminated against by staff. No further action.

Assistant Warden
Willie Ratliff

**Signature Authority:** W. PA     **Date:** 3-8-22

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**     **\*Resubmit this form when the corrections are made.**

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**I-127 Back** (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance # 2021 141 598 |
| Date Received: JUL 27 2021 |
| Date Due: 09/05/2021 |
| Grievance Code: 301 |
| Investigator ID #: 2820 |
| Extension Date: _____ |
| Date Retd to Offender: AUG 0 9 2021 |

Offender Name: JULIO (A) ZUNIGA (A)    TDCJ # 1961551

Unit: DA    Housing Assignment: H 207T

Unit where incident occurred: DA

___

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? LT. LOTT / HERNANDEZ / WILLIAMS / RATLIFF    When? 7.26.21

What was their response? NONE

What action was taken? TO RESTRICT MY phone FOR NO REASON.

___

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

MY CALL'S ARE ALL RESTRICTED, ... VIOLATION OF MY FIRST AMENDMENT
RIGHTS, — YOU CONTINUE TO ATTACK IWOC-LOCAL 613 MEMBERS, WITH
HARASSMENT / MALICE / DELIBERATE INDIFFERENCE / OUR FREEDOM OF
PRESS / EXPRESSION / SPEECH IS CONSTANTLY UNDER ATTACK, —
YOU HAVE VARIOUS ISSUE'S that are being REPORTED, ... YOUR DRUG
INTRODUCTION TEAM, H-pyLORI, ASSAULT'S BY OFFICERS ON IWOC-
MEMBERS. MY SUPPORT TEAM, has MEDIA CONTACT'S EXPOSING THIS
STORY BY NAME, ... AND with MY PERMISSION, have ACCESS To MY
FEDERAL LAWSUIT, ON "BRUCE ARMSTRONG". — YOU have violated,
JUST LIKE HEDD, MY CONSTITUTIONAL RIGHTS, ON RECORD,
    THESE ATTACK'S ARE ALL THE SAME FOOTPRINT, IT'S ASST.
WARDEN'S MISCONDUCT THAT PEOPLE ARE READY TO BRING To
THE STATE CAPITAL'S FLOOR, ... THAT'S EXACTLY what is going To
HAPPEN, FOR DENYING ACCESS to Court's, DENYING GRIEVANCE
PROCESS, FALSIFYING DOCUMENTATION, DENYING WATER Contamination
, AND VARIOUS OTHER INFRACTION'S that ARE being REPORTED.
    Community will ALWAYS have A SAY OVER YOU,
Regardless OF HOW UNTOUCHABLE You believe You ARE.
    Keep Violating MY CIVIL RIGHT'S, I have PLENTY
OF OFFICER'S Telling US what you ARE Doing.

___

427 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Action Requested to resolve your Complaint.** LIFT RESTRICTION'S ON MY Phone, ...AND STOP Violating FIRST AMENDMENT Right'S

**Offender Signature:** Julia G. Zuza                    **Date:** 7-26-21

**Grievance Response:**

Your grievance was investigated and there was insufficient evidence to substantiate the allegations that your calls are being restricted. No further action is warranted.

Assistant Warden
Willie Ratliff

**Signature Authority:** _Wsl. pty_                    **Date:** 8-6-21

If you are **dissatisfied** with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**I-127 Back** (Revised 11-2010)

**Appendix**

# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
| --- |
| Grievance #: 2021109727 |
| Date Received: MAY 1 7 2021 |
| Date Due: 06/01/2021 |
| Grievance Code: 930, 501 |
| Investigator ID #: 2820 |
| Extension Date: _____ |
| Date Retd to Offender: MAY 2 8 2021 |

Offender Name: Julio (A) Zuniga   TDCJ # 1961551

Unit: DA   Housing Assignment: H214T 1t 203

Unit where incident occurred: D

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? MS. POWERS   When? 5/13/21

What was their response? _____

What action was taken? _____

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Ive Been Asking to Take Photo For my "ID", and I am continually getting the Run-Around. Ive been without it since 3/19/21... I received a Layin on Covid 19 vaccination Day, and Never got another. I Need this taken Care of. I'm Needing Hygiene and Correspondence and Ive been without Commissary as you Know For 4 to 5 months, and I have No Restriction For Bad Behavior.

---

Appendix F

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.** *I NEED photo AND Allowed AN EMERGENCY SPEND FOR PERSONAL Hygiene AND Correspondance.*

**Offender Signature:** *Julio A. Zuiga.*      **Date:** *5/13/21*

**Grievance Response:**

An investigation was conducted and disclosed your photo that was taken on 5/18/21 was rejected due to the ear plugs that you were wearing that were in the picture. You have another lay-in on 5/28/21 for a retake. As far as hygiene, soap is passed out daily during shower time. Each week on Thursday, razors and tissue are delivered to all inmates. Toothpaste is packaged and delivered every other month, next scheduled for June. No further action is warranted.

**Willie Ratliff**
**Assistant Warden**

**Signature Authority:** _____      **Date:** *5-27-21*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission     UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**     UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**     UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2021055898

Date Received: JAN 8 2021

Date Due: 02-07-21

Grievance Code: 400

Investigator ID #: 1773

Extension Date: 3-9-21

Date Retd to Offender: MAR 0 4 2021

Offender Name: Julio A. Zuniga   TDCJ # 1961551

Unit: DA-007   Housing Assignment: E.3.T2B B 208

Unit where incident occurred: DA.007

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? WARDEN ARMSTRONG/MS. FORD/   When? 12/29/20

What was their response? RETALIATION BY INTELLIGENCE OFFICERS/GARCIA/ESTRADA/Williams

What action was taken? Disciplinary Case without Due Process, 12/29/20/9:00-45 By MS. POLK

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I am an Organizer w/IWW-IWOC Texas Branch, — Exercising my Freedom of Speech/Expression and Freedom of The Press, ...Actively agitating on Darrington since 4/23/20, after airing on "the Final Straw Radio @ riseup.net/ Interview w/ Comrade Z) Facilitators, have "phone Zapped" and "Campaigned" with me to bring better Living Conditions For the Workers, and Nutrion For Covid Lockdowns, and Awareness of High Rate of Suicide's under Asst. Warden Angela Chowlier/Warden Armstrong, and Received Retaliation by Wardens in the form of First Amendment Right's Violations, For Stopping, Destroying Privileged Mail, "Media Mail", — Officer Garcia, did the Same thing, and wrote me a Case For Being a Member of the "Industrial Workers of the World" and For Inspiring People to Join." He implied For Purposes of Creating a Riot", — No Evidence was brought to my door, No Letter with which he was inspired to Retaliate and Infringe on my First Amendment Right's, Again, I have Sent Multiple Warnings, thru Facilitators and ask Darrington Administration to Discontinue writing Bogus Cases and to Leave my Mail Alone, Again, Mailroom Continues to Retaliate By Order of the Same Warden who Retaliated on me thru Mailroom in October and Months before that. My Personal Mail is being withheld now, For Over 2 weeks, and my Media Mail is being opened By Officer's Garcia/Estrada/Williams and Warden Armstrong. I am only attacked because of my ideology and Form of Creative writing that I use as entertainment, on #PrisonKill, "Rev Left Radio, The Final Straw Radio, Global Abolition Station, and all of my Anarchist Media, Literature is Constantly being Retaliated on and Discriminated on For Freedom of Assembly Speech. I don't Recruit, I pass information to where they can Recruit themselves) — Yat Officer Garcia wrote a Major Disciplinary Case "on me, that was not even served correctly, Ms. Polk spent more time looking around, and threatening

---

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

TO REPORT OFFICIAL OR OTHER TO REPORT HARE, AND WALKED OFF, NO DUE PROCESS. THIS IS THE 2ND TIME WARDENS ALLOW THIS CALIBER OR UNPROFESSIONAL ACTIONS TO GO DOWN. SO, I AM REPORTING MAILROOM CONTRABAND SCHEME TO HUNTSVILLE, ATTORNEY, FBI, DEA, FBOP, TO NAME A FEW, SGT. ESTRADA AND INTELLIGENCE OFFICERS KNOWINGLY AND INTENTIONALLY INTRODUCE K2, METH, SIM CARDS, HEROINE, THRU LEGAL MAIL, AND WARDEN ARMSTRONG ALLOWS IT, I'M ALREADY ASKING FOR WARDENS TO CONTACT MY ATTORNEY, AND PROVIDE ME WITH PHONE CALL TO REPORT MORE ON CORRUPTION IN ADMINISTRATION, I WANT PHONE CALL w/ ATTORNEY Charles MARTIN / SHERIFFS DEPARTMENT IN BRAZORIA COUNTY. ALL VIDEO FROM DATES LISTED

**Action Requested to resolve your Complaint.** SEND PHOTO COPIES OF ALL OF MY DENIED MAIL, TO PLEASE PRESERVE

VERIFY YOUR DISCIPLINARY CASE, INVESTIGATE MAILROOM CORRUPTION / M.S. FORD / INTELLIGENCE OFFICERS

**Offender Signature:** _Julie A. Zinger_ **Date:** 12/30/20

**Grievance Response**

Disciplinary Case #20210085138 has been reviewed. The disciplinary charge was appropriate for the offense and the guilty verdict was supported by a preponderance of the evidence. All due process requirements were satisfied and the punishment assessed by the Disciplinary Hearing Officer was within agency guidelines. No further action is warranted in this matter.

Assistant Warden
Willie Rohoff

**Signature Authority:** _WA. RH_ **Date:** 3-4-2021

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made:*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F

SUBMITTED BY OFFENDER

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### CORRESPONDENCE / CONTRABAND DENIAL FORM

B208

NAME: Julio Zuniga    TDCJ-CID# 1961551    HOUSING 3 B208

UNIT: DA    DATE CORRESPONDENCE RECEIVED 2/26/21    DATE OFFENDER NOTIFIED 3/4/21

CORRESPONDENCE: ☐ TO OR ☑ FROM

A1 Press
PO Box 863
Pine Brook, NJ 07058

| | |
|---|---|
| 1st Attempt: | 3 / 2 / 21 |
| 2nd Attempt: | / / |
| 3rd Attempt: | / / |

The above correspondence has been denied to you in accordance with BP-03.91, Uniform Offender Correspondence Rules

DENIED Copies of a publication from an individual

RECEIVED envelope

**APPEAL:** Should persons outside the institution desire to appeal, submit a written appeal to the Director's Review Committee, PO Box 99, Huntsville, TX 77342-0099. The appeal must reach the DRC WITHIN TWO (2) WEEKS of the notification date listed above.

Does offender wish to appeal the decision? ☑ Yes ☐ No     DRC Non-Appealable List ☐
                                                                    (Offender cannot appeal)

DISPOSITION IS ALLOWED AND MUST BE CHECKED AT THE TIME OF DENIAL, UNLESS SECURITY CONCERNS MANDATE OFFENDER NOT BE GIVEN A CHOICE OF DISPOSITION (BOARD POLICY 03.91):

☐ No Disposition Allowed

☐ Destroy

☒ Send to the following person at the offender's expense: _____
                                                            Name & Address

IF DISPOSITION IS NOT EXECUTED OR LITIGATION/ GRIEVANCE PROCESS HAS NOT BEGUN WITHIN SIXTY (60) DAYS OF THE INITIAL DENIAL OR FROM THE DRC DECISION DATE (IF APPEALED), THE ITEM(S) WILL BE DESTROYED.

Snutt    3/4/21      Refused to sign    3/4/21
Employee Signature    Date           Offender Signature    Date

UNIT DISPOSITION: MAILED ☐   DESTROYED ☐   FILED ☐
                                                Date                 Employee Signature

☐ DRC APPROVED, RETURNED TO OFFENDER _____
                                       Offender Signature          Date

DISTRIBUTION:
Original - Send to the DRC IF THE OFFENDER WISHES TO APPEAL. If not, keep on unit.
Yellow - Offender Copy

I-153 (Rev. 09/18)

Submitted by offender

MAR 8 2021

3-14-22          I-60

I am again Reporting, Organized Retaliation, 3rd shift Officers LT. OKI, SGT, and Line Boss for K-Line @ 5:00 am - 6:00 am. LT. OKI, Sends Officer Bassey to Harrass and Retaliate on me as well. I am Reporting this Directly to the United States District Court, — You keep telling me to write Step 1 grievance, but Ms. Lincoln is conspiring with the Administration to block my grievances, — I've shown the Courts this as well, — So, this misconduct is to attempt to get me locked-up as the Retaliating Officers said. Then LT. OKI wanted to threaten me with gassing and D-line for asking to speak to a Captain. Is this Policy, to call "ICS" on an Inmate for Requesting to speak to Rank, to Report Officer misconduct? Are your Resources used for petty Reasons and is the Administration Aware LT. OKI is following me around on Camera like LT. Dumboya used to do it, to get me locked-up?. This is not going to get dealt with thru a grievance, Ms. Lincoln moon makes sure of that, and it's no coincidence that as soon as I step out of my cell Officers Immediately write me a case, — It's too Obvious, It's Discriminatory, Retaliative, Harrassment, Deliberate Indifference. I want to speak to "OI," A. S. A. P. To Prove my Point, — Since 3rd shift Rank has got an Agenda, to harm me. I am calling in a campaign on these Corrupt Officers since grievance doesn't work for me either. Please send this I-60 back with your Course of Action.

JULIO (A) ZUNIG(A)          KUTT          #1961551
                            MONDAY

ANARCHIST \'an-ər-kəst\ 1.ONE WHO REBELS against any authority, established ORDER, OR RULING POWER. 2. ONE who believes IN, supports, OR promotes anarchism; esp.

ANARCHY \'an-ər-kē\ 1. the CONDITION OF a SOCIETY WITHOUT a GOVERNMENT  3: an ideal SOCIETY made up OF individuals who have no GOVERNMENT and enjoy complete Freedom. (ANARCHIA)

Copy sent - 3/18/22,
to Warden offices

RISK MANAGEMENT           3/14/22
MS. HOWARD

SUBMITTED BY OFFENDER

REQUESTING THE NAME OF YOUR SUPERVISOR
@ UTMB HEALTH. DURING COVID-19, WARDEN
Armstrong has CUT OFF ALL ACCESS To COMMISSARY/ COURTS/
GRIEVANCE, Simply FOR BEING AN IWW MEMBER,
AND Bringing Positive Change To DIRTY DARRINGTON.
I am Immuno-Compromised; AND POLITICAL STARVATION
IS OCCURRING BY ORDER OF THE STATE.
This is DISCRIMINATION OF Immuno-Compromised
OFFENDER's LIKE ME. YOU NEED TO START ME ON OSMOLITE's
To CONTINUE Keeping me Healthy. I am Reporting YOU
To my ATTORNEY's AND To my FACILITATOR's FOR
Allowing these Tactic's to be USED DURING COVID-19,
I've ASKED YOU multiple Time's MA'AM,
You DENY ALL OF my REQUEST's, That is Discrimination,
I'm NOW Filing A GRIEVANCE ON YOU, AND YOUR
DEPARTMENT FOR DISCRIMINATION,.. AND You Can Claim Huntsville
YOURSELF To Complain ABOUT IT,.. I've WARNED YOU AND
THE WARDEN ABOUT DISCRIMINATION,.. NOW you DEAL WITH IT.

JULIO A ZUNIGA IWW-INOC                          #1961581
#PRISONSKILL/MONGOOSE DISTRO.COM
DA                                                     Sg. B. SLAVE
SENIOR PRACTICE MANAGER
    1/22/21                                          B.2.08

SEND YOUR SUPERVISOR's CONTACT INFO Immediately.

offender Zuniga the clinical purview of          **RECEIVED**
the treating provider is based on his/her professional
assessment.                                          JAN 2 3 2021

                                                     BY: _____ RN

Submitted by offender     MAR 8  2021

SENIOR PRACTICE MANAGER                    1/22/21

I-60

REQUESTING To BE TESTED FOR TOXIC Contaminants
IN OUR WATER,... I'm having more Symptoms OF H-Pylori,
So I want Blood WORK Done For ARSENIC, Aluminum, PCB's
AND LEAD

Julio A Zuniga A IWOC-Local 613 #1    #1961551
DA                          NSC UUO FN/NS. MED. Sg 3
                            RECEIVED JUL 15 2021
MEDICAL/DR. Onougu                     7·14·21

H-2-7

MEDICAL

7·14·21

I-60

REQUESTING #'S OF ALL MY GRIEVANCES,..... FOR UNITED STATES
DISTRICT CLERK'S OFFICE.

  * You must use the actual I-60 FORM
    (see attached)

JULIO A ZUNIGA IWOC-HOUSTON-IWW
DA
GRIEVANCE·OFFICER·          H 203T

#1961551
INS. MED. SG 3
6 / 1 / 21

RISK/MANAGEMENT/GRIEVANCE MISCONDUCT/LINCOLN
— MOON

I-60

MS. LINCOLN, MY ATTORNEY has ADVISED ME OF WHAT IS GOING ON, YOU NEED TO RELEASE MY GRIEVANCE FROM Early JANUARY, — YOU have been REPORTED TO SCFO-FOR MISCONDUCT, ..... JUST AS THE ENTIRE ADMINISTRATION, — ALONG W/ M.S. FORD. YOU ARE AIDING AND ABETTING A FEDERAL CRIME, — (THAT OCCURED), — WHERE ARE MY GRIEVANCES?

JULIO A ZUNIGA      B208      #196155I
                                12·19·20
    DA                          Sgt 13 SUICIDE

GRIEVANCE DEPT.   You currently have one active grievance. The number is 2021055898 — It is a disciplinary. C. Christy AGL 11/9/20

GRIEVANCE