You have received a **jpay** letter, the fastest way to get mail

United States Courts
Southern District of Texas
**FILED**

**MAR 28 2022**

Nathan Ochsner, Clerk of Court

From : Micah Miller, CustomerID: 27206289
To : JULIO ZUNIGA, ID: 05732604, 01961551
Date : 3/20/2022 4:18:33 PM EST,   Letter ID: 1444261448
Location : DA
Housing : K-1   17

Greetings Z I hope this finds you well and that the days have been kind to you. I wanted to get back to ya on the last few letters. First I emailed mongoose distro a few weeks ago and didn't hear back. I reached out to a few journalists and hope to get a reply back soon from a few but I have not heard back from Zac yet. I did a written interview that may bring more attention to our work and have been focused on more public awareness now that the monthly mailings went out last week. I received the denial in the mail, I assume that was for the monthly last month? I hope this month goes a bit smoother but yours was the only one denied for the last few months and wanted to let you know. Thats one out of 50 if thats not proof of discrimination.... Well then I'm not sure what it will take to prove it. This month is going to be a busy one getting the spring cleaning and yard work started but I am trying to catch up on letters. The monthly always puts me a week to two weeks behind then I'm back to getting the next months ready. Its a process but I'm working on simplifying it and getting more organized. The more people hear about the work the more they bring their individual suits or issues to my attention. Once I relocate it will be easier to find more trustworthy people to assist. Depending on people to follow through is proving difficult. They don't have a use of force incident list. That information is deemed "confidential" . I have been waiting for months for people to get their individual reports and it's always given the short of staff reason. Regarding the death in custody reports are done for a filtering system so to pull the reports individually would take a few days. I can try to print off the filter menu for recent ones but you have to click on each individual report, download and print. I won't have time to go through each one for some time but I can print and mail the menu and if you recognize any mark them and mail back then I can pull the ones of note. Let me know if that works for you but I don't know the chances of it going over well :) I have gathered a few names to give Zac which I was waiting for this week so that I can submit them for the/tcrp survey and add in a line about contacting you. I know if I over use my access to them they will be less willing to give priority in response time. However I will get that to him tomorrow. Z your letters have been coming in unsealed two in the last two months. I am still working on the other things from your letters but wanted to give ya what I had so far. Take care -B

NOTE TO COURT: BECAUSE "TDCJ" has MANIPULATED PHONE OTS, NO ONE CAN REGISTER on MY PHONE, "BRITTANY ROBERTSON" has to FIGHT To COMMUNICATE WITH ME, --- HERE She is Showing "DELIBERATE Indifference" by MAILROOM STAFF "ALEXANDRIA FORD/ Tammy Shelby Conspiring with TBCJ/TDCJ.

3/21/22

Brittany Robertson
(920) 265-7716
Texas Prison Reform . com

Judge Jeffery V. Brown

*Julio A. Zuniga*
3:22-CV-00052



February Monthly

P.O Box 671

Kaukauna WI 54130

**\*Notice to administration and mailroom staff. The content in this packet is for a progressing legal action and is no danger to the safety and security of the staff, inmates and the community as a whole. As per the requirements of Board policy BP- 03.91 (Rev B). \***

Greetings All I hope this finds you well and that the days have been kind to you. We have a few additions to the monthly mailing list so I want to take a minute to thank you for joining and go over a few points. We are now spread out to 14 units (due to recent movements) across the state with 50 people getting these mailings a month. First, I want to thank each of you for everything you have done to help in this effort.

I was asked in a recent missive if we don't win this are we done? The short answer is Hell no! Im in it for the long haul and I think that goes for many if not all of us. The long answer is also no no no, many of us have spent the last year working together and you have all helped me gain knowledge that gives us more reasons to keep going forward through the mail denials, missing contents and the run around admin gives and their B.S response to requests, Lack of accountability... I feel with the current support we have and our work to gain more we will accomplish a lot. The past year has been spent reaching out to others and getting them involved across all units to ensure maximum support. In this mailing you will/find the article written about Seg. Within the article you will read that only 12 people outside of the state of Texas have spent 20 yrs in seg and how that compares to 138 within the state. I hazard to guess that each of you know at least one person who has met or surpassed that 20 yr mark and as long as this is allowed to continue those numbers will grow in Texas while the numbers in other states shrink. The more support we have of the public both inside Texas and across the other states that have already abolished solitary the more demand for reform there will be. As some of you may know Biden has promised to end solitary as one of his many promises but has yet to comb through the many snags found in Texas such as the name change to Restrictive Housing when it's the same beast just by another name or the ever so carefully worded criteria that landed you in the housing that makes even allowing you knowledge of the proof used against you is noted to be safety and security risk so that there is no chance to challenge it.

There has been a lot of promises and rumors from the units. Regarding the tablets, TV in the day rooms. While these things are a fraction of what we are asking for. I try to keep one thing in mind and was recently reminded that the people making these promises may carry college degrees may not always understand the functionality of the units or how these things may or may not work in play an not simply just in theory. TV's in the day rooms for example are only of benefit if you get time in the dayroom. Tablets may benefit you but where is the policy on tablets? True change will only come from policy changes and we can't simply rely on promises, The change we need to see has to be in black and white not only that but implemented correctly and consistently. Keep in mind the current policies now are not being followed. now where is the follow through? We have to keep pushing forward with step 1 & 2s, Phone calls to the units, emails to the Ombudsman. We can't case up on them now! With that being said the mass mailing of grievances, calendars and the petitions signed by our public supporters along with our plans/ demands for the coming year are still set to be mailed to the State house reps in October. All the things you rely on Huntsville to remedy will now be shown directly to the law makers, the truth of what's occurring will land on their desk. I want them to enter into session with the facts and not the preconceived notion that things are all functioning according to the plan since they all pay taxes to assure such. We need them to understand the crucial need and weight of the bills that will be introduced in session, the people who are relying on lawmakers to do their part to protect the rights of those housed within the TDCJ.

I have also been working in the background in preparation for our win. I have linked up with a program director based in Cali who wishes to now expand to Texas also recognizing the great need for reform. Covid allowed this program to adapt and is now also able to be done while in RH. For every reason they will say this can't be done I want to find a solution as to how it can be. I want to counteract every excuse they will try to give. Such as the short of staff excuse, we all know and see right through. If they were to allow parole regardless of STG status, based only on behavior for those with 2 or less years instead of giving a set off it would decrease the population of RH by roughly 8% every year thus easing the strain placed on staff and improving your level of care and access to basic needs and rights. That is the reason for the parole recommendation letter template I have created. We are also driving this fact home with the public by documenting the actual out of cell time and posting directly to the public so that they may see how often you are told you won't be having rec due to staffing issues.  Short of staff is not going to improve soon therefor the only reasonable solution we can put forth right now is to decrease the population and even out the ratio a little more.

In order to do this, we also need more media coverage to bring these issues to the public and across the US. Now with that being said no names will be used without their consent and absolutely no names of groups will be used as RH/ STG housing conditions are the concern not whom it is comprised of or their previous charges. The first thing I want people to see is the lack of humanity each of you are treated with, the facts and failures of the state. Our outside support has been very respectful of this and I am using caution when networking and researching before I reach out and am careful to allow focus on only the failures of the TDCJ, no other things are discussed since they have no bearing on this lawsuit. What the media does need to know about is the very things we are focused on lack or out of cell time, No programs, non-contact visits, lack of adequate medical, excessive use of force. . With that being said we do have journalist/ activists who are referencing our page and using the data and writings to push these issues into the public eye. I have submitted to Truthout.org this month as well as our friends at mongoose distro. I have also reached out to Keri Blakinger formerly incarcerated, current activist, journalist and author.

Now to recap a few previous mailings the Four-person group rec petitions that some have put together I want to try and push forward on those. It's a small move towards group rec. I understand there are people who simply may not rec safely together this is why we are starting with just four people all who agree to rec together and can function safely. Some may have noticed with recently moves the more structured placement administration has been trying this could be to our advantage when it comes to Rec. Even if they deny it I can then spin their denial to gain public support and stress the importance of getting everyone to rec according to the plan and procedures put in place already by doing groups of four at a time as long as those four agree on it. Please give me your thoughts? and let me know if you need a petition.

This month I have chosen five members of the supreme court to mail our "To whom it needs to concern" letter. You will find a copy enclosed. The members I mailed this month are

Clarence Thomas, Associate Justice,


Justice Sonia Sotomayor.


Stephen G. Breyer, Associate Justice,


John G. Roberts, Jr., Chief Justice of the United States,


Elena Kagan, Associate Justice


They can all be contacted at the following address If you wish to write:

1 First Street, Northeast Supreme Court of the United States Washington, DC 20543

There has been more action in the court with the Ashker case. For those newer to the mailing list this case is our blueprint of sorts. We are using it to see what works, what didn't and hopefully to set legal precedent. Here is the info so you may request from the law library or I can get the latest to you.

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA TODD ASHKER, et al., Plaintiffs, v. GAVIN NEWSOM, et al., Defendants. Case No. 09-cv-05796 CW ORDER EXTENDING THE SETTLEMENT AGREEMENT FOR A SECOND TWELVE-MONTH PERIOD (Re: Docket Nos. 1411, 1497, 1507).**

Regarding the signs/ placards being placed outside some of the cells across the state. I had a call placed into one of the units to inquire. The SH stands for Self-Harm a new security designator being implemented by Huntsville. Their reason behind this is anyone with a history of assaults is a self-harm risk because they engage in self destructive behavior. I then asked if we could be given a policy number so I can look into it further. Their reply was that they needed to see if they could release the information. I'm not sure yet as to their motives or plan on how the signs will impact those it is placed on but if they have placed one on you, please let me know your disciplinary history regarding only assaults. I don't need details just the dates my hope is to find out more about the policy by understanding how far back they are looking in your records to justify placing these. I don't expect them to release the policy number anytime soon but if this will in any way negatively impact you, I want to learn everything I can to push back on the policy.

To recap: Grievances are still coming in thank you everyone who has sent them my way. I do still need more to send to state reps before October regarding their failure to follow policy I.e. Rec, showers, SCC hearing notices, Issues getting medical treatment ect.

Four-man rec petitions Please attempt these. We have to show the public and administration we did in fact try to remedy these issues informally before filing on them (PLRA) .

Also, our petition on the fb page needs more signatures before October as well. Here are the links and info to help push more public support.

End indefinite restrictive housing in TDCJ – This is the FB page

My email Is EndadsegTX@Gmail.com

Change.org -This is our petition titled: **End indefinite restrictive housing in the TDCJ**

Please ask people to visit the FB page, they can also invite others to the page and share any content they wish to help get the word out to the public. The more people that join the page the more the reps that actively view it will see that support as votes and public demand for action. The page also contains ways the public can help push our efforts and things that may help your family assist you, such as parole packet prep help, Tips on sending emails to the Ombudsman and how to contact their state reps.

Could each of you please take a look at your last RHC paper and let me know if they are leaving the reason/ justification blank at your location or If the STG is still being noted?

Some recent mail has been coming into the P.O box unsealed and/or not taped in some cases only the envelope. I will be calling on this and also let you each individually know if it has occurred with your mail.

Included in some packets a list of documents by request for newer recipients -4pg If any of these can be useful to you just send the sheet back marked with what you would like printed.

Included in this mailing:

Monthly update- 4pg

**A Plea for Help After a Quarter-Century in a 'Penal Tomb- 7pg**
Facebook Printout of latest posts-5pg

Staffing Shortages in Texas Prisons Puts Officers, Prisoners in Danger-5pg

Details for tablet content-1pg

Primary election results-3pg






# End indefinite restrictive housing in TDCJ

@EndAdSegTX · Community Organization

■ Send message

Typically replies within an hou

Home    About    Community    Photos    More ▼              ■ Liked        ■

## About                                                        See all

■   Demanding TDCJ put an end to indefinite restrictive housing. 4,400 people and over half will never get a chance to attend programming before release t... **See more**

■   458 people like this including 168 of your friends



■   492 people follow this

■   Typically replies within an hour
    Send message ■

■   endadsegtx@gmail.com

■   Always open

■   Community Organization · Legal · Nonprofit Organization

**Photos**




## Videos

See all



Its time to hold the TDCJ accountable for the numerous rights violations. For allowing a...

Micah Moses Miller, Grant Cook and 13 others

531 views · 16 weeks ago

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - January 7, 2021

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.



Privacy · Terms · Advertising · Ad Choices ■ · Cookies · More · Meta © 2022

## Create post ■

Photo/video                    Check in                    Tag friends

**Pinned post**



**End indefinite restrictive housing in TDCJ**
**August 18, 2021 · 🌐**                                                    •••

I am asking each of you to please copy and paste this message and use the email contact form online for your district representatives add your contact info and paste this message so that the house members can see what their constituents want changed in their local government. A link to all house members will be added at the bottom of this post. Thank you

To whom it needs to concern. I am writing to you as a concerned citizen and I ask that you hear my concerns. I'm sure it c... **See more**



HOUSE.TEXAS.GOV
**Texas House of Representatives**
Website for the Texas House of Representatives. Provides information on legislation, committees, Tex...

⬤◯ Micah Moses Miller and 9 others                    6 Comments  7 Shares

■ Like                    ■ Comment                    ■ Share

**View 5 previous comments**                                            Oldest ▸

   Author



 Write a comment...   ▪ ▪ ▪ ▪

**Other posts**

 **End indefinite restrictive housing in TDCJ**
9m · 🌐                                                           •••

As **Ken Paxton's** campaign emails fill my inbox the newest, The subject title is "Are you listening?" Yes we are listening but the men, their families and advocates are so tired of it being a one sided conversation. Last year many states made moves to end the use of solitary confinement .The states including New York, Illinois and Massachusetts after years of advocating, psychology studies, audits and investigations. The nation is seeing the need to focus more on reform and rehabilitation and drop the narrative of tough on crime. As much as we would all like to think we are safer for the rising incarceration rate the fact is we have only relocated and repressed the core issues and cause for crime.

We are simply exasperating the issue by inflicting greater harm through the incarceration, limiting options for personal development and denying basic human rights under the guise of the greater

possible future of security concern.
Then when it's all said and done the mandatory release date is just that mandatory meaning regardless of what occurred while incarcerated, they are to be released. That means RH residents regardless of the lack of programs, lack of education or lack of rehabilitation will be released.

**Ken Paxton** I must ask you, are you listening? Have you looked at the rise in suicides on the death in custody reports? Have you checked in on the results of reallocating the TDCJ funds? Have you read any mail from men within the TDCJ or the people employed there telling you about the deteriorating quality of care and employment? Have you toured any of the Restrictive Housing pods? Spoken to the CO'S and med staff who have cut down the loved ones of your voters? I know the walls are thick but can you hear these men, Are you listening?  **#texasprisonreform**

1 Share

🔲 Like                      🔲 Comment                      🔲 Share

 Write a comment...   ▪ ▪ ▪ ▪

 **End indefinite restrictive housing in TDCJ**
March 3 at 8:14 AM · 🌐                                           •••

In case anyone is looking for help putting together parole packets here is a useful link. Also, I know the parole hearings are very discouraging, but it is always best to have it prepared and ready. I do hope to lower the population through the suggestion of allowing those with two or less years be able to parole regardless of their STG/ RH status allowing their individual behavior to be the main focus.
https://family.pep.org/cleveland/wp-content/uploads/sites/3/2018/09/Paro... **See more**

FAMILY.PEP.ORG
**family.pep.org**

👍 Debbie Tober and 1 other                                    1 Sh





**End indefinite restrictive housing in TDCJ**
February 27 at 4:44 AM · 🌐

•••

https://news.yahoo.com/plea-help-quarter-century-penal...



NEWS.YAHOO.COM
**A Plea for Help After a Quarter-Century in a 'Penal Tomb'**
WASHINGTON — Dennis Hope has spent 27 years in solitary confinement in a Texas prison, in a cell t...

👍 Debbie Tober and 4 others                                    2 Shares

Like              Comment              Share

Write a comment...              ▪ ▪ ▪ ▪

**End indefinite restrictive housing in TDCJ**
February 23 at 12:10 PM · 🌐

•••

Out of cell time for Eastham now known as Wainright for the months of December and January.
December resulted in two days of Rec on H line and January "short of staff " allowed one day of Rec on H line.
#texasprisonreform





 Gmail

**Troublemaker <endadsegtx@gmail.com>**

# PIR - Brittany Robertson #4

1 message

**OGC Open Records**
<ogcopenrecords@tdcj.texas.gov>
To: "endadsegtx@gmail.com" <endadsegtx@gmail.com>

Wed, Mar 9, 2022 at 9:43
AM

Ms. Robertson,

You have requested the budgets for the GRAD program for the period of 01/01/2017 through 01/01/2021.  Please note that eth GRAD program budget is shared with another budget, the following numbers are not broken down further, thus they include the GRTAD and SATP budgets.

| Year | Shared Budget |
|------|---------------|
| 2017 | - $5,488,518 |
| 2018 | - $5,488,518 |
| 2019 | - S5,150,406 |
| 2020 | - $5,849,790 |
| 2021 | - $4,315,533 |

 Gmail

**Troublemaker <endadsegtx@gmail.com>**

---

## PIR - Brittany Robertson #2
1 message

---

**OGC Open Records** <ogcopenrecords@tdcj.texas.gov>                    Wed, Mar 9, 2022 at 1:11 PM
To: "endadsegtx@gmail.com" <endadsegtx@gmail.com>

Good afternoon,


Please see the information below that is responsive to your request submitted on February 22, 2022.


GRAD Completions By Year

01/01/17 - 12/31/17: 226

01/01/18 - 12/31/18: 105

01/01/19 - 12/31/19: 205

01/01/20 - 12/31/20: 117

01/01/21 - 12/31/21: 53

01/01/22 - 01/01/22: 0


We consider your request closed.


Thank you,


Office of the General Counsel-TDCJ

P: (936) 437-6700


The information contained in this email and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other use of these materials is strictly prohibited. This email shall not be forwarded outside the Texas Department of Criminal Justice, Office of the General Counsel. without the permission of the original sender. If you have received this material in error, please notify me immediately by telephone and destroy all electronic, paper, or other versions.

## Inmate Tablet Subcription Packages Accessory Pricing

### Standard Catalog -Subscription Options

| *Premium Content | Daily | Weekly | Monthly | Content |
|---|---|---|---|---|
| Streaming Music | Not Offered | $ 1.50 | $ 4.99 | 8 Million Songs** |
| Ebooks | No Charge | No Charge | No Charge | 50,000 Ebooks** |
| Audiobooks | No Charge | No Charge | No Charge | 43 Audiobooks** |
| Games | Not Offered | $ 0.50 | $ 0.99 | 50 Quality Games * |
| Movies/TV | Not Offered | $ 1.50 | $ 4.99 | 530 Movies and TV Shows* |
| Radio | No Charge | No Charge | No Charge | Unlimited FM Radio |
| Podcasts | No Charge | No Charge | No Charge | 650 Podcasts** |
| Magazines | No Charge | No Charge | No Charge | Unlimited Magazines |
| Unlimited Newspapers | Not Offered | $ 0.75 | $ 1.99 | AP - News Feed** |
| Premium Streaming Radio | Not Offered | $ 1.50 | $ 4.99 | Unlimited Streaming Radio |

### Large Catalog - Subscription Options

| | Daily | Weekly | Monthly | Content |
|---|---|---|---|---|
| Streaming Music | Not Offered | $ 2.50 | $ 7.99 | 20 Million Songs** |
| Ebooks | No Charge | No Charge | No Charge | 50,000 Ebooks** |
| Audiobooks | No Charge | No Charge | No Charge | 43 Audiobooks** |
| Games | Not Offered | $ 1.00 | $ 1.99 | 50 Premium Games* |
| Movies/TV | Not Offered | $ 2.50 | $ 7.99 | 700 Movies and TV Shows* |
| Radio | No Charge | No Charge | No Charge | Unlimited FM Radio |
| Podcasts | No Charge | No Charge | No Charge | 650 Podcasts** |
| Magazines | No Charge | No Charge | No Charge | Unlimited Magazines |
| Unlimited Newspapers | Not Offered | $ 0.75 | $ 1.99 | AP - News Feed** |
| Premium Streaming Radio | Not Offered | $ 1.50 | $ 4.99 | Unlimited Streaming Radio |

### Extra Large Catalog - Subscription Options

| | Daily | Weekly | Monthly | Content |
|---|---|---|---|---|
| Streaming Music | Not Offered | Not Offered | Not Offered | Not Offered |
| Ebooks | No Charge | No Charge | No Charge | 50,000 Ebooks** |
| Audiobooks | No Charge | No Charge | No Charge | 43 Audiobooks** |
| Games | Not Offered | $ 5.00 | $ 14.99 | 400 Premium Games* |
| Movies/TV | Not Offered | $ 4.00 | $ 11.99 | 1,000 Movies and TV Shows* |
| Radio | No Charge | No Charge | No Charge | Unlimited FM Radio |
| Podcasts | No Charge | No Charge | No Charge | 650 Podcasts** |
| Magazines | No Charge | No Charge | No Charge | Unlimited Magazines |
| Unlimited Newspapers | Not Offered | $ 0.75 | $ 1.99 | AP - News Feed** |
| Premium Streaming Radio | Not Offered | $ 1.50 | $ 4.99 | Unlimited Streaming Radio |

### Movie Rentals - Price per rental

| | | | | |
|---|---|---|---|---|
| Premium Movie Rentals | Free to $9.99 | | | |
| New Release Movie Rentals | $12.99 to $19.99*** | | | |

*Content rotated quarterly

**Music, Ebooks, Audiobooks, Podcasts, and Newspaper subscription libraries will have additonal content added each quarter to improve the quality of the libraries

*** Pricing based on Newly Released Movie Rental costs mandated by the studio that produced the movie content

Note: All previous content, pricing and purchasing options included in our original RFP submission remain valid at the option of TDCJ

### Accessory Pricing – Purchased via the Accessory App

| | |
|---|---|
| Gummy Earbuds w/o Mic | $14.99 |
| Gummy Earbuds w/ Mic | $19.99 |
| Over the Ear Headphone | $29.99 |
| JP6s 7" Power Adapter | $15.99 |
| JP6s 7" Screen Protector | $5.99 |
| JP6s 7" Tablet Case | $5.99 |
| Keyboard | $19.99 |

Updated

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SHOPPING   YAHOO PLUS   MORE...Download the Yahoo News app

Mail

yahoo!news

News   US   Politics   World   COVID-19   Climate Change   Originals   Health   Science   Podcasts   Contact Us   Videos



# Quarter-Century in a 'Penal Tomb'

**Adam Liptak**

February 15, 2022 · 5 min read





Ad YUMI

**yahoo!news**

News   US   Politics   World   COVID-19   Climate Change   Originals   Health   Science   Podcasts   Contact Us   Videos

Mail

parking space.

"It's three steps to the door and then turn around and three steps back," Hope, 53, wrote in a recent letter to his lawyers.

Sign up for The Morning newsletter from the New York Times

His only human contact is with the guards who strip-search and handcuff him before taking him to another enclosure to exercise, alone. He has had one personal phone call since 1994, when his mother died in 2013. He suffers from depression and paranoia and fears he is going insane.

Last month, Hope asked the Supreme Court to consider whether such prolonged isolation can violate the Eighth Amendment, which bars cruel and unusual punishments.

## TRENDING

**What the Russian media is saying about the war in Ukraine**
Yahoo News · 8 min read

**West unleashes SWIFT bans, more crushing penalties on Russia**
Associated Press · 7 min read

**Anti-war sentiment grows in Russia despite govt crackdown**
Associated Press · 5 min read

**In Kyiv, defiant Ukrainians hold off Russian army: 'We know we will win'**
Yahoo News · 5 min read

**Tucker Carlson condemned for Ketanji Brown Jackson 'Rwanda' comments**
The Guardian · 4 min read

✕

## POPULAR

     

In their appeals court brief, the officials wrote that "Hope has no plausible Eighth Amendment claim."

"While the conditions of Hope's confinement may be unpleasant and possibly harsh," the brief said, "he failed to show the conditions are objectively so serious as to deprive him of the minimal civilized measure of life's necessities."

Texas is a leader in the use of prolonged solitary confinement. More than 500 prisoners there have served more than 10 years in almost total isolation, and 138 have served more than 20.

Across the nation, according to a 2020 study from the Correctional Leaders Association and the Arthur Liman Center for Public Interest Law at Yale Law School, about 7,000 prisoners have spent at least a year in solitary confinement and about 1,500 have been isolated for more than six years.

Remove our children from solitary confinement | opinion   ✕

Tallahassee Democrat



Everyone Is Still Grasping, Jonathan Scott Tragedy

Ad · Falafel & Caviar



Thomas-Greenfield says UN will 'isolate' Russia

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS    MORE...Download the Yahoo News app

Mail

News    US    Politics    World    COVID-19    Climate Change    Originals    Health    Science    Podcasts    Contact Us    Videos

and who aren't on death row," said Easha Anand, one of the lawyers from the Roderick & Solange MacArthur Justice Center representing Hope. She acknowledged, however, that complete data are hard to come by.

Hope was sentenced to 80 years in 1990 for a series of armed robberies and landed in solitary after he escaped from prison in 1994. He eluded capture for about two months, during which he stole a car at knife point from an 83-year-old man and robbed four grocery stores.

In 2005, after 11 years in solitary confinement, a committee of prison security personnel concluded that Hope was no longer an "escape risk," according to court papers. But prison authorities have kept him isolated.

Hope sued, losing in the lower courts. A divided three-judge panel of the 5th U.S. Circuit Court of Appeals, in New Orleans, ruled that "the sheer length of his confinement" does not, by itself, violate the Eighth Amendment.



West Cuts Some Russian Banks from Swift, Sanctions Central Bank
Bloomberg



Biden pick preserves Supreme Court's even split - between Harvard and Yale
Reuters



# yahoo!news

Mail

News   US   Politics   World   COVID-19   Climate Change   Originals   Health   Science   Podcasts   Contact Us   Videos

visual and auditory hallucinations, and had thoughts of suicide."

Some members of the Supreme Court have been fiercely critical of solitary confinement.

"It drives men mad," Justice Anthony Kennedy said in 2015 at Harvard Law School.

He elaborated in a 2015 concurring opinion. "Years on end of near total isolation exact a terrible price," he wrote, noting that "common side effects of solitary confinement include anxiety, panic, withdrawal, hallucinations, self-mutilation, and suicidal thoughts and behaviors."

That same year, Justice Stephen Breyer noted in a dissent that "the United Nations special rapporteur on torture has called for a global ban on solitary confinement longer than 15 days."

But Kennedy retired in 2018, and Breyer announced his own plan to step down last month.

Axios

**COVID-19 dashboard: Catch up fast**



KABC – Los Angeles

**Latest weather with Alex Cheney**







# yahoo!news

As the court has grown more conservative, the arguments against prolonged solitary confinement have shifted.

Hope's lawyers at the MacArthur Justice Center told the justices in his petition seeking review that the practice was inconsistent with the original understanding of the Eighth Amendment.

Solitary confinement was, they wrote, "unheard-of at the founding, attempted and quickly aborted in the following centuries, and resurrected only with Mr. Hope's generation of prisoners."

The petition drew on the work of John F. Stinneford, a law professor at the University of Florida whose work on the original meaning of the Eighth Amendment has been cited with approval by the court's conservative majority in cases on methods of execution.

For his part, Hope said his lawsuit has given his life some meaning, even as his eyesight dims, his vocal cords weaken



Bon Voyage! These Shows Just Got The Axe
Ad · Bonvoyaged
...



Whiten Your Teeth In Minutes
KTNV - Las Vegas Scripps



Luke Vickers, Janine Murphy, Sophie Baker

**yahoo!news**

News    US    Politics    World    COVID-19    Climate Change    Originals    Health    Science    Podcasts    Contact Us    Videos    Mail

insane environment."

"Having sat back here and watched men commit suicide, mutilate themselves, try to overdose on pills and slowly lose their minds," he wrote, "I said to myself that I was going to try to make a positive change in the way we are housed and treated if it was the last thing I did."

## Popular in the Community

© 2022 The New York Times Company

[Pics] U.S Representative 'AOC' Is Living In This House
sponsored by: InvestmentGuru

AdChoices ▷                     Sponsored

Fox News Reporter in Ukraine Posts Graphic Videos Following...

82 comments

'Suspending the gas tax is a mistake': Tax Foundation

14 comments

2 Year
s Her
DIY
ffBeachSkinLab

✕

# Staffing Shortages in Texas Prisons Puts Officers, Prisoners in Danger

interrogatingjustice.org/ending-mass-incarceration/staffing-shortages-in-texas-prisons-puts-officers-prisoners-in-danger

By Ronnie K. Stephens                                    January 5, 2022

The staffing shortages in Texas's prisons are dangerous. Keri Blakinger, a political reporter and a prison-rights advocate, called attention to declines in the state's correctional staff just before Christmas. Since the beginning of the COVID-19 pandemic, the staffing shortages for correctional officers has increased from 18% to just over 30% in Texas prisons. The numbers Blakinger shared from the Texas Department of Criminal Justice are alarming. And the state's inability to staff its facilities makes them more dangerous for incarcerated individuals and correctional officers alike.

## COVID is overwhelming adult and juvenile detention facilities across Texas.

Texas is experiencing a spike in COVID-19 cases as a result of the omicron variant. That spike is impacting youth prisons faster than the state's general population. Though cases dropped significantly from November to mid-December, recent data shows that youth facilities saw a sudden increase in cases around Christmas. For instance, McLennan County State Juvenile Correctional Facility added 45 positive cases among incarcerated youth since December 25th. They also recorded 14 positive cases among staff. Gainesville State School added 12 cases among incarcerated youth and 7 cases among staff as well.



Image courtesy of Adam Nieścioruk via Unsplash.

According to the Texas Department of Criminal Justice, more than 90% of units across Texas have active COVID-19 cases. This problem is not new, either. Since the beginning of the pandemic, more than 40,000 incarcerated individuals in Texas tested positive. Over 15,000 corrections staff also contracted the virus. As of November 2021, Texas held the distinction of having more COVID-related deaths inside prisons than any other state.

There is a nationwide problem with correctional officers and incarcerated individuals refusing the vaccine. However, prisons across the country are also getting attention for ineffective COVID-19 measures. "One of the things that we had heard from a lot of folks both in jail and people working in jail was just the patchwork of policies and the frequency with which

policies were changing was a source of confusion, and also concern," Dr. Ellen Stone, co-author of a recent study on conditions in Texas county jails, reports.

## Fewer correctional officers puts incarcerated individuals and staff at risk.

The spread of COVID-19 inside Texas prisons is serious, but it's far from the only thing incarcerated individuals have to worry about. Reporter Keri Blakinger recently shared that one man she spoke to admitted he was still "more worried about getting killed by a guard or by a shank than by covid." These dangers haven't disappeared during the COVID-19 pandemic.

During the pandemic, petitions for compassionate release to reduce overcrowding gained traction. Texas prison populations remain high, though, despite a nearly one-third decline in corrections staff. This forces individuals into tighter quarters and leads to longer periods of lockdown. Surges in positive COVID-19 cases also causes prisons to limit visitation for long stretches. These factors increase tensions and perpetuate prison violence. Data from 2018 highlighted how deadly state institutions are for incarcerated individuals. The issue only worsens as fewer and fewer corrections staff are available to manage prison populations.

Incarcerated youth in Texas may be among the most vulnerable. The Department of Justice recently announced a federal investigation into the treatment of young people in Texas institutions. The investigation comes after numerous reports of sexual abuse, physical violence and ongoing mistreatment. Kristen Clarke, leader of the Civil Rights Division of the Department of Justice, added that "[t]here are also reports of staff members' use of excessive force on children, including kicking, body-slamming and choking children to the point of unconsciousness."

## Staff shortages in Texas prisons are likely to remain an ongoing problem.

The Texas Department of Criminal Justice instituted signing bonuses to offset staffing shortages in 2018. However, Texas prisons remained dangerously understaffed in 2019. At the time, Jeremy Desel, spokesperson for the Texas Department of Criminal Justice, acknowledged that staffing shortages makes prisons more dangerous. According to Desel, fewer officers correlates with an increase in prison violence. Both officers and incarcerated individuals are more susceptible to assault because there are fewer safeguards in place.



Image courtesy of Umanoide on Unsplash.

Though Texas has been aware of the decline in correctional staff for several years, measures continue to prove ineffective. In Dec. 2020, Texas announced the closure of state facilities due to understaffing. It's notable that these closures occurred amid declining incarceration rates. In fact, the Texas Department of Criminal Justice reported that the incarcerated population in 2020 was the lowest it had been since 1995.

Despite fewer and fewer individuals behind bars, staffing shortages continue to plague Texas prisons, putting both officers and incarcerated individuals at risk of ongoing violence. With signing bonuses and prison

closures unable to curb the problem, the question now is whether or not the Texas legislature can identify a longterm solution to staffing shortages.

↻ Last update 6:44 AM ET

# Texas House Primary Election Results

Texas has 38 U.S. House seats. Some of the districts are new this year because of redistricting. Key primary races to watch include the rematch in Texas' 28th Congressional District between incumbent Democratic Rep. Henry Cuellar and Jessica Cisneros, who challenged him and lost in 2020's primary.

✓ 31 / 32 DEM HOUSE RACES CALLED

✓ 38 / 38 GOP HOUSE RACES CALLED

**HOUSE**   GOVERNOR   ATTORNEY GENERAL   LT. GOVERNOR

## Texas Democratic Primary Results

House district

| | | | | |
|---|---|---|---|---|
| 98% in | | | | |
| **H 14** | M. Williams | | **50.2%** | 10,638 |
| 99% in | E. Howard | | **49.8%** | 10,551 |
| **H 15** | RUNOFF ADVANCING CANDIDATE | | | |
| 99% in | R. Ramirez | | **28.3%** | 9,210 |
| | M. Vallejo | | **20.1%** | 6,560 |
| | MORE CANDIDATES ⌄ | | | |
| **H 16** | V. Escobar ☑ | | **87.8%** | 30,397 |
| 99% in | INCUMBENT | | | |
| | D. Montanez Berrios | | **12.2%** | 4,211 |
| **H 17** | M. Woods ☑ | | **100%** | 17,019 |
| 99% in | | | | |
| **H 18** | S. Jackson Lee ☑ | | **100%** | 35,024 |
| 99% in | INCUMBENT | | | |
| **H 20** | J. Castro ☑ | | **100%** | 32,660 |
| 99% in | INCUMBENT | | | |
| **H 21** | RUNOFF ADVANCING CANDIDATES | | | |
| 99% in | C. Zapata | | **47.3%** | 16,397 |
| | R. Villarreal | | **27.1%** | 9,392 |
| | OTHER CANDIDATES ⌄ | | | |
| **H 22** | J. Jordan ☑ | | **100%** | 20,766 |
| 99% in | | | | |
| **H 23** | J. Lira ☑ | | **66.1%** | 20,129 |

| | | | | |
|---|---|---|---|---|
| **H 1** | RUNOFF ADVANCING CANDIDATES | | | |
| 99% in | J. Jefferson | | **45.5%** | 7,344 |
| | V. Dunn | | **28%** | 4,515 |
| | OTHER CANDIDATES ⌄ | | | |
| **H 2** | R. Fulford ☑ | | **100%** | 17,047 |
| 99% in | | | | |
| **H 3** | S. Srivastava ☑ | | **62%** | 13,759 |
| 97% in | D. Shelby | | **38%** | 8,448 |
| **H 4** | I. Omere ☑ | | **100%** | 16,385 |
| 99% in | | | | |
| **H 5** | T. Hill ☑ | | **52.8%** | 10,653 |
| 99% in | K. Bailey | | **47.2%** | 9,524 |
| **H 7** | L. Fletcher ☑ | | **100%** | 29,460 |
| 99% in | INCUMBENT | | | |
| **H 8** | L. Jones ☑ | | **100%** | 14,399 |
| 96% in | | | | |
| **H 9** | A. Green ☑ | | **100%** | 42,560 |
| 99% in | INCUMBENT | | | |
| **H 10** | L. Nuno ☑ | | **100%** | 20,316 |
| 97% in | | | | |
| **H 12** | T. Hunt ☑ | | **100%** | 20,561 |
| 98% in | | | | |
| **H 13** | K. Brown ☑ | | **100%** | 10,787 |
| 99% in | P. Golden | | **43.9%** | 15,764 |
| **H 24** | RUNOFF ADVANCING CANDIDATES | | | |
| 99% in | J. McDowell | | **39.3%** | 11,467 |
| | D. Gay | | **32.8%** | 9,571 |
| | OTHER CANDIDATES ⌄ | | | |
| **H 27** | M. Perez ☑ | | **59%** | 12,904 |
| 99% in | A. Tristan | | **26.1%** | 5,700 |
| | MORE CANDIDATES ⌄ | | | |
| **H 28** | RUNOFF ADVANCING CANDIDATES | | | |
| 99% in | H. Cuellar | | **48.5%** | 23,552 |
| | INCUMBENT | | | |
| | J. Cisneros | | **46.8%** | 22,745 |
| | OTHER CANDIDATES ⌄ | | | |
| **H 29** | S. Garcia ☑ | | **100%** | 19,286 |
| 99% in | INCUMBENT | | | |
| **H 30** | RUNOFF ADVANCING CANDIDATES | | | |
| 99% in | J. Crockett | | **48.5%** | 26,798 |
| | J. Hamilton | | **17.1%** | 9,436 |
| | OTHER CANDIDATES ⌄ | | | |
| **H 32** | C. Allred ☑ | | **100%** | 31,778 |
| 99% in | INCUMBENT | | | |
| **H 33** | M. Veasey ☑ | | **69.5%** | 16,005 |
| 98% in | INCUMBENT | | | |
| | C. Quintanilla | | **30.5%** | 7,373 |

| H 34 | V. Gonzalez ☑ | 64.8% | 23,408 |
| 99% in | INCUMBENT | | |
| | L. Cisneros | 23.3% | 8,425 |
| | MORE CANDIDATES ⌄ | | |

| H 35 | G. Casar ☑ | 61.3% | 25,306 |
| 99% in | E. Rodriguez | 15.6% | 6,433 |
| | MORE CANDIDATES ⌄ | | |

| H 36 | J. Haire ☑ | 100% | 16,478 |
| 99% in | | | |

| H 37 | L. Doggett ☑ | 79.2% | 59,612 |
| 99% in | INCUMBENT | | |
| | D. Imam | 17.8% | 13,370 |
| | MORE CANDIDATES ⌄ | | |

| H 38 | RUNOFF   ADVANCING CANDIDATES | | |
| 99% in | D. Martinez Alexander | 44.7% | 9,828 |
| | D. Klussmann | 39.2% | 8,632 |
| | OTHER CANDIDATES ⌄ | | |

| SHOW LESS |
|---|

# Texas Republican Primary Results

House

| | J. Teague | 43% | 9,273 |
| | T. Stroud | 29.3% | 6,328 |
| | OTHER CANDIDATES ⌄ | | |

| H 8 | M. Luttrell ☑ | 52.1% | 34,119 |
| 99% in | C. Collins | 22.3% | 14,597 |
| | MORE CANDIDATES ⌄ | | |

| H 9 | J. Leon ☑ | 100% | 10,466 |
| 95% in | | | |

| H 10 | M. McCaul ☑ | 100% | 63,084 |
| 99% in | INCUMBENT | | |

| H 11 | A. Pfluger ☑ | 100% | 61,257 |
| 99% in | INCUMBENT | | |

| H 12 | K. Granger ☑ | 75.2% | 46,779 |
| 99% in | INCUMBENT | | |
| | R. Catala | 14.1% | 8,759 |
| | MORE CANDIDATES ⌄ | | |

| H 13 | R. Jackson ☑ | 100% | 71,297 |
| 99% in | INCUMBENT | | |

| H 14 | R. Weber ☑ | 89.2% | 58,055 |
| 99% in | INCUMBENT | | |
| | K. Keith Casey | 7.9% | 5,160 |
| | MORE CANDIDATES ⌄ | | |

| H 15 | M. De La Cruz ☑ | 58.5% | 16,814 |
| 99% in | M. Garza | 15.8% | 4,537 |

| H 1 | N. Moran ☑ | 62.9% | 50,930 |
| 99% in | J. McDaniel | 24.3% | 19,623 |
| | MORE CANDIDATES ⌄ | | |

| H 2 | D. Crenshaw ☑ | 74.4% | 45,548 |
| 99% in | INCUMBENT | | |
| | J. Ellis | 16.6% | 10,175 |
| | MORE CANDIDATES ⌄ | | |

| H 3 | RUNOFF   ADVANCING CANDIDATES | | |
| 99% in | V. Taylor | 48.7% | 31,168 |
| | INCUMBENT | | |
| | K. Self | 26.5% | 16,959 |
| | OTHER CANDIDATES ⌄ | | |

| H 4 | P. Fallon ☑ | 58.9% | 41,099 |
| 99% in | INCUMBENT | | |
| | D. Thomas | 30.3% | 21,102 |
| | MORE CANDIDATES ⌄ | | |

| H 5 | L. Gooden ☑ | 100% | 47,660 |
| 99% in | INCUMBENT | | |

| H 6 | J. Ellzey ☑ | 71.2% | 38,501 |
| 99% in | INCUMBENT | | |
| | J. Buford | 15.9% | 8,574 |
| | MORE CANDIDATES ⌄ | | |

| H 7 | RUNOFF   ADVANCING CANDIDATES | | |
| 98% in | J. Teague | 43% | 9,273 |
| | MORE CANDIDATES ⌄ | | |

| H 16 | I. Armendariz-Jackson ☑ | 100% | 12,592 |
| 97% in | | | |

| H 17 | P. Sessions ☑ | 69.9% | 47,870 |
| 99% in | INCUMBENT | | |
| | J. Nelson | 12.2% | 8,327 |
| | MORE CANDIDATES ⌄ | | |

☆ **2022** Calendar  TX House  TX Governor  TX Attorney Ge

| H 19 | J. Arrington ☑ | 100% | 67,863 |
| 99% in | INCUMBENT | | |

| H 20 | K. Sinclair ☑ | 100% | 15,846 |
| 99% in | | | |

| H 21 | C. Roy ☑ | 83.2% | 77,134 |
| 99% in | INCUMBENT | | |
| | R. Lowry | 8.2% | 7,560 |
| | MORE CANDIDATES ⌄ | | |

| H 22 | T. Nehls ☑ | 87.2% | 50,156 |
| 99% in | INCUMBENT | | |
| | G. Thorne | 12.8% | 7,360 |

| H 23 | T. Gonzales ☑ | 77.9% | 37,130 |
| 99% in | INCUMBENT | | |
| | A. Arredondo-Lynch | 15.3% | 7,294 |
| | MORE CANDIDATES ⌄ | | |

| H 24 | B. Van Duyne ☑ | 85% | 61,844 |
|---|---|---|---|
| 99% in | INCUMBENT | | |
| | N. Weymouth | 15% | 10,883 |

| H 25 | R. Williams ☑ | 100% | 69,087 |
|---|---|---|---|
| 99% in | INCUMBENT | | |

| H 26 | M. Burgess ☑ | 66.8% | 41,979 |
|---|---|---|---|
| 99% in | INCUMBENT | | |
| | V. Gallo | 10.2% | 6,432 |

MORE CANDIDATES ⌄

| H 27 | M. Cloud ☑ | 72.5% | 45,680 |
|---|---|---|---|
| 99% in | INCUMBENT | | |
| | A. Louderback | 12.2% | 7,698 |

MORE CANDIDATES ⌄

| H 28 | RUNOFF   ADVANCING CANDIDATES | | |
|---|---|---|---|
| 98% in | C. Garcia | 23.5% | 5,867 |
| | S. Whitten | 18% | 4,504 |

OTHER CANDIDATES ⌄

| H 29 | RUNOFF   ADVANCING CANDIDATE | | |
|---|---|---|---|
| 98% in | R. Schafranek | 39.3% | 3,286 |
| | J. Garza | 31.4% | 2,625 |

MORE CANDIDATES ⌄

| H 30 | RUNOFF   ADVANCING CANDIDATES | | |
|---|---|---|---|
| 99% in | J. Harris | 32.9% | 3,852 |
| | I. Rodgers | 31.2% | 3,761 |

MORE CANDIDATES ⌄

| H 38 | W. Hunt ☑ | 55.3% | 35,161 |
|---|---|---|---|
| 99% in | M. Ramsey | 30.3% | 19,264 |

MORE CANDIDATES ⌄

SHOW LESS

The expected vote is the total number of votes that are expected in a given race once all votes are counted. This number is an estimate and is based on several different factors, including information on the number of votes cast early as well as information provided to our vote reporters on Election Day from county election officials. The figure can change as NBC News gathers new information.

Source: National Election Pool (NEP)

| H 31 | J. Carter ☑ | 71.1% | 50,764 |
|---|---|---|---|
| 99% in | INCUMBENT | | |
| | M. Williams | 19.7% | 14,070 |

MORE CANDIDATES ⌄

| H 32 | RUNOFF   ADVANCING CANDIDATE | | |
|---|---|---|---|
| 97% in | A. Swad | 40.4% | 8,999 |
| | J. Webb | 18% | 4,015 |

MORE CANDIDATES ⌄

| H 33 | P. Gillespie ☑ | 63.4% | 5,708 |
|---|---|---|---|
| 99% in | R. MacGlaflin | 36.6% | 3,290 |

| H 34 | M. Flores ☑ | 60.4% | 9,479 |
|---|---|---|---|
| 98% in | F. McCaffrey | 21.9% | 3,432 |

MORE CANDIDATES ⌄

| H 35 | RUNOFF   ADVANCING CANDIDATE | | |
|---|---|---|---|
| 97% in | D. McQueen | 21.3% | 2,892 |
| | M. Rodriguez | 15% | 2,032 |

MORE CANDIDATES ⌄

| H 36 | B. Babin ☑ | 100% | 58,942 |
|---|---|---|---|
| 99% in | INCUMBENT | | |

| H 37 | RUNOFF   ADVANCING CANDIDATE | | |
|---|---|---|---|
| 97% in | J. Sharon | 46.8% | 9,066 |
| | R. Lingsch | 27.8% | 5,382 |

| Colorado | New Mexico |
|---|---|
| Connecticut | New York |
| Delaware | North Carolina |
| D.C. | North Dakota |
| Florida | Ohio |
| Georgia | Oklahoma |
| Hawaii | Oregon |
| Idaho | Pennsylvania |
| Illinois | Rhode Island |
| Indiana | South Carolina |
| Iowa | South Dakota |
| Kansas | Tennessee |
| Kentucky | Texas |
| Louisiana | Utah |
| Maine | Vermont |
| Maryland | Virginia |
| Massachusetts | Washington |
| Michigan | West Virginia |
| Minnesota | Wisconsin |
| Mississippi | Wyoming |
| Missouri | |

## 2020 State election results

| Alabama | Montana |
|---|---|
| Alaska | Nebraska |
| Arizona | Nevada |
| Arkansas | New Hampshire |
| California | New Jersey |

**More Politics coverage**



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## CORRECTIONAL INSTITUTIONS DIVISION

## DIRECTOR'S REVIEW COMMITTEE
### DECISION FORM

Offender: __Zuniga, Julio_____   TDCJ-ID#: __1961551_____

Unit: __DA   007_____   Date: __03/11/22_____

The Director's Review Committee (DRC) has rendered a decision regarding your appeal of the Unit rejection of information intended to cause prison disrutption received in contradiction with BP-03.91, Uniform Offender Correspondence Rules.

The return address indicates that the rejected item(s) was/were mailed to you from:

      Texas Prison Reform
      P.O.Box 671
      Kaukawna, WI 54130

It is the decision of the DRC to **uphold** the Unit rejection of the above mentioned item(s). You will have 60 days from the above date to make disposition of the denied item unless security mandates there be no disposition.

DRC/

copy:   Unit Mailroom
       Texas Prison Reform
       file

# Mongoose Distro
# Prison Resource List

Inside Books Project
PO Box 301029
Austin, TX 78703

    Inside Books Project is an Austin-based community service volunteer organization that sends free books and educational materials to prisoners in Texas. Inside Books is the only books-to-prisoners program in Texas, where over 140,000 people are incarcerated. Inside Books Project works to promote reading, literacy, and education among incarcerated individuals and to educate the general public on issues of incarceration.

NYC Books through Bars
c/o Bluestockings Books
116 Suffolk Street
New York, NY 10002

    Specializes in political and history books. Also has literary fiction and other educational books. No religion books. Prioritizes requests from NY. Serves all US States except AL, FL, LA, MA, MI, MS, NC, OH and PA ***Please list genre(s)/types of books you would like, NOT specific authors or titles***

Feral Distro
PO Box 10252
San Antonio, TX 78210

    Distributes zines inspired by egoism, anti-civilization anarchy, the Situationists, anarchist-nihilism, and post-left anarchy.

Sick Of It!
PO Box 180177
Brooklyn, NY 11218

    We are a group of abolitionists and disabled activists working to build connections between the free world disabled community and that behind bars. We aim with this project to amplify the voices of incarcerated disabled people, and provide education about the ways disabled liberation and a world free of cages are intertwined.

Narcotics Anonymous
PO Box 9999
Van Nuys, CA 91409

    NA publishes a wide variety of materials concerning drug addiction and recovery, some of which are expressly produced for persons currently incarcerated, including *Behind the Walls. Tambien ofrece literatura* en espanol, incluyendo *Entre Rejas*. Booklets are 85cents each.

Little Black Cart
PO Box 3290
Berkeley, CA 94703

    Two catalogues offering pamphlets and books on egoist, green, and nihilist anarchism. Prices range from about $4-$15.

The Match
PO Box 3012
Tuscon, AZ 85702

    "Our philosophy and practice: Criticism of, and resistance to, all statist laws and authoritarianism. We believe that governments and religions rest on threats or outright violence, and do more harm than good." *(FREE/donation, cash or stamps only)*

Asymmetrical Anti-Media
c/o Jason Rodgers
~~PO Box 10894~~ PO Box 701
~~Albany, NY 12201~~ Cobleskill, NY 12043

    Review Zine. Jason says he'll review anything as long as it has a physical address, but the content generally reflects his Discordian, anti-civilization anarchist proclivities. Written by and for hardcore postal mail enthusiasts. *($1, stamps or trade)*

Haney Family Chronicles
c/o Garry Brown
PO Box 383
Cookeville, TN 38503

    Stories about Garry's backward, hyper-religious, racist, hillbilly family w/ numerous ads ($2)

Squeaky Nuisance
820 E. 4th Ave.
Hutchison, KS 67501

    Christopher and his partner Ramona, after living in motor nomadic freedom, but frequent discomfort, head off to Kansas to live in the dilapidated old house left to them by their late friend, Joe. This is the chronicle of that journey.

South Chicago ABC Zine Distro
PO Box 721
Homewood, IL 60430

    Huge catalogue of anarchist zines written by/for political prisoners and prison rebels alike.

Paracosm Press
PO Box 3365
Bloomington, IN 47402

    Theory, commentary, and personal writings from an anarchist perspective. Essays cover topics like morality, leftism, daily life, media, and counterculture.

Black & Pink
6223 Maple St. #4600
Omaha, NE 68104

    Prison abolitionist organization dedicated to abolishing the criminal punishment system and liberating LGBTQIA2S+ people and people living with HIV/AIDS who are affected by that system through advocacy, support, and organizing.



Mongoose Distro publishes and distributes writings from prisoners, with a focus on anti-state and autonomous politics. We hope that you enjoy the enclosed materials. Please let us know if you would like more literature sent to you, free of charge, or if you're interested in contributing.

*Mongoose Distro* .com
PO Box 220069
Brooklyn, NY 11222

WRITE MEDIA MAIL ON ENVELOPE
/ MEDIA MAIL/SEAL IT!