I - 60

REQUESTING FBI - HOUSTON Field OFFICE
Physical Address.

REPORTED Demolition and
Corruption to DEA Field OFFICE
Too

JULIO A Zuniga

3A

#1961331

B208

INS. Sg 4 SUAVE

LAW LIBRARY

4/10/2

United States Courts
Southern District of Texas
F I L E D

MAR 2 8 2022

Nathan Ochsner, Clerk of Court

4/10/21

LAW LIBRARY

LAW LIBRARY        FILED        FEB 22, 2021

REQUESTING FBI/DEA — HOUSTON FIELD OFFICES

1433 West Loop S, Ste. 600
Houston, TX  77027

JULIO Ⓐ ZUNIGⒶ        B.208        #1961581
MONGOOSEDISTRO.COM/
        DA        Sy. 13 SUAVE
LAW LIBRARY        FEB. 22, 2021

**Mary Aldous,**

**First Assistant, (DA?)**


**Barthella Jones,**

**Chief - Civil Division,**


**Vicki Kraemer,**

**Chief Investigator * ( If she's still there, she might be the person you want, or who fielded your letter?)**

**Yo!! I saw NO one named Cynthia Bridges on their County webpage!! (?) Are you saying SHE, or someone at that office, sent the TFSR Show the Interview copy? Or, any of the above; this was all I could find.**

I-60

Hello, I am Done Doing the Drafts - I want to Renenate Everything Again, Can you Send 1 - IN FORMA PAUPERIS / 1 - 1983 Please. I am Ready to go ahead with the Next Step as soon as I Fill these out. I've got all Documentation Needed to Proceed.

JULIO (A) ZUNIGA   #1961551
DA                 B208   sq. 13
LAW LIBRARY              3/15/21


LAW LIBRARY / GOLIGHLY B208

I — GC

I NEED TO FILE 1983/What is the FEDERAL Circuit. For This AREA?

Galveston Division
and if You appeal then it goes
to the 5TH Cir.

601 Rosenberg St. Rm 411
Galveston, TX. 77550

JULIO (A) ZUNIGA

DA

LAW LIBRARY

B208

#1961551

Sg. 13 8Love

FEB 22, 2021

LAW. LIBRARY

B . 2 . 08

I—6 C

REQUESTING OFFICER's NAME LIST.

No OFFICER ROSTER UNAVAILABLE
AT THIS TIME. SHORTAGE DUE TO DEMAND
FOR ROSTER. You'll NEED TO RE-SUBMIT

JAN 2021

JULIO (A) ZUNIG (A) nun-nwoc
mongooseDISTRO. com /@prisonskrill

D.A

#196655[

Sq. 13 SLONE

B . 2 . 08.

LAW LIBRARY

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**



**PART A:** (To be completed by offender)                    Date: _2/14/22_

Offender's Name: _Julio A Zuniga_          TDCJ No.: _1961551_

Work Assignment: _INS. MED. #1_           Work Hours: _____

Wing No: _____          School Hours: _____

Service needed:   ☐ Medical  ☐ Dental  ☒ Mental Health  ☐ Other: _____
Reason for Health Services Appointment: _FOR MENTAL HEALTH DUP!! II)_

How long have you had this problem?    Hours: _5000_        Days: _7,635_

---

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."* _IWW—IWOC LOCAL 613 #1_

**Signature of Offender**

---

Part B:  (To be completed by medical personnel – Do not write below this line)
Medical Reply: _____ Scheduled w/ MHS 2/17/2022_
_____ , MHC

Medical Staff Member's Signature                    FEB 17 2022   Date

HSA – 9 (Rev. 8/19)

MEDICAL          I — 60          4/21/21

AGAIN, I WANT TO BE TESTED - FOR

(H-PILORI) DR. HAQUE AND BETSY

ZECHARIAH-REFUSED ME ON 4/21/21 (9:45-10:15)

FOR SHOWING A WATER-SAMPLE TO DR. HAQUE ON

CAMERA. HE SAID I DON'T NEED IMMUNITY, "OSMOLITES"

TO DRINK MORE CONTAMINATED WATER.

JULIO Ⓐ ZUNIGⒶ                    #1961551

DA               B209          INS MED SG 4

MEDICAL          MOVED                    4/21/21

RECEIVED
APR 2 2 2021
BY:



SUBMITTED BY OFFENDER

I-60

REQUESTING TO KNOW WHO SHUT DOWN MY ACCOUNT,
I am having to REPORT RETALIATION during
COVID-19 PANDEMIC to MEDIA, So INCLUDE ALL
EMPLOYEES NAMES AS WELL. THANK YOU.
MONGOOSEDISTRO.COM / PRISONSKILL@WORDPRESS.COM

JULIO (A) ZUNIGA (INN-TIWOC)                      # 1961551

DIA                    Please Address all account questions;      Sg. 13.
MAR 8 2021
Submitted              Mrs. C Gongora
Afenok                 Commissary & Trust Fund Dept.
Commissary.            901 Normal Park, Suite 207C
                       Huntsville, Texas  77320              FEB 2, 2021



SUBMITTED BY OFFENDER

J. Zuniga      # 1961551          B2-08

JULIO ZUNIGA #1961551 "Z"
DARRINGTON UNITED
59 DARRINGTON RD.
ROSHARON, TEXAS 77583

SOLDIER MAIL

N HOUSTON
NORTH HOUSTON TX 773
12 MAR '21
2021PM 2 L

INTER-AMERICAN COMMISSION ON HUMAN RIGHTS
ORGANIZATION OF AMERICAN STATES
1889 F ST. NW
WASHINGTON, DC 20006

20006-449999

I-60

REQUESTING POSTMASTER GENERAL'S OFFICE....

THANK you,.... AND CYNTHIA BRIDGES - DA -

BRAZORIA County. THANXS.

1. BRAZORIA County District Attorney

JERI YENNE

408A COURTHOUSE

111 E. LOCUST ST.

ANGLETON, TX. 77515 - 4628

#1061551

JULTO @ ZUNIGA @ IWW-IWOC

DA      2 WRITE Mail Room!      8g. 13 SLOANE

B 2 - 08

1/21/21

LAW LIBRARY

LAW LIBRARY                    1/21/21

I — 60

REQUESTING MY EVENING SNACK to be RE ISSUED.
I got kicked off OF THE Computer, AGAIN.
Can you PLEASE RE ISSUE my MEAT SNACK IN the
EVENING, — My HYPO SNACK'S WERE REMOVED),
FOR NO REASON.

JULIO @ ZUNIGA                    #1961551

DA / MONGOOSEDISTRO.COM           Sg. 13 SLAVE
                                  RECEIVED
PM Snack ordered.        12-2-08  JAN 3 1 2021
MEDICAL  When you come for          BY. F. [illegible] RN

MEDICAL

I-60

Requesting Refill ON Clorphen and
NASAL SPRAY... I NEED VITAMIN C pills too.
Thank you!

JULIO A ZUNIGA                    #1961557

DA     Refilled 2/13/17   Sg. 13 SLAVE
            RECEIVED

MEDICAL        B-2-08

I – 60

Dear Mr. Hudson, I apologize for the mistake
of givin you an old address, I had "NO IDEA"
"Hannah" bought A HOUSE, — NO MORE APARTMENT.
SHE SAID to PLEASE PUT MY NEW ADDRESS AS:
JULIO A ZUNIGA 7629 Bellingham Dr.
HOUSTON, TEXAS 77028 — I STILL DON'T HAVE A
#, BUT, ON VISITATION, I'll RETRIEVE IT. THANK YOU.
TILL NEXT TIME. Got it NW 3/10/21

JULIO A ZUNIGA (B208) #1961551
DA Sq 13
PAROLE / MR. HUDSON 3/12/21

PAROLE

Agware

MENTAL HEALTH I — 60
REQUESTING TO SPEAK TO Scroggins

3·11·21 Schedule w/mHS
Suggins-MHC

RECEIVED

MAR 10 2021

BY:_____

#1961581
Sg. 13 SLAVE
3/7/21
B 208

JULIO A ZUNIGA
DA
MENTAL HEALTH

associated with ___                    ___ actions taken by the new delegate in their duties    at an
as a delegate until the General Secretary-Treasurer approves the new delegate.                    IWOC
                                                                                                 meeting.

Brianna or another outside delegate will
___Signature of sponsoring delegate___                              sign here

☐ Please send me a bundle of _____ copies of the *Industrial Worker.* (You will be billed 20 cents per copy.)
☐ Please list me as a contact in the IWW Directory, published in the *IW* & online.    $5.00 ← the Industrial
My listing should read as follows:                                                     Worker is a glossy
                                                                                       magazine
_____
(name, address, phone number, e-mail – please note: delegates are strongly encouraged to use PO Boxes or non-residential addresses for the listing)

This is rsp to your suggestion I have no suggestion on this

| GHQ USE ONLY | | |
| REC'D | DELEGATE NO. | |
| RIGGING ISSUED | | this part ÷ |
| BY GHQ fills out | | GENERAL SECRETARY-TREASURER'S SIGNATURE |

NOTE- so far we have not been sending
member cards, pins/buttons, or dues

I – 60

REQUESTING NAME'S OF SENIOR PRACTICE MANAGERS
SUPERVISOR'S TO ADD TO "Discrimination lawsuit"

Please defer to
Law Library

RECEIVED
FEB 24 2021
BY: F. Abdula

JULIO @ ZONG @

#1061581
Sg. 13 SLAVE

Feb 22, 2021
B. 2.08

DA

SENIOR Practice Manager

MEDICAL SENIOR Practice Manager    B. 2.08

I-Co

Requesting To Speak To Me.

Scroggins.

3-24-21 Schedule Upons
Wegiss port.

Julio A Zuniga
DA

Mental Health.

RECEIVED MAR 2 2 2021

#196155/

$q.13

3/17/21

Mental Health

Mental Health

Zuniga J.
196155 B2-8

I-60

REQUESTING MEDICAL BOOTS / SHOES ... AND I AM NEEDING TO SPEAK TO DR. ABOUT MY HEAT RESTRICTION, - WHY DID THEY REMOVE IT FROM THE COMPUTER? I NEED THAT.

JULIO A ZUNIGA TLC-IWOC #1961551

DR PSC 8-B SLAVE

MEDICAL / DR. ONOUGU 3/26/21

RECEIVED
MAR 30 2021
BY: [illegible]

3-2-08

Look at the Habits of Effective People; which number do you think best applies to you, and why?

Do you meditate in order to reach a deeper level of spiritual connection?

DR. ONOUGU 3/26/21

MEDICAL                 I - 60
REQUESTING VITAMIN D, AND CLORPHEN, FOR
   CHEST CONGESTION,--- NASAL SPRAY IS OUT,
NEED REF!!.

Ordered! Calcium with
Vitamin D has drug drug interaction
with your other meds.
#T961551

JULIO @ ZUNIGA
   DA

Sg. 2 SLAVE

JAN 05 2021 / - 1-21

MEDICAL

Hustle, which may be of some help to
Alex -- see the attached PDF. You can
also find information about the specific
equipment the team uses in this blog
post from our network, Radiotopia.

All mail can be sent here:
Ear Hustle SQ
P.O. Box 883723
San Francisco, CA 94188-3723

Hope that helps, and best wishes to you
both.

Take care,
Julie Shapiro
EP, Radiotopia & Ear Hustle

Julie Shapiro

LAW LIBRARY      I - 60
    REQUESTING STATE REPS.' AIMA ALLEN
(D) HOUSTON / RON REYNOLD'S (D) MISSOURI CITY
  MAYOR SYLVESTER TURNER'S OFFICE / ABBIE KAMIN / CAROLYN EVAN.
Shabazz, . Physical Addresses Please.
        Thank you.  Same address  All Texas Reps have the
State Capitol              once it gets to Austin then
1400 Congress Ave.         they will forward it to the proper address
Austin, TX. 78768                    Sylvester Turner
JULIO A ZUNIG(A)(IWW-IWOC)           Po. Box 1562   Houston, TX. 77251
                                     # 1961551
                                     12 · 19 · 20
  DA                                 Sg. Z. SLOVE

Law Library / GOLIGHTLY        E. 3. 12B
                            on B Line 208
  RISONS kill               RCVD: 1/19/21

B208

iPad 🛜                              3:03 PM                              🔋 47%

the Democratic Party, out of the Republican Party, and swell the ranks of the Black Panther Par-

ty and the Peace and Freedom Party.

After building an alliance with Latinos within the Peace and Freedom Party and after a se-

ries of state primaries and much wrangling, Eldridge Cleaver emerged as the clear favorite. On

August 18, he formally secured the nomination of the national Peace and Freedom Party con-

vention as its candidate for president of the United States with 161.5 delegate votes, outshining

the 54 votes for the runner-up, civil rights activist and comedian Dick Gregory.[39]

On August 25, the Panthers held a rally at De Fremery Park in west Oakland that they cere-

moniously renamed Bobby Hutton Memorial Park in honor of the martyred Panther youth. The

rally attracted a cross-section of Panther supporters, bringing them together to strengthen their

anti-imperialist identity, binding them across race and social position to forge a revolutionary

rejection of American empire.[40]

The crowd gathered in the hot sun and under the cool shade of the park's oaks to listen to

the speakers and show their support for Huey Newton. Although Hutton Park lies in the heart

I-60

REQUESTING TO SEE DR. ONOGU —

FOR BACK PAIN MEDICATION AND SINUS

MEDICATION / NASAL SPRAY.

THANK YOU ! !!

RECEIVED

APR 0 7 2021

BY: F. Andu RN

JULIO A. ZUNIGA - JUB 613.

·IWOC·

TEXAS LOCAL - HOUSTON BRANCH

DA

MEDICAL        PSU B-2·08

#1961587

Sg. B SLADE

4/4/21

MEDICAL

stop

I-60.   B 208/3/22/21

NEED VISITATION FORM PLEASE.

"SCROGGINS"

JULIO (A) ZUNIGA (A) TLC-IWEC
DA    B208
CLASSIFICATION    BD08
208

#196155(
Sq. 13 SLAVE
3/22/21



I - 62

REQUESTING NASAL SPRAY REFILL, AND
IBUPROFEN / CLORPHEN REFILL.

JULIO (A) ZUNIGA (A)                    #1961581

DA                                      INS. MED. Sg 3

MEDICAL DR. ONOUGU                      8/23/21

RECEIVED AUG 24 2021

MEDICAL                                 8/23/21

**Signature Authority:** _____   **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

OFFICE USE ONLY

I-60

Requesting To Speak To Scroggins.

2·12·21   Schedule w/mHS
          suglia w the

Julio A Zoniga                              #1961351

DA                                          Sg. 13 SUAVE
                                            B-2-08
MENTAL HEALTH           RECEIVED            2·B·08
                        FEB 12 2021
                        BY: L. Ofeville RN

I - GO

REQUEST TO Staff Strkeggins

JULIO (A) ZUNIGA (A) INOC-IUB6B3   #1961551

DA

INS. MED. Sg 4

MENTAL HEALTH

4-23-21   Schdele w/m HS
Sugrto MHS

4/18/21

RECEIVED APR 20 2021

MENTAL HEALTH

ZUNIGA, J  B2-8
1961551

#214 Moved

I—60
REQUESTING Indigent POCKET

JULIO (A) ZUNIGA          # 1961551
DA                        Seq. 13 SLANE
LAW LIBRARY   B 208       FEB 23, 2021

LAW LIBRARY          B 208

```
TDCJ - INSTITUTIONAL DIVISION
      OFFICIAL LAYIN PASS
          INFIRMARY

EFFECTIVE DATE: 04/23/2021
FROM-TO TIME: 09:30-09:45
START DATE: 04/23/2021  END DATE: 04/23/2021

ADMIT: 01961551 ZUNIGA,JULIO
   REASON: ONUOGU/23          HOUSE: B-2-08B

 JOB: INSIDE MEDICAL SQ 04            00:00-00:00
 EDUC:


COUNTROOM: WASHINGTON

TITLE: CLERK1
```

```
TDCJ - INSTITUTIONAL DIVISION
      OFFICIAL LAYIN PASS
         ADMINISTRATIVE

EFFECTIVE DATE: 04/23/2021
FROM-TO TIME: 07:00-09:29
START DATE: 04/23/2021 END DATE: 04/23/2021

ADMIT: 01961551 ZUNIGA,JULIO
   REASON:  0700 UCC          HOUSE: B-2-08B

 JOB: INSIDE MEDICAL SQ 04            00:00-00:00
 EDUC:


COUNTROOM: WASHINGTON

TITLE: CLERK1
```

LAW LIBRARY        I-60
    REQUESTING THE NAME OF COUNTY FOR
LIVINGSTON, TX / D A OF COUNTY / SHERIFF'S DEPT
INFORMATION. THANKS.

Polk County

William L. Lee
101 W. Mill St, Ste 247
Livingston, TX 77351

Sheriff
1733 N. Washington Av
Livingston, TX 77351

#1961551
Sg 13. SLAVE
3/1/21

JULIO Ⓐ ZUNIGⒶ    B.208
TLC-1WOC·1UB-613 #1

I-601

REQUEST TO SEE PROVIDER plus "Osmolites"

IMMUNO-COMPROMISED PATIENT SUPPLEMENT.

JULIO (A) ZUNIGA INOC-IUB613   #1961551
DA   (HOUSTON)   DNS MES gg. 4
4/16/21

Print Date: 04/05/2021 22:38
Electronically Signed by ONUOGU, JOY O. FNP on 04/06/2021.   Page: 1/1
##And No Others##

MEDICAL ONOUGU   PSC

APR 2 0 2021
BY: F godu Rn

MEDICAL   4/16/21

No housing address

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

H214

**PART A:** (To be completed by offender)　　　　　Date: 4/15/21

Offender's Name: Julio Zuniga　　　　　TDCJ No.: 1961551

Work Assignment: Ins. Med. 504　　　　　Work Hours: _____

Wing No: B200　　　　　School Hours: _____

Service needed:　☑ Medical　☐ Dental　☐ Mental Health　☐ Other: _____

Reason for Health Services Appointment: I NEED my OSMOLITES RENEWED

How long have you had this problem?　Hours: _____　Days: _____

---

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $13.55 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

　　　　　　　　　　　**Signature of Offender**　　　RECEIVED

---

Part B: (To be completed by medical personnel – Do not write below this line

Medical Reply: No indication for continuous

Osmolit, you got higher snack

APR 16 2021
BY: [signature]

　　　　**Medical Staff Member's Signature**　　　　　Date

HSA – 9 (Rev. 8/19)

I - 60

REQUESTING Blood work done FOR ARSENIC,
AND LEAD Poisoning.

RECEIVED

JUN 2 2 2021

PSC BY: Nico RN

#1961581

Julio A Zuniga INVC-LOCAL 613

Ins. MED. 893

DD                J 217B

6/21/21

MEDICAL

Subordinate's org offender

MEDICAL                6/21/21

**SUBJECT:** *State briefly the problem on which you desire assistance.*

B.2.08

1. MAYOR SYLVESTER TURNER
   City HALL ANNEX
   900 BAGBY, First F/6ER
   Houston, TX. 77002

2. Representative, STATE
   RON REYNOLDS - 27 DIST. (Miso. CTY)
   ALMA ALLEN - 131 DIST
   STATE CAPITOL

Name: ___1400 CONGRESS AVE___ No: _____ Unit: _____

Living Quarters: ___P.O. Box 2910___ Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

   Austin, TX. 78768-2910

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _____     DATE: _____
         *(Name and title of official)*

ADDRESS: _____

I-60

REQUESTING TO GET TESTED FOR
High METALS — ARSENIC, LEAD, ALUMINUM, PCB'S,
ect.

JULIO A ZUNIGA                    OC UUO RN #1961551
                                  RECEIVED AUG 04 2021
DA              H 207 T              INS. MED. Sg 3

MEDICAL/                             Aug. 2. 2021

MEDICAL                              Aug 2, 2021

I-60

SUBMITTED BY OFFENDER

NEED #'S TO ALL GRIENANCES
ACTIVE AS OF NOW.
I'VE ENTERED 3, AND YOU ONLY
SHOW ONE. WHERE'S THE REST?

MAR 8 2021
Submitted by Offender

JULIO @ZUNIGA@ TLC-IWOC          #196155/

DA 2021060679          B208     Sg: 15 SUAVE
   202105589B                    2/28/21
LINCOLN /GRIENANCE

GRIEVANCE/LINCOLN B208

I – 60

REQUESTING TO SEE DR.
ONOUGU FOR ABDOMINAL PAIN.
AND LAB TEST. RESULTS.

JULIO A ZUNIGA

DA

MEDICAL/NSC

RECEIVED
REC MAY 07 2021 #1961381
BY: CMO RN:
H2147    INS. MED. Sg3

5/5/21

MEDICAL    H2147    5/5/21

**IBJECT:** *State briefly the problem on which you desire assistance.*

REQUESTING to REVIEW my MEDIEAL RECORDS, H-pylore
TEST RESULTS AND MEDICATION Submitted.

ime: JULIO (A) ZUNIGA     No: 1961551     Unit: MEMMEIN C

'ing Quarters: _____     Work Assignment: Laundry / School

**SPOSITION:** (Inmate will not write in this space)

You are laid in to come review them on 09/28/21
@1000 - 1030.     N/Po

RECEIVED SEP 22 2021

C. John RN

-60 (Rev. 11-90)

---

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO TH PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administratio Building)*

6. ☐ *Parole requirements and related information (Unit Parc Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, inf mation on parole eligibility, discharge date, detainers-U Administration)*

8. ☐ *Personal Interview with a representative of an outsi agency (Treatment Division, Administration Building)*

TO: MEDICAL RECORDS     DATE 9/21/21
*(Name and title of official)*

ADDRESS: MEMORIAL

I - 60

REQUEST TO REVIEW MY MEDICAL RECORD'S,
THE MEDIA IS REQUESTING IT, ... ARE YOU DENYING ME ACCESS to
MY MEDICAL RECORDS? YOU LAYED-ME IN ONCE, DID NOT Bother
to CALL OUR WING FOR MEDICAL LAY - INS, ... you think that going to
STOP THE NEED FOR ME to VIEW MY RECORDS? YOUR Tactic's to deform
Inmates is not going to WORK, I will have my Facilitators CALL you,
AND RAISE ISSUE'S ON MORE STUFF IF YOU'D LIKE! LET ME know.

JULIO (A) ZUNIGA (A)                                     #296155/
DA                                     K/05T              Laundry Folder
MEDICAL RECORDS              RECEIVED SEP 17 2021  9/13/21

---

Like all Branch Officers, outside Liaisons should be elected by members inside on an
annual basis, though Branches may further grow and differentiate outside tasks as
needed (creating an officer for Media, Reentry, Outreach, etc), in partnership with
IWOC.

# Article 6: Revision

These Bylaws may be amended by a majority vote of the Branch. However, as By-Law
edits change the rules of the game, unless in an emergency situation By-Laws changes
should be given more time and process to pass. In outside Branches this means being
discussed at one meeting and decided at the next meeting.

I NEED TO MEDICAL RECORDS ; I NEED
A COPY OF MY H-PYLORI AND MEDICAL TREATMENT.

you were laid in on 09/02 to review a copy
of your H-pylori results/medication list, and you were a
no show. — one

JOLIO A ZUNIGA          K-1-5          #1961581

DA                                    Laundry folder

RECEIVED SEP 09 2021
R Dodu RN

MEDICAL RECORDS                       9/7/21

2-I-60ⁿᵈ                    REQUEST FOR THE MARSHALL
MEDICAL RECORDS/          2nd ATTEMPT.    PROJECT.
                                              9/13/21

I - 60

REQUESTING MEDICAL RECORDS
OF H-PYLORI POSITIVE - TEST RESULTS,
AND THE DOCTOR ONOUGU'S ANTIBIOTIC
PRESCRIPTIONS - PLEASE. THANK YOU

JULIO A ZUNIGA TWOC-LOCAL 613#1  #196155/

DA.                    H207T              INS. MED. Sg 3

MEDICAL RECORDS                   8/16/21

        you will be laid       RECEIVED AUG 18 2021
            KIOS

KIÓS

MEDICAL RECORDS  H207T   8/16/21

I – 60

REQUESTING TO DO RESEARCH @ LAW LIBRARY.
THANK YOU. Date?
P.E

JULIO A ZUNIGA TL-7UB613-1WOC      #1961551

DA                                  Ins. MED. 584

                      H·214

LAW LIBRARY                         4/25/21

LAW LIBRARY

I-60

This is the same request about my OSMOLITES, I'm feeling sick,... I've told you this. If you are not answering my sick calls,... I will be forced to bring in outside support,... I'm sure, you can handle this,—I've waited 3 weeks,..... who do I have to write the DISCRIMINATION GRIEVANCE on?

JULIO Ⓐ ZUNIGA

DA

MEDICAL/NP

The issue was addressed 3-22-21.~60

RECEIVED
FEB 23 2021
BY: _____

#1961051

Sg 13 Slaur

FEB 22, 2021

MEDICAL

B 2-08

I-60

REQUESTING REFILL ON NORM APPROV / Clonophin
AND REQUESTING "ISOLATES" WE. HAQUE ... The Handsville
Reg. MM is not allowing me to buy nutritional supplements on commissary
Tony Mr. Bailey my family from putting money Books
JULIO @ Zumiez
DB
MEDICAL / DR. HAQUE

RECEIVED #196/581
MAR 10 2021
$3.13 same
BY: _____ 3/9/21

B-2-08

3/9/21

MEDICAL /DR. HAQUE

**iBJECT:** *State briefly the problem on which you desire assistance.*

I Requested "Osmolotes", Nasal spray/Clorophen to Combat Covid-19
You Refused me access to Immunity, Discriminative
Retaliative Action's by you and UTMB have gone far enough.
You are denying access to "Hep-C" cure for offender's statewide, at
your request, Denied me access to Nutritional supplements, and
Continue to Refuse, — Now make sure you tell our family's Why you are
Denying it. Don't be a Coward and lie, tell them what your Agenda
for the State.

ıme: JULIO A ZUNIGA             No: 1961551        Unit: DA

ing Quarters: B-208           Work Assignment: Sq 13 Slave

**SPOSITION:** (Inmate will not write in this space)

Offender Please clearly state what
you are requesting from medical.

RECEIVED

MAR 07 2021

BY: [signature]

60 (Rev. 11-90)

---

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO TH**
**PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administratic Building)

6. ☐ Parole requirements and related information (Unit Parc Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, infc mation on parole eligibility, discharge date, detainers-Ui Administration)

8. ☐ Personal Interview with a representative of an outsic agency (Treatment Division, Administration Building)

TO: Betsy Zachariah
(Name and title of official)

DATE: 3/7/21

ADDRESS: DA

I - 60

RN, Thank you FOR Re-storing my "Snack's", — it's greatly appreciated but I JUST wanted you to look on Computer and see that I am PB Allergy, .... So That's it, .... I had written to Patient Liason, ... they said To Go Ahead and Ask you To Re-store my OSmolite's, — they told me They were going so do it at UTMB, BUT, of course, that DIDN'T HAPPEN Can you please Re-Order my OSmolites, .... Thank you.

2/10/
#1961551

Julio @ Zuniga IWW - TIWOC
mongoosEDISTRO-COW/prisonskill@wordpress.com



Your sick call request (SCR) has been screened by Medical and has been determined not to be emergent or urgent. Due to pandemic COVID-19, to limit unit movement and enhance your safety, all non-emergent/non urgent requests will be deferred. All medication renewals will continued to be reviewed. In the meantime, you may resubmit a SCR if your symptoms worsen.

Sg 13 Slave

RECEIVED
FEB 10 REC'D
By

B·2·00

MEDICAL PROVIDER

MEDICAL Provider

I-60

REQUESTING TO SPEAK TO MEDICAL
PROVIDER, ABOUT MY IMMUNO-DEFICIENCY AND
SUPPLEMENT'S NEEDED.... I am HAVING ISSUE'S
WITH SPM-B. ZACHARIAH, AND ADMIN.
I AM BEING DISCRIMINATED/RETALIATED ON by them.
SO I NEED TO physically SPEAK to PROVIDER.

JULIO (A) ZUNIGA (A)

DA
MEDICAL

RECEIVED

MAR 0'9 2021

BY: _____

B 208

Psq Dev

#196155/
SQ. 13 SLAVE
3/5/21

B-2-08

MEDICAL

REQUESTING

I-CEO

SEE MATT

WITNESS
↓
SCROGGINS

4-15-21 schedule trials
system MAC

JULIO D ZUNIGA

HWOC — HOUSTON
DA

MENTAL HEALTH

# 1961551

INT MED. Sgt

4/13/21

RECEIVED APR 1 4 2021

**461ST DISTRICT COURT**
Courthouse, Room 309

**DISTRICT ATTORNEY**
Courthouse, Room 408A

**COUNTY JUDGE**
Courthouse, Room 102A    MENTAL HEALTH

**Judge Patrick Bulanek (R)**
Ext. 1263

**Tom Selleck (R)**
Ext. 1230

**L. M. "Matt" Sebesta, Jr. (R)**
Ext. 1200

ZUNIGA, J  1961551
B2 - 08    H214  moved

1

F-60

RECEIVED
OCT 14 2021

Requesting To Speak To Ms. Holbrook

Mental Health   10/14/2021
schedule w/ Mtts.
Garcia LMSW, MHO

Julio @ Zuniga @   #196155(
Memorial   K121 K105T   Laundry Folder

RECEIVED
OCT 14 2021

MENTAL HEALTH   BY:_____   10/13/21

K121 —

MENTAL Health / HoLbrook   10/13/21

**SUBJECT:** State briefly the problem on which you desire assistance.

*REQUEST NEXT SESSION*
*FOR Research 8/12/21*

*REQUEST*
*LEGAL VISIT W/*
*DAN LEACH*
*"Received" late*
*Resubmit*

Name: *Julio A Zuniga A* No: *1961551* Unit: *DA*

Living Quarters: *H-207T* Work Assignment: *Ins Med. Sg 3*

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

---

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: *LAW LIBRARY* DATE: *8/10/21*

(Name and title of official)

ADDRESS: *DA*

**BJECT:** State briefly the problem on which you desire assistance.

I'd like TC get A Legal visit with, Please

MENDEZ, Eberto ★ 02157582 ★ L-2-07-B

OCT 5, 2021   Date & Time

2:00pm 6:00 pm

Received late Rescheduling

For Next week Tuesday would be the earliest

THANK YOU SO MUCH    DA

me: _____  No: 01961551   Unit: DA

~ing Quarters: K-1-5-T   Work Assignment: Laundry

-SPOSITION: (Inmate will not write in this space)

60 (Rev. 11-90)

---

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO T**
**PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administratic Building)

6. ☐ Parole requirements and related information (Unit F Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, info mation on parole eligibility, discharge date, detainers-Ur Administration)

8. ☐ Personal Interview with a representative of an ousi agency (Treatment Division, Administration Building)

TO: LAW Library    DATE: 9-23-21
    (Name and title of official)
    DA

ADDRESS: DA

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Reporting Misconduct @ Medical Respite on ALL Rank and File Members
OF Incarcerated Workers Organizing Committee - Local 613 #1
Denial of Respite on Secretary - Joshua Jenning's By "Kwelle" AND "
The CO" @ Medical on Friday, Aug 6TH, 2021 - ON Camera/
Preserve Video of Field Squad Retaliation/Malice/Deliberate
Indifference on - Media Coordinator - Dan Leach by Seargent
Bryce Irvin / LeShawn Randall / Reginald Gilbert, For Intimidation
on my Union Organizer And Attempting To Plant Contraband on Him For
Speaking out Against ALL The Safety/Policy/Procedure violations by
Slave Catcher Field Squad. These Attacks Are Intentional And on Camera,

Name: Julio @ Zuniga - IWOC - Local 613 _(Delegate)_   No: 1961551   Unit: DA

Living Quarters: H 2074   Work Assignment: Ins. Med. Sg 3

**DISPOSITION:** (Inmate will not write in this space)

Submit a Step 1 to grievance dept.
JG

Major Cooper
Sgt. Unduchukv
Sgt. Oki
Capt Kwelle

✩I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Risk MANAGEMENT_ (Name and title of official)   DATE: _8/6/21_

ADDRESS: _DA_

625
ratLiet
Denied
respinse
on Camra
I shewd a
Sign

I - 60.

REQUESTING LAY-IN FOR School - Iam having
ISSUES w/ Security Please.

CLASS FULL
WAITING LIST
NOT ELIGIBLE FOR SCHOOL ✓ (H line)
COME TO OFFICE

Julio Q Zuniga                    #1961551

DR                                Ins. MED 893
Education        H-2011           7-26-21

EDUCATION

I-60

REQUESTING RESULTS FOR LAB's
TAKEN FOR (H-Picorii) WATER CONTAMINANT.

JULIO Ⓐ ZUNIGⒶ

DA          #214

MEDICAL/NSC

#196155/
INS. MED. sg3
4/30/21
RECEIVED
MAY 02 2021
BY: ____ RN  Med Records

MEDICAL                    4/30/21

H-2-14

APR 2 6 2021

H-2-14

| Step 1 | ☐ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☒ | 2021055898 | ZUNIGA,JULIO | 01961551 | DA |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

I-60

"Ms. Zechariah, I was placed here ~ Darrington by Patient Liason in Huntsville, my INSIDE Medical Squad Status, was because OF OFFICERS Retaliating ON ME ON Telford Unit. BY EXPOSING my HIV Status for the ENTIRE population, ... Now, I had to go thru A bunch of crap with Drs. Spoote about some petty stuff, — Now I have to deal with Tele-MED Dr. about taking me OFF of "INSIDE Medical Squad", — I DO NOT wish to Deal with this Any longer, — I've got OFFICERS here trying to Force Me to work AND to expose my self to INFECTION, — I AM NOW G5 because of IT, — I want you to Fix my "INSIDE Medical Squad" Status, — with the Dr.
THAT'S it. I'm not writing Any grievence nothing.
All of this is going straight to OUTSIDE organizer's at IWOC-KC. I am a member of the UNION, THE IWW-IU613, — So I've got support. I'm trying to do this the right WAY, AND Be respectful, — but you seem not to take anyone's Request serious. ALL I NEED from you is a AN ANSWER, — I can decide from there what ACTIONS to take.

JULIO A. ZUNIGA

DA
MEDICAL / SENIOR Practice MANAGER

RECEIVED DEC 01 2020 #1961581

Sgt. Z SUAVE

NOV. 23, 2020

B-2-08

SENIOR Practice Manager.

RECEIVED JUL 08 2022

I-60

Requesting Medical Records,... for U.S. Dist.

Court Records,... Requesting More Testing for H-Pylori

... for TDCJ - Declaring Tdcj is Refusing Inmates "Clean Water"

And "Refusing" to give Test Results to All Offenders in Tdcj

Out-Rageous Attempt to Cover-up H-Pylori Outbreak, on Commissary,

Denying Inmates the right to be Tested is a Constitutional

Violation... that "Betsy Zechariah"/Dr. Hirave and Administration

Are conspiring to continue... on Commissary, and Documented

And timelined. Remove Dr. Hirave from Performing Misconduct

And report Unit Misconduct to Huntsville. IWOC-Local 6 13

#1 will continue to Report Him to Medical, as well as' Betsy

Zechariah," for Refusing to follow Their own Policy to cover up

Misconduct. I want to be Retested And see my Records.

Julio @ Zuniga-IWOC-6 13 #1461551

MEDICAL / DR HAQUE the Queek   7-6-21

H-2-07



# Texas Department of Criminal Justice

**Bryan Collier**
Executive Director

February 2, 2021

INMATE: ZUNIGA,JULIO   TDCJID: 01961551   Facility: DARRINGTON

The Patient Liaison Program no longer accepts complaints from the inmate population. Your letter is being returned and you are directed to follow the below listed procedures if you chose to file a complaint about your health care (medical, dental and/or psychological).

The health care at the DARRINGTON facility is the responsibility of the UTMB-CMHC.

Each facility has an Informal Complaint Process in place. If you have a medical, dental and or psychiatric related complaint, you must first attempt resolution through this process. You may submit an I-60 and or letter to the facility based Complaint Coordinator:   SENIOR PRACTICE MANAGER.

Please allow sufficient time for a response. If you are dissatisfied with the response from this process you may proceed with the inmate grievance process (I-127 AND I-128). Remember that all inmate grievances must be submitted to your unit grievance office.

Please follow these procedures for all future complaints about your health care.

Sincerely,

TDCJ Health Services Division
Office of Professional Standards
Patient Liaison Program

MW/dv

Reference No. : 2100t0000000074

*Handwritten:* I Am NEEDing my "BT. Snack" To BE "MEAT Snack" Im PB-Allergy AND My OSMOLITE'S ARE DISCONTINUED CAN YOU Please RE-ORDER THEM, I Am BEginning to Feel SICK AND I cant EAT PB.

*Handwritten:* Record showed you have never been on Osmolite. You also have Peanut allergy in your record

*Italic:* Our mission is to provide public safety, promote positive change in offender behavior, reintegrate inmates into society, and assist victims of crime.

RECEIVED

P.O. Box 99
Huntsville, Texas 77342-0099
(936) 295-6371
www.tdcj.state.tx.us

FEB 2 0 2021

BY: _____

JULIO A ZUNIGA A #1961551

DA Sg. 13 SUDVE

MEDIUAL / I= 60 FEB 14, 2021

| Step 1 | ☐ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☒ | 2021114483 | ZUNIGA, JULIO | 01961551 | DA |



H 207

### Texas Departme       minal Justice

### *NOTICE C       ENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

| | |
|---|---|
| Q. Madden/ Clerk I | 06/30/21 |
| Name and Title | Date |

**Original – Send to the Offender**
Copy – Attach to the Grievance

Offender Grievance Operations Manual
Appendix M

nt of Cri

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2021116035 | ZUNIGA,JULIO | 01961551 | da |



# Texas Department of Criminal Justice

## *NOTICE OF EXTENSION*

## *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☒ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

| llincoln/UGI | 07 12 2021 |
|--------------|-----------|
| Name and Title | Date |

**Original – Send to the Offender**
Copy – Attach to the Grievance

Offender Grievance Operations Manual
Appendix M

H 209

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2021055898 | Zuniga, Julio | 196155 | DA |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** (*check the applicable box*)

☒ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

| S. James, PS III | 2-2-21 |
|------------------|--------|
| Name and Title | Date |

**Original – Send to the Offender**
Copy – Attach to the Grievance

Offender Grievance Operations Manual
Appendix M

# PETITION AND CASE SYSTEM

## Informational brochure

Good to C.. f
Stockdale



## INTER-AMERICAN COMMISSION ON HUMAN RIGHTS

2010



Organization
of American States

# What is the purpose of this brochure?

By filing a petition before the Inter-American Commission on Human Rights, victims of human rights violations can obtain help. The Commission investigates the situation and can make recommendations to the State responsible to restore the enjoyment of rights whenever possible, to prevent a recurrence of similar events, to investigate the facts and to make reparations.

The purpose of this brochure is to inform persons seeking to file a petition before the Commission of some of the basic concepts they should know beforehand. It also sets forth, in clear and simple language, which human rights are protected, how and when a petition may be filed, the requirements that must be met and, in general, the procedures that have to be followed.

# How is this brochure structured?

This brochure is divided into four sections:

1 Human Rights in the Inter-American System

2 Guide for submitting a petition

3 Serious and urgent situations

Form for submitting a petition to the IACHR

# Human Rights in the Inter-American System

## WHAT IS THE INTER-AMERICAN HUMAN RIGHTS SYSTEM?

It is a regional system for the promotion and protection of human rights, and it is made up of two organs: the Inter-American Commission on Human Rights ("IACHR" or "the Commission") and the Inter-American Court of Human Rights ("Court" or "Inter-American Court"), which monitor compliance by the Member States of the Organization of American States ("OAS") with the obligations they have undertaken.

### 1.   What is the Inter-American Commission on Human Rights?

The Commission is a principal and autonomous organ of the OAS established in 1959 whose mandate stems from the Charter of the OAS. The Commission is made up of seven members, independent experts on human rights who do not represent any country, who are elected by the General Assembly of the OAS.

A permanent Executive Secretariat headquartered in Washington, DC, United States, provides the Commission with professional, technical, and administrative support.

**1**

## 2. What is the OAS?

The OAS is an organization that brings together the 35 independent countries of the Americas, and has as its purposes:

- ◆ To strengthen the peace and security of the continent
- ◆ To promote and consolidate representative democracy, with due respect for the principle of nonintervention
- ◆ To prevent possible causes of difficulties and to ensure the peaceful settlement of disputes that may arise among the Member States
- ◆ To provide for common action on the part of those States in the event of aggression
- ◆ To seek the solution of political, juridical, and economic problems that may arise among them
- ◆ To promote, by cooperative action, their economic, social, and cultural development
- ◆ To eradicate extreme poverty, which constitutes an obstacle to the full democratic development of the peoples of the hemisphere, and
- ◆ To achieve an effective limitation of conventional weapons that will make it possible to devote the largest amount of resources to the economic and social development of the Member States.

The OAS has four fundamental pillars for attaining its objectives. These are: democracy, human rights, security, and development. In addition, respect for the fundamental rights of the human being is among the basic principles of the OAS.

## 3. What are the OAS Member States?

The 35 Member States of the OAS are: Antigua and Barbuda, Argentina, Bahamas, Barbados, Belize, Bolivia, Brazil, Canada, Chile, Colombia, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, El Salvador, Grenada, Guatemala, Guyana, Haiti, Honduras, Jamaica, Mexico, Nicaragua, Panama, Paraguay, Peru, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Suriname, Trinidad and Tobago, United States, Uruguay, and Venezuela.

## 4. What is the Commission's function?

The Commission's function is to promote the observance and defense of human rights in the Americas. The Commission performs this function by making visits to the countries, carrying out thematic activities and initiatives, preparing reports on the human rights situation in a certain country or on a particular thematic issue, adopting precautionary measures or requesting provisional measures before the Inter-American Court, and processing and analyzing individual petitions with a view to determining the international responsibility of the States for human rights violations, and issuing the recommendations it deems necessary.

The individual petitions that the Commission examines may be submitted by individuals, groups of individuals, or organizations that allege violations of the human rights guaranteed in the American Declaration of the Rights and Duties of Man ("the American Declaration"), the American Convention on Human Rights ("the American Convention"), and other inter-American human rights treaties.

## 5.  Against whom can I file a petition alleging a violation of human rights?

The complaint must be filed against one or more Member States of the OAS considered to have violated the human rights contained in the American Declaration, the American Convention, and other inter-American human rights treaties.

> The State may be responsible for violating human rights by:
>
> ◆ **action** (as a result of an act by the State or its agents),
> ◆ **acquiescence** (as a result of the tacit consent of the State or its agents), or
> ◆ **omission** (as a result of the State or its agents failing to take action when they should have done so).

## 6.  Can the Commission determine the liability of an individual person?

No. The Commission is not competent to attribute individual liability, that is, it cannot determine whether an individual person is or is not guilty. The Commission can only determine the international responsibility of a Member State of the OAS.

## 7.  What results can I expect if I file a petition alleging a violation of human rights against a Member State of the OAS?

If the Commission determines that a State is responsible for having violated the human rights of a person or group of persons, it will issue a report that may include the following recommendations to the State:

> ◆ suspend the acts in violation of human rights;
> ◆ investigate and punish the persons responsible;
> ◆ make reparation for the damages caused;
> ◆ make changes to legislation; and/or
> ◆ require that the State adopt other measures or actions.

In addition, a friendly settlement of the matter may be pursued with the State.

## 8.  In which cases will the Commission not be able to help me?

The Commission cannot:

> ◆ issue a ruling with respect to a State that is not a member of the OAS;
> ◆ provide attorneys to assist in domestic judicial proceedings or to submit a petition or request for precautionary measures to the Commission;
> ◆ provide economic assistance or materials and supplies to persons;
> ◆ undertake immigration procedures, or process the granting of visas or political asylum.

### 9. On what basis does the Commission determine that a State violated or did not violate human rights?

The Commission examines the petitions that allege violations of the American Convention, which applies only to those States which have ratified it. For the Member States that have not yet done so, one can allege violations of rights contained in the American Declaration. One can allege the violation of a right protected in another human rights treaty of the system to the extent that the State in question has ratified it and depending on the applicable conditions.

### 10. Which States have ratified the American Convention?

The countries that have ratified the American Convention are: Argentina, Barbados, Bolivia, Brazil, Chile, Colombia, Costa Rica, Dominica, Dominican Republic, Ecuador, El Salvador, Grenada, Guatemala, Haiti, Honduras, Jamaica, Mexico, Nicaragua, Panama, Paraguay, Peru, Suriname, Trinidad and Tobago,[1] Uruguay, and Venezuela. In relation to all other States of the OAS, the Commission is competent to receive petitions alleging violations of the American Declaration or other inter-American treaties of human rights ratified by the State.

### 11. What happens if the State that I am alleging violated human rights is suspended from participating in the OAS?

In the event that a State is suspended from participating in the OAS, it continues to be obligated to ensure human rights and the Commission continues to be competent to monitor the situation of human rights in that country.

### 12. What is the Inter-American Court of Human Rights?

The Inter-American Court, installed in 1979, is an autonomous judicial organ of the OAS whose mandate arises from the American Convention. The Court is headquartered in the city of San José, Costa Rica, and it is made up of seven judges elected in their personal capacity who are from the OAS Member States. The objective of the Court is to interpret and apply the American Convention and other inter-American human rights treaties, in particular by issuing judgments on cases and consultative opinions.

### 13. How can I bring a case before the Inter-American Court?

Only the States parties to the American Convention who have accepted the Court's contentious jurisdiction and the Commission may submit a case to the Inter-American Court. Individuals do not have direct recourse to the Inter-American Court; they must first submit their petition to the Commission and go through the procedure for cases before the Commission.

### 14. Against what States can the Commission refer a case to the Inter-American Court?

The Commission may, when the conditions are met, refer cases to the Inter-American Court only with respect to those States that have ratified the American Convention and have previously recognized the contentious jurisdiction of the Court, unless a State accepts jurisdiction expressly for

---

[1] Trinidad and Tobago withdrew from the American Convention. The Commission and the Court are competent to examine alleged violations of the rights contained in the American Convention with respect to events that occurred or began to occur from May 28, 1991 to May 26, 1999. The Commission remains competent with respect to the American Declaration.

a specific case. The States that have recognized the contentious jurisdiction of the Inter-American Court are: Argentina, Barbados, Bolivia, Brazil, Chile, Colombia, Costa Rica, Dominican Republic, Ecuador, El Salvador, Guatemala, Haiti, Honduras, Mexico, Nicaragua, Panama, Paraguay, Peru, Suriname, Trinidad and Tobago,[2] Uruguay, and Venezuela.

# WHAT HUMAN RIGHTS ARE PROTECTED?

The Commission is competent to examine petitions in which violations are alleged of the human rights contained in the American Declaration, the American Convention and other inter-American human rights treaties.

## 15. What are the inter-American human rights treaties?

- ◆ American Convention on Human Rights, "Pact of San José, Costa Rica", 1969;
- ◆ Inter-American Convention to Prevent and Punish **Torture**, 1985;
- ◆ Additional Protocol to the American Convention in the area of **Economic, Social and Cultural Rights**, "Protocol of San Salvador", 1988;
- ◆ Protocol to the American Convention on Human Rights to Abolish the **Death Penalty**, 1990;
- ◆ Inter-American Convention on the Prevention, Punishment and Eradication of **Violence against Women**, "Convention of Belém do Pará," 1994;
- ◆ Inter-American Convention on **Forced Disappearance** of Persons, 1994;
- ◆ Inter-American Convention on the Elimination of All Forms of **Discrimination against Persons with Disabilities**, 1999.

## 16. What rights are protected?

The American Convention protects the following human rights:

- ◆ The right to juridical personality
- ◆ The right to life
- ◆ The right to humane treatment
- ◆ The right of every person not to be subject to slavery or to involuntary servitude
- ◆ The right to personal liberty
- ◆ The right to a fair trial
- ◆ Freedom from ex post facto laws
- ◆ The right of every person to be compensated in accordance with the law in the event of having been sentenced by a final judgment through a miscarriage of justice
- ◆ The right to privacy
- ◆ The right to freedom of conscience and religion
- ◆ Freedom of thought and expression
- ◆ The right of reply
- ◆ The right of assembly
- ◆ Freedom of association
- ◆ The rights of the family
- ◆ The right to a name
- ◆ The rights of the child
- ◆ The right to nationality

---

[2] *Ibid.*

- The right to property
- Freedom of movement and residence
- The right to participate in government
- The right to equal protection
- The right to judicial protection
- The right to the progressive development of economic, social and cultural rights

The American Declaration also contains a complete list of the rights that the States must respect and protect. In addition to the rights mentioned above, the American Declaration specifically recognizes the right to work and to fair remuneration, the right to social security, the right to the benefits of culture, and the right to health, among others.

## 17. What are the rights protected in the "Protocol of San Salvador"?

The Protocol of San Salvador protects economic, social, and cultural rights, such as the right to education, to organize and join trade unions, to social security, to health, to a healthy environment, to food, and to the benefits of culture.

While the Protocol protects all these rights and the Commission can make observations and recommendations with respect to all of them, the right to education and to organize and join unions are the only ones on which the Commission and the Inter-American Court may rule in the context of an individual petition submitted against a State.

## 18. What do the other inter-American human rights treaties prohibit?

The objective of these treaties is to reaffirm the protection and develop the content of the human rights guaranteed by the American Declaration and the American Convention. These treaties prohibit, among others, the following acts:

- torture or cruel, inhuman, or degrading punishment;
- reestablishment of the death penalty in those countries that have abolished it;
- physical, sexual, and psychological violence and discrimination against women;
- forced disappearance; and,
- discrimination against persons with disabilities.

Not all the Member States of the OAS have ratified all the treaties. You may find the above-mentioned treaties and the ratifications by the States on the IACHR's website, at the following link: **www.cidh.org**.

# Guide for submitting a petition

## IN WHICH SITUATIONS CAN THE COMMISSION INTERVENE?

### 19. Must I have initiated some judicial proceeding before turning to the Commission?

Yes. For the Commission to be able to examine a petition, one must have exhausted domestic judicial remedies in keeping with the legislation in force in the State in question.

### 20. What does it mean to exhaust domestic judicial remedies?

It means that those persons who want to file a petition with the Commission must first attempt to have the domestic courts decide on the situation they are denouncing. A person has exhausted domestic remedies when the judicial branch has issued a decision of last resort.

In case that it is not possible to exhaust domestic remedies, one must explain why, since the rule on prior exhaustion of domestic remedies does have exceptions.

### 21. What are the domestic judicial remedies that need to be exhausted?

One need exhaust those domestic judicial remedies that are adequate and effective.

- ◆ A judicial remedy is <u>adequate</u> when pursuing it may protect the right allegedly violated. For example, habeas corpus is an adequate remedy in the case of a forced disappearance.

- ◆ A judicial remedy is <u>effective</u> when it is capable of obtaining the result for which it was designed. For example, a remedy is not effective when the State has not ensured its proper application by the judicial authorities, or when there is unwarranted delay in the decision.

### 22. What are the exceptions to the requirement to exhaust domestic remedies?

The Commission may examine a petition in which domestic remedies have not been exhausted when:

A. domestic laws do not provide due process to protect the rights allegedly violated;
B. the alleged victim has not been allowed access to domestic remedies or has been kept from exhausting them; or
C. there is delay in the issuance of a final decision on the case with no valid reason.

Under certain circumstances, a person may be exempted from having to exhaust domestic remedies, for example if the person is living in extreme poverty so critical that one would not be able to pay an attorney in those cases in which legal assistance is necessary, and so long as the State does not offer this service free of charge.

### 23. When must I submit my petition?

The petition must be submitted within six months of the date of notification of the final judicial decision that exhausted domestic remedies. When an exception to the exhaustion of domestic remedies requirement applies, the six-month term does not apply. In such cases, the petition must be filed within a reasonable time.

### 24. Can the Commission and the Court review decisions issued by domestic courts?

The mere fact that a judicial judgment does not satisfy a person's interests does not mean that his or her human rights have been violated. The Inter-American Commission and Court are competent to review possible violations of the rights protected in the inter-American treaties.

## HOW CAN I SUBMIT A PETITION?

### 25. Who can file a complaint with the Commission?

Any person, group of persons, or organization, on its own or in representation of another, may file a petition alleging a violation of human rights against one or more Member States of the OAS.

A person may be both the petitioner and the alleged victim in a petition.

- ◆ Petitioner(s): person or group of persons who file the petition.
- ◆ Alleged victim(s): person or group of persons allegedly affected by the facts reported in the petition. The alleged victim(s) shall be identified or identifiable.

If the alleged victim wishes to change his/her representative or to be a petitioner in his/her own petition, he/she should immediately communicate this to the Commission in writing, since, as a general rule, the Commission will maintain contact with the petitioner. In addition, it is important that any change in address or other contact information be notified in writing.

### 26. Can the Commission keep the identity of the alleged victim confidential?

In general, when the Commission addresses the State in relation to a petition, it communicates the identity of the alleged victim, since the State should be informed of the person who is affected by the facts alleged in the petition. If there is any problem in this regard, the situation can be communicated to the Commission for its consideration.

Guide for submitting a petition

In certain cases, the Commission may protect the identity of the alleged victim in the documents that are made public, for example, by substituting the person's complete name with his or her initials. The request to protect the victim's identity must be made to the Commission, with an explanation.

## 27. Can the Commission keep the petitioner's identity confidential?

Yes. The Commission can keep the petitioner's identity confidential if the petitioner makes an express request in this regard. If the petitioner and the alleged victim are the same person, the Commission generally communicates the identity of the alleged victim to the State. If there is any problem in this regard, the situation can be communicated to the Commission for its consideration.

## 28. In what language should I file my petition?

The official languages of the IACHR are Spanish, English, Portuguese, and French, and generally it is only necessary to send the petition in one of these languages used by the State. Nonetheless, if there is any problem in this regard, the situation can be communicated to the Commission for its consideration.

In any event, it is important to bear in mind that if it is decided to process the petition, it should be forwarded to the State in the official language it uses. For this reason, when a petition is not in that language, it is possible that the Commission may require the petitioner to seek the means necessary for it to be translated.

## 29. Do I need a lawyer to file my petition?

No. The Commission does not require the representation of a lawyer to file and process the petition.

## 30. Is there a fee for filing my petition?

No. The procedures before the Commission are free of charge.

## 31. What should I include in my petition?

Every petition should include:

- ✓ the personal information of the alleged victim(s) and that of his/her next of kin;
- ✓ the personal information on the petitioner(s), such as complete name, phone number, mailing address, and email;
- ✓ a complete, clear, and detailed description of the facts alleged that includes how, when, and where they occurred, as well as the State considered responsible;
- ✓ an indication of the State authorities considered responsible;
- ✓ the rights considered violated, if possible;
- ✓ the judicial bodies or authorities in the State to which one has turned to remedy the alleged violations;
- ✓ the response of the State authorities, especially of the courts of justice;
- ✓ if possible, uncertified and legible copies of the principal complaints and motions

filed in pursuit of a remedy, and of the domestic judicial decisions and other annexes considered relevant, such as witness statements; and

✓ an indication as to whether the petition has been submitted to any other international organization competent to resolve cases.

If possible, it is recommended that a list be included numbering the annexes attached to the petition to facilitate their identification.

## 32. What requirements must the annexes to the petition meet?

◆ Photocopies of documents do not require any formality, that is, it is not necessary that they be certified, notarized or legally authenticated; legible, uncertified copies are sufficient. One need not send several copies of the same document.

◆ If the petition and its annexes are sent by mail, it is preferable that the documentation not be bound or laminated in any way.

As a general rule, the Commission does not return documents that have been sent in the context of a petition. Accordingly, originals should not be sent.

## 33. Where should I send my petition?

While the petition may be submitted personally, it is not necessary to come to the Commission, since one can sent it by any of the following means:

■ **Email:** cidhdenuncias@oas.org

▨ **Electronic form:** www.cidh.org. If you wish to send your petition via the electronic form, you have the option of drafting your petition in a separate document and uploading it to the Commission's website.

▨ **Fax:** +1(202) 458-3992 or 6215

▨ **Mail:**
Inter-American Commission on Human Rights
1889 F Street, N.W.
Washington, D.C. 20006
United States

If the documents are sent electronically, it is not necessary to resend them in hard copy.

The petition form attached to this informational brochure can be used as a guide for submitting the petition. If using the form, you may attach the additional pages necessary.

Every petition or communication sent should be addressed to the Inter-American Commission on Human Rights.

# WHAT IS THE PROCEDURE FOR MY PETITION BEFORE THE COMMISSION?

### 34. Should I go to the Commission's headquarters at some point?

It is not necessary to come to the Commission, because the procedure is mainly written. In certain cases and once a petition is processed and the State is notified, the Commission may, if relevant, call hearings or working meetings.

### 35. How can I be sure that the Commission received the complaint?

The Commission sends a letter acknowledging receipt of the petition and indicating the reference number assigned to it. The letter will be sent to the address indicated by the petitioner in the petition.

### 36. After sending my petition, may I submit additional information?

If necessary, additional information may be submitted. All additional information and documents will be included in the file associated with the petition. Every communication sent by the petitioner should indicate the reference number of the petition. It is important to notify the Commission immediately of any change of address.

### 37. What happens after the Commission acknowledges receipt of my petition?

Once receipt of the petition is acknowledged, the petition will be under study. Given the large number of petitions the Commission receives, the preliminary evaluation of a petition may take some time. All the petitions submitted to the IACHR are evaluated, and a response is given.

### 38. What happens once the preliminary evaluation of the petition is completed?

After a preliminary evaluation, there may be a decision:

A. not to process the petition;
B. to request additional information or documentation; or
C. to open the petition for processing. At that moment, the petition will enter the admissibility stage. This decision means that the necessary requirements were met for the Commission to study it, but it is not yet a decision with respect to the subject-matter presented.

### 39. What does it mean that my petition is in the admissibility stage?

It means that the petition submitted will be sent to the State for observations. A process of exchange of information is begun, in which the Commission may request information to decide whether the petition is admissible. Any information submitted by a party will be forwarded to the other party. After this exchange of information, the Commission decides whether the petition is *admissible* or *inadmissible.*

Guide for submitting a petition

1
2
3
4

## 40. What happens once a petition is found admissible?

When a petition is *admissible*, the Commission will analyze the parties' allegations and the evidence submitted. In this stage, the Commission may ask the State and the petitioner for more information, evidence or documents and, if necessary, may convene a hearing or working meeting.

## 41. Can a friendly settlement be reached with the State?

Yes. It is a process that depends on the wishes of the parties and consists of negotiations aimed at resolving the matter without the need to reach a conclusion on the matter in dispute.  The process unfolds under the Commission's supervision. If it is not possible to reach a friendly settlement, the Commission will continue analyzing the parties' allegations and will decide on the case, determining whether the State is or is not responsible for the violations alleged.

## 42. What happens if the Commission decides that the State is responsible for the violations of human rights?

The Commission will issue a report on the merits that will include recommendations to the State that may be aimed at:

- ◆ bringing a halt to the acts that are in violation of human rights;
- ◆ clarifying the facts, carrying out an official investigation, and imposing a sanction;
- ◆ making reparation for the harm caused;
- ◆ making changes to the law; and/or
- ◆ requiring the adoption of other measures or actions by the State.

## 43. What happens if the State does not comply with the recommendations?

The Commission will decide:

- ◆ to publish the case; or
- ◆ to refer the case to the Court if it considers it appropriate.

## 44. What happens if the Commission decides to refer the case to the Court?

If the Commission decides to refer the case to the Court, the Court will analyze it and issue a reasoned judgment. The Commission, the State, and the victim(s) participate in the process before the Court.

# Serious and urgent situations

In certain serious and urgent situations, and provided that certain requirements are met, the Commission may adopt precautionary measures. To learn about the criteria the Commission has used in practice, you can visit the IACHR website (www.cidh.org), and refer to the section of precautionary measures that have been granted or to the IACHR annual reports.

Furthermore, in addition to precautionary measures, there is a mechanism established in Article XIV of the Inter-American Convention on Forced Disappearance of Persons, which the Commission can use in cases of alleged forced disappearances with respect to the States that have ratified this treaty.

## 45. In which cases can the Commission adopt precautionary measures?

The Rules of Procedure of the IACHR provide:

### Article 25.  Precautionary Measures

1. In serious and urgent situations, the Commission may, on its own initiative or at the request of a party, request that a State adopt precautionary measures to prevent irreparable harm to persons or to the subject matter of the proceedings in connection with a pending petition or case.

2. In serious and urgent situations, the Commission may, on its own initiative or at the request of a party, request that a State adopt precautionary measures to prevent irreparable harm to persons under the jurisdiction of the State concerned, independently of any pending petition or case.

3. The measures referred to in paragraphs 1 and 2 above may be of a collective nature to prevent irreparable harm to persons due to their association with an organization, a group, or a community with identified or identifiable members.

4. The Commission shall consider the gravity and urgency of the situation, its context and the imminence of the harm in question when deciding whether to request that a State adopt precautionary measures.  The Commission shall also take into account:

   a. whether the situation of risk has been brought to the attention of the pertinent authorities or the reasons why it might not have been possible to do so;

   b. the individual identification of the potential beneficiaries of the precautionary measures or the identification of the group to which they belong; and

   c. the express consent of the potential beneficiaries whenever the request is filed before the Commission by a third party unless the absence of consent is duly justified.

5. Prior to the adoption of precautionary measures, the Commission shall request relevant information to the State concerned, unless the urgency of the situation warrants the immediate granting of the measures.

6. The Commission shall evaluate periodically whether it is pertinent to maintain any precautionary measures granted.

7. At any time, the State may file a duly grounded petition that the Commission withdraws its request for the adoption of precautionary measures.  Prior to the adoption of a decision on the

State's petition, the Commission shall request observations from the beneficiaries or their representatives.  The submission of such a petition shall not suspend the enforcement of the precautionary measures granted.

8. The Commission may request relevant information from the interested parties on any matter related to the granting, observance, and maintenance of precautionary measures.  Material non-compliance by the beneficiaries or their representatives with such a request may be considered a ground for the Commission to withdraw a request that the State adopt precautionary measures. With regard to precautionary measures of a collective nature, the Commission may establish other appropriate mechanisms of periodic follow-up and review.

9. The granting of such measures and their adoption by the State shall not constitute a prejudgment on the violation of the rights protected by the American Convention on Human Rights or other applicable instruments.

## 46. In which cases will the Commission not be able to help me?

The Commission cannot:

◆ issue a ruling with respect to a State that is not a member of the OAS;
◆ provide attorneys to assist in domestic judicial proceedings or to submit a petition or request for precautionary measure to the Commission;
◆ provide economic assistance or materials and supplies  to persons;
◆ undertake immigration procedures, or process the granting of visas or political asylum.

## 47. Can I file a request for precautionary measures without filing or having filed a petition?

Yes. While it is possible for precautionary measures to be associated with petitions, the procedures for precautionary measures and the filing of petitions may be pursued independently.

## 48. Does the decision made by the Commission with respect to the request for precautionary measures influence the decision regarding the petition?

No. As they are independent procedures, if the Commission decides to adopt or reject the request for precautionary measures, the petition will continue its course until the Commission decides how it is going to respond.

# HOW CAN I SUBMIT A REQUEST FOR PRECAUTIONARY MEASURES?

## 49. Who can submit a request for precautionary measures with the Commission?

Any person or group of persons, on their own behalf or in representation of another, may file a request for precautionary measures with the Commission.

A person may be both an applicant and a beneficiary.

If the person who is the beneficiary wishes to change representation or to come forward as the applicant, he/she must so indicate to the Commission immediately in writing, since as a general practice the Commission will maintain communication with the applicant(s). In addition, it is important to give written notice of any change of address or other contact information.

> ◆ Applicant(s): person or group of persons who files the request for precautionary measures.
>
> ◆ Beneficiary or beneficiaries: person or group of persons on whose behalf precautionary measures are adopted. Such person or persons must be identified or identifiable.

## 50. Can the Commission keep the identity of the proposed beneficiary confidential?

In general, when the Commission addresses the State in relation to the request for precautionary measures, it must communicate the identity of the proposed beneficiary, since the State must know to whom it is to provide protection. Nonetheless, if there is any problem in this regard, the situation can be communicated to the Commission for its consideration.

In certain cases, the Commission may opt to protect the identity of this person in the documents that are made public, for example, by replacing the full name with his or her initials. The request to protect the identity of the proposed beneficiary should be made to the Commission with a statement of the reasons.

## 51. Can the Commission keep the name of the applicant confidential?

Yes. Provided that the applicant expressly requests it, the Commission can keep his or her name confidential. However, if the applicant and the proposed beneficiary are the same person, the Commission generally informs the State of the person's identity.  If there is any problem in this regard, the situation can be communicated to the Commission for its consideration.

## 52. In what language should I submit my request for precautionary measures?

The official languages of the IACHR are Spanish, English, Portuguese, and French. In general it is only necessary to send the request for precautionary measures in one of the official languages that is used by the State. Nonetheless, if there is any problem doing so, the situation can be communicated to the Commission for its consideration.

In any event, it is important to bear in mind that if it is decided to forward the request to the State, it should be in the official language used by the State. For this reason, when a request for precautionary measures is not in that language, the Commission may require the applicant to obtain the means necessary for it to be translated.

## 53. Do I need a lawyer to file my request for precautionary measures?

No.  The Commission does not require the representation of an attorney in filing and processing the request for precautionary measures.

**Serious and urgent situations**

**1
2
3
4**

## 54. Is there a fee for submitting my request?

No. The procedures before the Commission are free of charge.

## 55. What information is important to include in my request for precautionary measures?

> **PERSONAL INFORMATION**
- ◆ The applicant's contact information, such as full name, telephone, mailing address, fax and email, and the indication as to whether the applicant seeks to keep his or her identity confidential.
- ◆ The determination of the person or group of persons proposed as the beneficiary, and the contact information, if possible. If it is not possible to name all the persons individually, the data provided must be sufficient for the State to be able to provide them protection.
- ◆ If the person is deprived of liberty, please indicate where he or she is detained.

> **FACTS ALLEGED**
- ◆ A detailed and chronological description of the facts that shows the existence of a serious and urgent situation and irreparable harm.
- ◆ The current situation of the persons proposed as beneficiaries and their degree of risk.
- ◆ If possible, legible, uncertified copies should be sent of the documents needed to understand the situation of the person or group of persons proposed as the beneficiary, such as copies of complaints presented to the authorities, medical certificates in situations involving health, and any other relevant legal motions that have been presented. If it is not possible to send these documents, the reasons should be provided. Photocopies of documents do not require any formality, that is, it is not necessary that they be certified, notarized or legally authenticated. One need not send several copies of the same document. If the request and its annexes are sent by mail, it is preferable that the documentation not be bound or laminated in any way.

> **COMPLAINTS TO STATE AUTHORITIES**
- ◆ An explanation of whether the facts alleged have been reported to the authorities or whether the State has been asked to provide protection, and a description of the response, if any; or an explanation of why it has not been possible to put such protection in place.
- ◆ An indication as to whether the person or group or persons proposed as beneficiaries already has any measures of protection domestically. If so, provide an explanation of how effective those measures have been.

> **MEASURES REQUESTED**
- ◆ A description of the measures of protection or others measures that have been requested.

> **INFORMATION AS TO WHETHER IT IS RELATED TO A PETITION OR CASE BEFORE THE COMMISSION**
- ◆ An indication as to whether the person has already filed a petition or has a case pending before the Commission, and if so, the date of submission of the petition and the reference number assigned to the petition or case.

As a general rule, the Commission does not return documents received in the context of a request for precautionary measures. Accordingly, originals should not be sent.

### 56. Where should I send my request for precautionary measures?

While the request may be made personally, it is not necessary to come to the Commission, as the request may be sent by any of the following means:

- **Email:** cidhdenuncias@oas.org
- **Fax:** +1 (202) 458-3992 or 6215
- **Mail:**
  Inter-American Commission on Human Rights
  1889 F Street N.W.
  Washington, D.C. 20006
  United States

If the documents are sent electronically, it is not necessary to resend them in hard copy.

Every petition or communication sent should be addressed to the Inter-American Commission on Human Rights.

# WHAT IS THE PROCEDURAL COURSE OF MY REQUEST FOR PRECAUTIONARY MEASURES?

### 57. Should I go to the Commission's headquarters at some point?

It is not necessary to come to the Commission, because the procedure is mainly written. The Commission may call hearings or working meetings in certain matters.

### 58. How will I find out the Commission's decision regarding my request for precautionary measures?

The Commission sends a letter giving notice of the decision. The letter will be sent to the applicant at the address indicated in the request.

### 59. After sending my initial request for precautionary measures, may I submit additional information?

If necessary, the applicant may send additional communications regarding the situation of the proposed beneficiary or the facts alleged at any time.

### 60. What happens if the Commission decides to grant my request for precautionary measures?

If it grants the request, the Commission will turn to the authorities who represent the State in question to ask them to adopt certain measures of protection or prevention. It is the State, in consultation with the beneficiary, that implements the precautionary measures granted.

**For more information, visit the Inter-American Commission's website at: www.cidh.org**

1
2
3
4 Serious and urgent situations

# Form for submitting a petition to the IACHR

This form is based on the information required by the Commission's Rules of Procedure in order to process petitions and to determine whether there has been a violation of the human rights protected by international treaties ratified by the State that is alleged to have committed these violations. The required information is stipulated in Article 28 of the Commission's Rules of Procedure in the following terms:

### Article 28.  Requirements for the Consideration of Petitions

Petitions addressed to the Commission shall contain the following information:

    a.  the name, nationality and signature of the person or persons making the denunciation; or in cases where the petitioner is a nongovernmental entity, the name and signature of its legal representative(s);

    b.  whether the petitioner wishes that his or her identity be withheld from the State;

    c.  the address for receiving correspondence from the Commission and, if available, a telephone number, facsimile number, and email address;

    d.  an account of the act or situation that is denounced, specifying the place and date of the alleged violations;

    e.  if possible, the name of the victim and of any public authority who has taken cognizance of the fact or situation alleged;

    f.  the State the petitioner considers responsible, by act or omission, for the violation of any of the human rights recognized in the American Convention on Human Rights and other applicable instruments, even if no specific reference is made to the article(s) alleged to have been violated;

    g.  compliance with the time period provided for in Article 32 of these Rules of Procedure;

    h.  any steps taken to exhaust domestic remedies, or the impossibility of doing so as provided in Article 31 of these Rules of Procedure; and

    i.  an indication of whether the complaint has been submitted to another international settlement proceeding as provided in Article 33 of these Rules of Procedure.

Before filling out the form attached hereto, please read the instructions provided carefully.

Form for submitting a petition to the IACHR

# GLOSSARY

## PETITIONS AND CASES

**Under Study.** The initial review stage in which the petition is reviewed to determine whether it meets the requirements established in Article 28 of the IACHR Rules of Procedure. Given the large number of petitions the Commission receives, the preliminary evaluation of a petition may take some time. This stage culminates in a decision on whether or not to process the petition. The petitioner is notified in both cases, i.e. whether or not processing is initiated.

**Admissibility.** The stage in which the IACHR determines if a petition meets the admissibility requirements set forth in Articles 46 and 47 of the American Convention on Human Rights, in accordance with the procedure established in Articles 30 and 36 of the Rules of Procedure of the Commission. Processing in this stage begins with the transmittal of the petition to the State and concludes with an IACHR decision issued in an admissibility or inadmissibility report, which is notified to both parties.

**Merits.** The stage in which the IACHR decides on the merits of the case pursuant to the procedure established in Articles 48 and 50 of the American Convention on Human Rights and Articles 37, 38, 39, 43 and 44 of the Rules of Procedure of the Commission. This stage begins with the assignment of a case number and with notification of the admissibility report to the parties and culminates with a report on the merits.

**Petition not opened for processing.** According to the information received by the IACHR Executive Secretariat, the petition does not meet the requirements established in Articles 26 and et seq. of the Rules of Procedure of the Commission. Therefore, the petition will not be opened for processing.

**Archived.** At any time during the processing, the Commission may decide to archive the file if it determines that the grounds for the petition or case do not exist or subsist, or if the information needed to adopt a decision on a petition or case is unavailable. The conditions for archiving a file are set forth in Article 48.1.b of the American Convention on Human Rights and in Article 42.1 of the IACHR Rules of Procedure.

**Follow-up on Recommendations.** Once the Commission has published a report on the merits in which it has made recommendations, it may adopt the follow-up measures it deems appropriate, such as requesting information from the parties or holding hearings or working meetings, in order to verify compliance with the recommendations. The follow-up stage is described in Article 48 of the IACHR Rules of Procedure.

**Follow-up on Friendly Settlement.** Once the Commission has published a report on a friendly settlement in which it has made recommendations, it may adopt the follow-up measures it deems appropriate, such as requesting information from the parties or holding hearings or working meetings, in order to verify compliance with the friendly settlement agreements. The follow-up stage is described in Article 48 of the IACHR Rules of Procedure.

## PRECAUTIONARY MEASURES

**Under Study.** Initial review stage to determine whether the request for precautionary measures meets the requirements established in Article 25 of the IACHR Rules of Procedure. During this stage, the petitioners may be requested to clarify or complete certain relevant aspects of the request. This stage ends with the Commission's decision to grant the request for precautionary measures, request information from the State, or deny the request.

**Request rejected.** After its examination of the information provided, the Commission has concluded that the request for precautionary measures does not meet the requirements established in Article 25 of its Rules of Procedure. If appropriate, additional information may be submitted on the factors of seriousness, urgency, and the need to prevent irreparable harm. In addition, if the situation presented is deemed to constitute a violation of protected rights, an individual petition may be filed in accordance with Article 28 of the Rules of Procedure of the Commission.

**Lifted.** The situations in this stage have been considered by the Commission, which has determined that the object of the precautionary measures no longer exists or has validity. Nonetheless, if the circumstances change, a new request may be presented on the basis of elements of seriousness, urgency, and the need to prevent irreparable harm.

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## CORRESPONDENCE / CONTRABAND DENIAL FORM

NAME _Julio Zuno_   TDCJ-CID# _1961551_   HOUSING _B208_

UNIT _cb_   DATE CORRESPONDENCE RECEIVED _3/16/21_   DATE OFFENDER NOTIFIED _3/17/21_

CORRESPONDENCE: ☐ TO   OR ☑ FROM

_Albert Jackson_
_Po Box 863_
_Pine Brook NJ  7058_

| | |
|---|---|
| 1st Attempt: | /   / |
| 2nd Attempt: | /   / |
| 3rd Attempt: | /   / |

**The above correspondence has been denied to you in accordance with BP-03.91, Uniform Offender Correspondence Rules**

DENIED: _Publication from individual_

RECEIVED:

**APPEAL:** Should persons outside the institution desire to appeal, submit a written appeal to the Director's Review Committee, PO Box 99, Huntsville, TX 77342-0099.  The appeal must reach the DRC **WITHIN TWO (2) WEEKS** of the notification date listed above.

Does offender wish to appeal the decision? ☑ Yes  ☐ No          **DRC Non-Appealable List** ☐
                                                                **(Offender cannot appeal)**

DISPOSITION IS ALLOWED AND MUST BE CHECKED AT THE TIME OF DENIAL, UNLESS SECURITY CONCERNS MANDATE OFFENDER NOT BE GIVEN A CHOICE OF DISPOSITION (BOARD POLICY 03.91):

☐   **No Disposition Allowed**

☐   **Destroy**

☑   **Send to the following person at the offender's expense:** _____
                                                              Name & Address

IF DISPOSITION IS NOT EXECUTED OR LITIGATION/ GRIEVANCE PROCESS HAS NOT BEGUN WITHIN SIXTY (60) DAYS OF THE INITIAL DENIAL OR FROM THE DRC DECISION DATE (IF APPEALED), THE ITEM(S) WILL BE DESTROYED.

_____   _3/17/21_          _Refused to sign_   _3/17/21_
Employee Signature        Date                Offender Signature       Date

UNIT DISPOSITION:  MAILED ☐   DESTROYED ☐   FILED ☐   _____
                                                        Date              Employee Signature

☐   **DRC APPROVED, RETURNED TO OFFENDER** _____
                                          Offender Signature        Date

**DISTRIBUTION:**
Original - Send to the DRC **IF THE OFFENDER WISHES TO APPEAL.** If not, keep on unit.
Yellow  - Offender Copy

I-153 (Rev. 09/18)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### CORRESPONDENCE / CONTRABAND DENIAL FORM

L|2|4

| NAME | | TDCJ-CID# | | HOUSING |
|---|---|---|---|---|

| UNIT | DATE CORRESPONDENCE RECEIVED | | DATE OFFENDER NOTIFIED | 4. 27 2/ |
|---|---|---|---|---|

**CORRESPONDENCE:** ☐ TO   OR   ☒ FROM

| | 1st Attempt: | 4 27 / |
|---|---|---|
| | 2nd Attempt: | / / |
| | 3rd Attempt: | / / |

**The above correspondence has been denied to you in accordance with BP-03.91, Uniform Offender Correspondence Rules**

DENIED: _violates the mail standard_

RECEIVED: 2 letters, 2 photos

**APPEAL:** Should persons outside the institution desire to appeal, submit a written appeal to the Director's Review Committee, PO Box 99, Huntsville, TX 77342-0099. The appeal must reach the DRC **WITHIN TWO (2) WEEKS** of the notification date listed above.

**Does offender wish to appeal the decision?** ☐ Yes   ☒ No          **DRC Non-Appealable List** ☐
                                                                      **(Offender cannot appeal)**

DISPOSITION IS ALLOWED AND MUST BE CHECKED AT THE TIME OF DENIAL, UNLESS SECURITY CONCERNS MANDATE OFFENDER NOT BE GIVEN A CHOICE OF DISPOSITION (BOARD POLICY 03.91):

☐   **No Disposition Allowed**

☐   **Destroy**

☒   **Send to the following person at the offender's expense:** _____
                                                                 Name & Address

IF DISPOSITION IS NOT EXECUTED OR LITIGATION/ GRIEVANCE PROCESS HAS NOT BEGUN WITHIN SIXTY (60) DAYS OF THE INITIAL DENIAL OR FROM THE DRC DECISION DATE (IF APPEALED), THE ITEM(S) WILL BE DESTROYED.

| Employee Signature | Date 4 27 2/ | Offender Signature | Date 4 27 2/ |
|---|---|---|---|

**UNIT DISPOSITION: MAILED** ☐   **DESTROYED** ☐   **FILED** ☐   _____

| | Date | Employee Signature |

☐   **DRC APPROVED, RETURNED TO OFFENDER** _____

| | Offender Signature | Date |

**DISTRIBUTION:**
Original - Send to the DRC **IF THE OFFENDER WISHES TO APPEAL.** If not, keep on unit.
Yellow - Offender Copy

I-153 (Rev. 09/18)



**GENERAL SECRETARIAT**
**ORGANIZATION OF AMERICAN STATES**
WASHINGTON, DC 20006-4499, U.S.A.

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300
GS/IACHR

B208

first class

JULIO ZUNIGA
#1961551
DARRINGTON UNITED
59 DARRINGTON RD.
ROSHARON, TEXAS 77583



21 -APR) DR. HAQUE
REFUSED TO TREAT ME