United States Courts
Southern District of Texas
FILED

APR 01 2022

Nathan Ochsner, Clerk of Court

pop out to identify the top few goals to prioritize to grow to the next stage. For each branch, I shared the resulting table and my thoughts on top next priorities.

Getting on calls with more and more branches, I got into a rhythm and started seeing larger patterns jump out – I've included some initial analysis below.

The results for branches I evaluated were skewed towards larger branches. The large branches fall almost entirely within Emerging, Functional, and Proto-Union stages, and the smaller branches fall almost entirely within Seed or Glimmer.

Exact counts I found were:
- Proto-Union: 3
- Functional Organizing Branch: 6
- Emerging Organizing Branch: 9
- Seed: 9
- Glimmer: 1

From this and looking at the sizes of remaining branches, I've estimated a rough breakdown for all branches by stage, shown in the pie chart below:



Estimated # of Branches by Stage

Proto-Union · Functional ○ Emerging ● Seed / Glimmer

Looking at the numbers across different branches solidified a picture of growth from stage to stage, with wobblies in campaigns ramping up sharply as branches get to the later stages. See the bar chart below:



Median Metrics by Stage

Along with the advice to branches, as far as I'm aware this project is also the most extensive assembling of information about the extent of organizing since before the modern IWW.

I counted a total of 138 Organizing Mentors (External Organizers) in the 28 branches I spoke with, and a total of 226 IWW members in campaigns with active 1on1s and at least 2 wobblies in each workplace. Extrapolating based on the sizes of branches left to evaluate, I expect our branches have about 230 OMs/EOs and 275 IWW members in campaigns. It's notable that our 3 largest branches account for about 40% of our IWW members in campaigns. This really highlights the importance of helping more branches move to further stages.

In 2022, I plan on continuing this project. I'd love to talk with the remaining 3 of 22 large branches to get a full picture to feed back into advice for smaller branches that aspire to get where we're at. I'm talking with the Bay Area GMB, and New York City IUB 450 about the possibility of evaluating their branches, and I've reached out to Portland. If you are in one of these branches or one of the smaller branches I haven't talked with yet, please reach out: greg.alt@gmail.com

Aside from talking to more branches, I'm building up a list of common issues and advice. Of course, I don't have all the answers, so I'd like to start gathering existing resources together or find people willing to write up best practices from their experience.

*[Handwritten margin left]: This is Mrs. Pearson why we need an Attorney — This is going on everywhere*

*[Handwritten margin right]: EVIDENCE FOR 3:22-CV-00052*

11/30/2021

Excuse me Dear Comrades,

I'm writing this particular submission here in the very great hope of meeting real muthafuckers who stand on "The Left" as Anarchist & Non-Anarchist with their actions and not just their words! I've been a member since August 2018 and have wrestled my ass off trying to meet people throughout this Union but have not tried like this which I wish I would have done before but here I am now reaching out from the Dungeon of Solitary Confinement within the Texas Branch of the Prison Industrial Complex trying to break thru bullshit roadblocks that I've been running into non-stop at IWOC-HQ so I can truly find the Unity that I need & deserve for me and other Incarcerated Persons who are sick & tired of being put on the back burner like we ain't shit for years & years behind a bunch of lame ass excuses that go on & on & on with no end in sight!!

That's why I keep bringing up the fact that we need Democracy over IWOC so all its positions are Elected Positions that members in appropriate standing can run for every year or so depending on the position so they explain themselves in GOB #10 with their candidate statements and be voted on properly by all members which will also draw positive interest to IWOC from the whole membership! I'm very disappointed with the continued lack of Democracy over IWOC for another fucking year! That's some real hoe ass shit because I have brought this up a bunch of times already! IWOC is being treated like a Regional Organizing Committee under the GEB but IWOC is not a ROC at all! In fact, IWOC is directly connected to the creation of IU-613 and is only needed because of the extremely oppressive nature of the P.I.C. that makes it where we Incarcerated Persons are unable to organize ourselves across all barriers without outside help!

*Let me point out some major problems in IWOC at Large and from a Texas Prison point of view... How the fuck is the IWOC membership so so low?! Give or take 800 members?!... Phew!! Get off the gas!! Millions of muthafuckas locked up just in the United States alone! And word of IWOC has had plenty of time to spread far & wide! —Don't believe me?!— I personally turned in well over "133" Applications for Membership for Incarcerated Persons in TDCJ-CID, passed out another solid 100 Applications for Membership at Estelle Unit on the main building in the lockup area where they also have overflow & transit so I was able to give Application/IWOC Literature/etc. to Prisoners coming and going from all over the system here in TDCJ-CID in a matter of months and I have written the information for IWW/IWOC on many cell walls at Hospital Galveston/Estelle Unit/Beto Unit/Michael Unit with brief explanations of what it is and included my information! — 800 members of IWOC worldwide?! — Huh?! — Huh?! — Really?! — Hell now!! Everyone trying to be a member running smack into a stupid ass roadblock at IWOC-HQ and at GHQ this whole damn time! Membership Applications & Request going into the Bermuda Triangle where only a handful make it thru!! Get off the bullshit! — You hear me?!

That aside; serious complaints never get solved for members of IWOC in Texas and request to be connected to outside members in Texas are completely ignored! WTF?! I've been trying hard as fuck to organize Incarcerated Persons here in Texas and I get shut down non-stop by my own supposed Comrades at IWOC-HQ along with several other Locals!! Fuck being friendly about this bullshit when our Lives, Liberty, and Propsperity are on the mutherfuckin line! That bullshit is way out of line! Fuck the excuses!!

Ever since February 13th, 2018 up til now & ongoing I personally have been under serious fire from dirty laws this whole fucking time! They used illegal/excessive/etc. uses of force on me on: February 13th, 2018/December 9th, 2019/March 9th, 2020/April 5th, 2020/April 7th, 2020; causing me serious injuries across my body that have still not been taken care of properly on purpose because of dirty medical staff conspiring against my rights endlessly along with the completely corrupt grievance system! Then on top of that and related to those Civil Issues (which I'm still trying to get relief for at: USDC-Eastern District of Texas), I have a Crimial Charge against me that involves a sicko inmate blaming me for his own psycho bullshit and I should've been OK but these garbade laws used the situation to attack me with a felony charge that with my enhancements carries 25 to Life aggravated! The incident started November 5th, 2018 nine months after the first use of force where the Office of the Inspector General deliberately denied me my Victom's Rights and continue to do so for all the other illegal uses of force against me forementioned without going into graphic detail but in the Criminal Case "the same OIG" that's been fucking me over on my Victim's Rights for Felony crimes committed against me by a multitude of scumbag prison officials & staff such as: Assault & Battery with Serious Bodily Injury/Abuse of Office/Official Oppression/Deadly Conduct/etc.; also let Video evidence in my favor proving my innocence be destroyed and also deliberately did not interview any of over 25+ staff witnesses whose simple testimony proves my innocence also!

I'm talking about very serious "exculpatory evidence" being with-held/destroyed by the OIG from the District Attorney of Anderson Country on purpose and of course only the evidence that puts me under fire was turned in! To make matters worse, I went from November 5th, 2018 to February 3rd, 2021 with no Legal Representation at all from the sorry ass State Counsel For Offenders who are connected to Prison Administration thru the Texas Board of Criminal Justice and on February 3rd, 2021 I had one Legal Visit by phone with an Attorney at the SCFO and he quit right after that to go to a law firm in Dallas and I was again left in limbo all the way until just a week ago on November 22nd, 2021 when this piece of shit Republican trash-bag lawyer Thomas Brewer pulls me out for a Legal Call only to tell me about a Plea Bargain offer but when I ask about my defense — He said there was no defense! And told me if I don't take the offer at the Pre-Trial Court Date on December 20th, 2021; that I'll end up never getting out of prison! — I blasted off on his bitch ass loud as a muthafucker and layed down my whole defense which is so seriously strong that the only way I can be found guilty is by with-holding this evidence which I of course will be very vocal about and it would surely get overturned in Federal Court especially with the conspiracy against my rights by the OIG on top!

I'm going thru madness with a deadline to get my Civil Issues back in Court by January 4th, 2022 at USDC-Eastern District of Texas when I should have already reached a Settlement of huge amount by now but because of Legal Representation that would put tears in anyone's eyes, I am in a very serious emergency situation that surely could

have been avoided if my own comrades would have backed me up properly instead of putting up a bunch of ignorant ass roadblocks at IWOC-HQ for no good reason at all that has me in serious danger!!

I'm done being silent! If you are in a Leadership position in a movement where Lives, Liberty, and Prosperity are at stake — there are no good excuses for ignorant behavior whatsoever besides medical reasons or your own dangerous situations that can be proven! This ain't no time for comrades to fight or fuck over comrades! That bullshit makes me think of Infiltrators in our midst! — At the same time, it's not ok to harass and terrorize Leadership you don't like just because of their sex, race, or sexuality and/or because you didn't get who you voted ofr in a Democratic Election! You don't always get what you want in Democracy but you can push to get what you want brought back up in future elections and all of us should remember that unlike an election involving a bunch of Republican trashbags on the opposing side (for example), this Union is full of people who stand on the muthafuckin Left! So we have to keep that in mind even though there are surely enemies in our midst!

I'm looking for real friends and comrades in IWW and beyond for Life who are serious and who can help me in my greatest time of need and beyond also! I'm also still trying to organize in Texas even while I'm under deep fire!

*Things that can help me now:

#1) Georgetown Law Journal Annual Criminal Law Review "Up to Date"!
#2) Self Help Litigation Manual/Jailhouse Lawyers Manual/Prison Legal News/Criminal Legal News/all up to date
#3) Real Support continuously on every possible level to help me overcome the flames of oppression...
#4) Help finding real Legal Representation of which has a stone cold reputation for representing Radicals on the Left so I actually have a fair chance at freedom & prosperity!

Thank you for y'all's time and effort on my behalf!

Here's my info:

Jamon N Hestand #1343536
Michael Unit; 2664 FM 2054
Tennessee Colony, TX 75886 USA

*Email for Messages Only: IlluminatiAnarchyLeft@Conpals.com

(x386557)



EVIDENCE FOR 3:22-CV-00052

### GOB NOTES FROM DELEGATES

| Delegate | Date | Location | Report |
|---|---|---|---|
| C. Walker | 12/31/2021 | Jacksonville, FL | The November 22nd social gathering seemed to be successful as I was able to talk to several red card holders over zoom. Recently, two have expressed interest in an upcoming OT101 that WV/Boston is hosting, and I have promised to attend with them if I can. This gives me hope that I can pair up with someone on external organizing in the area. |
| J. Schmidt | 6/6/2021 | Waldo, FL | We've got a couple of new members, despite covid in FL. Potential interest in organizing a local pizza shop and a local nonprofit. |
| Austin IWW GMB | 12/15/2021 | Austin, TX | "Officer elections take place next month. Only active organizing work at a North Texas assisted living facility. Trying to get multiple members to commit to 101s. Spending part of our budget on stickers and flyers. Experimenting with member engagement options. Slow due to holidays. Member count now above 70. " |
| K. Daily | 11/30/2021 | Des Moines, IA | Central Iowa branch has submitted paperwork. They are now looking to the next steps of branch creation. |
| G. Giorgio | 12/19/2021 | Altamont, NY | Branch recruitment mailings ongoing. More follow up soon to assess. Branch e-social lined up with Northeast Branches next moneth. GDC doing lots of good work, including hypothermia training as a part of street medic program. Happy Holidays! |
| N. Williams | 12/12/2021 | Poughkeepsie, NY | If you are at large in the Northeast, United States or in a GMB or GDC branch that has not yet been contacted email: bundnik@riseup.net to get looped into regional contacts/ socials |

| C. Walker | 11/13/2021 | Jacksonville, FL | My hope is I can help build support for local organizing, particularly (1) cold calling fast food workers in the area and (2) getting people to consider running for an officer position in a future Jacksonville GMB. |
| G. Giorgio | 10/29/2021 | Altamont, New York | Branch held rally to support mobile home owners in landlord battle, Saratoga Springs, NY. Another action in solidairty today, 10/29. Mailings of stickers to promote website and branch activities earlier in month. Moore outreach to follow. GDC Active in street medic training. |

## Working Rules of the General Executive Board (as of 11 January 2022)

1. The General Executive Board (GEB) may elect its own Chair with all the rights and responsibilities as provided in the Constitution, rules, and regulations of this union being assigned to that person. In the event that the Board does not elect a Chair, the duties of the Board Chair will be assumed by that member of the Board who received the highest number of votes in the last referendum. In the event of a declination, the duties of Chair will pass to the recipient of the next highest number of votes.

2. A majority of the GEB may recall and select another Chair at any time.

3. The Chair is responsible for ensuring a report of the business of the GEB is made to the membership in each issue of the General Organization Bulletin (GOB). This report must include all motions made since the previous report and their current status, any motions which were pending as of the prior report, and how each member voted. The Chair must record motions exactly as submitted, and refrain from using the report to express their personal opinions.

4. The Chair is expected to alert any GEB member who is approaching non-compliance with the working rules, no less than five and no more than ten days before such non-compliance could lead to suspension.

5. The Chair must notify alternates immediately (within 72 hours of the date of vacancy) when procedures dictate that they assume a seat on the Board to determine if they are accepting the open seat. Alternates accepting their seat on the Board will be asked to supply a date, not to exceed 30 days from the date of vacancy, for which they will be prepared to take their seat on the Board. Alternates will be seated automatically on the date supplied without delay or obstruction.

6. The Chair will ensure a written report detailing the activities of the first half of the current term of the Board and the planned activities for the remainder of the current term of the Board is prepared and submitted on time for the General Convention. The Chair must refrain from using the report to express their personal opinions.

7. All Board members are expected to make a formal report of their activities during the month to the Board and to the membership on the last day of each month.

8. Any Member of the General Executive Board automatically vacates office in any of the following circumstances;
    a. if that officer ceases to be a member of the IWW in good standing;
    b. if that officer fails to file a report with the Board for more than one (1) month, without prior leave of the Chair (provided such leave may not be unreasonably withheld) and that officer fails to file a report within ten (10) days of a direct request by the GEB Chair;
    c. if that officer resigns the office by written notice received by the Board, the Chair, or the General Secretary-Treasurer (GST);
    d. if that officer is recalled from office by a ballot of members in accordance with Article IX of the Constitution.

9. All formal Board business will be conducted through electronic mail, in-person meetings, phone/video conference calls, and the IWW Forum (http://forum.iww.org), however, votes on motions must be recorded in writing and reported by the GEB chair.
    a. General Executive Board members are expected to attend two (2) in-person meetings throughout the course of their term, with exceptions for extraordinary circumstances.
    b. The GEB Winter Meeting should be scheduled to take place no later than February 28. The date of