4/4/22 - ON CAMERA, MEDICAL ENTRY HIGH-11:45, OFFICER AHVEY, FOR "NO REASON", SINGLES OUT "SAUL CHAVEZ" IWOC-MEMBER, AND PLAINTIFF ON UNITED STATES DISTRICT COURT - 3:22-CV-00052.

I-60 SENT ON 4/4/22 - To MS. HOWARD - Risk Management. OFFICER AHVEY HAS RACIALLY DISCRIMINATED ON MULTIPLE IWOC-MEMBERS IN THE PAST,... All "Hispanics", Including Myself "Delegate" OF IWOC-613 #1. Discrimination Continues, with All of the "Drug Introductions Team" ON MEMORIAL PLANTATION. I am Julio A. Zuniga, AND I am a witness to All These Retaliations, on Basil Azua, Javier Martinez, Saul Chavez,... being the Most Recent,. I-60 Request that Ms. Howard return I-60 written (4/4/22) Dropped off in Law Library Area Mailbox on camera on 4/5/22. Ask Her to sign off or Be added on to Class-Action for "Misconduct Conspiracy."

Julio A. Zuniga
#1961551

United States Courts
Southern District of Texas
FILED
April 11, 2022
Nathan Ochsner, Clerk of Court

Bottle is A Water Sample; Sink Faucet From my Cell/L-119B
Witness to this is Eric M. White L-119T
His Reaction to the Rag Test was "Shock", I Ran Faucet For 15 minutes, the Rag Turned Orange Brown.
I Request the Court Hold sample, until I pay for LABCORP To Test It For Us. Thank you.
P.S. Everyone is Having Symptoms of H-pylori, AND I am Still Being Denied By Dr. Haque Bloodwork for PCB's/Arsenic/Lead/Aluminum

Julio A. Zuniga
#1961551
59 Darrington Rd.
Rosharon, Texas 77583

Visitation
Unit: DA
From: Sun 03/20/2022
To: Sun 03/20/2022

| UNIT | TDCJ# | INMATE | HOUSING | BED/CUSTODY | VISITOR | TIME | END TIME |
|---|---|---|---|---|---|---|---|
| DA | 01418374 | SPENCER, RONALD WAYNE JR | EDORM 1 | 025 G2 | Tamara Hirst | 13:00 | 15:00 |
| DA | 01486464 | YORK, FREDERICK DWAYNE | J-1 | 06 G2 | Jasmine Bonner | 15:00 | 17:00 |
| DA | 01131912 | LOFLAND, ERIC DAVID | 5-TANK | 056 G2 | Julia Flynt | 12:00 | 14:00 |
| DA | 01082587 | CANTU, JUAN GABRIEL | 2-TANK | 034 G2 | Kasie Cantu | 09:30 | 11:30 |
| DA | 01701265 | TRUITT, GREGORY ALLEN | 5-TANK | 058 G2 | Rachel Whitfield | 09:30 | 11:30 |
| DA | 00853165 | SALINAS, GARY | WDORM 1 | 032 G2 | Stephanie Salinas | 08:00 | 10:00 |
| DA | 00709849 | DAVIS, MARCUS RASHUN | 4-TANK | 026 G2 | Lakeysha Clophus | 14:00 | 16:00 |
| DA | 00897904 | ROMERO, ADELIO ADELBERTO | EDORM 2 | 027 G2 | Ashley Romero | 08:00 | 10:00 |
| DA | 02053816 | PERRY, MICHAEL JAMES | I-2 | 03 G2 | Francessca Byars | 10:00 | 12:00 |
| DA | 01409244 | BLEVINS, JOHNNY LEE | WDORM 2 | 033 G2 | Valerie Vaughan-Kelley | 10:30 | 12:30 |
| DA | 01746269 | WILLIAMS, RONNY KEITH | 4-TANK | 012 G2 | Sidney Williams | 14:30 | 16:30 |
| DA | 01027540 | DEASON, MICHAEL CONRAD | 6-TANK | 024 G2 | BERNADINE DENNIS | 12:30 | 14:30 |
| DA | 01909533 | GAONA, VALENTIN | J-1 | 21 G2 | Janie Hernandez | 14:30 | 16:30 |
| DA | 02010011 | STEVENS, DUSTIN JAMES | 2-TANK | 022 G2 | Angela Ryan | 15:30 | 17:30 |
| DA | 02347097 | WILLOUGHBY, MICHAEL BLAKE | TC3 | 062 OT | Jonnathan Willoughby | 15:00 | 17:00 |
| DA | 01392489 | CAESAR, CODY DEVETTE | J-1 | 03 G2 | Robin Watson | 14:00 | 15:00 |
| DA | 02284079 | CANTU, SANTOS JOHNNIE | I-1 | 14 G2 | Rebecca Cantu | 15:30 | 17:30 |
| DA | 02315682 | LAMB, CHRISTOPHER RYAN | E-2 | 10 G5 | April Cash | 14:00 | 15:00 |
| DA | 01129344 | MORGAN, JIMMY DALE JR | 5-TANK | 027 G2 | MELYSSA THOMPSON | 16:30 | 17:30 |
| DA | 02001954 | FOSTER, TREY | J-1 | 10 G2 | Tierra Stewart | 15:00 | 17:00 |
| DA | 01861865 | ALONSO, RALPH ERNEST | L-1 | 18 G3 | Gladys Gonzales | 13:30 | 15:30 |
| DA | 01607304 | OLIVARES, SANTIAGO MELITON | 3-TANK | 018 G2 | Javier Olivares | 12:00 | 14:00 |
| DA | 00737878 | RODRIGUEZ, ALBERTO | EDORM 2 | 034 G2 | Cristina Rodriguez | 08:00 | 10:00 |
| DA | 02297222 | CARMONA, CHRISTOPHER | 6-TANK | 033 G2 | Carmen Salinas | 16:30 | 17:30 |
| DA | 02251997 | HOLLAND, SHAMELL | J-2 | 05 G4 | Kierra McKinney | 12:00 | 14:00 |
| DA | 01963948 | HINOJOSA, JOE ERIC | WDORM 2 | 019 G2 | Jacinta Garcia | 15:00 | 16:00 |
| DA | 01308700 | STONE, MICHAEL WARREN | WDORM 1 | 028 G2 | Felicia Jordan | 12:00 | 14:00 |
| DA | 01504444 | GREANUP, DONALD | 5-TANK | 033 G2 | Yolanda Greenup | 13:30 | 14:30 |

Mar 18, 2022, 5:15 PM

EVIDENCE K line visits

Evidence of Informational Inmate to Inmate V23rd Dodson exposure of information By Sgt. Bell who with inmates is what is supposed Fearly's Personnel Information known to undesirables. This is what is supposed to collude tups list is to look alike.

Julio C.
Zuniga 3/30/22

| Type | ID | Name | Cell | # | Grp | Visitor | Time 1 | Time 2 |
|---|---|---|---|---|---|---|---|---|
| DA | 02250966 | MOORE,DANTE J | H-1 | 20 | G4 | Stevenson Moore | 08:30 | 09:30 |
| DA | 01882667 | MCDANIEL,JEREMY | K-3 | 14 | G2 | Charlotte McDaniel-Brown | 16:30 | 17:30 |
| DA | 02324862 | FLORES,JUAN | B-3 | 12 | G5 | Frances Sarmiento | 10:00 | 11:00 |
| DA | 02133704 | WARE,MARCUS LEWAYNE | J-3 | 02 | G2 | NiCKENZI CALLOWAY | 07:00 | 08:00 |
| DA | 02197370 | SIRLS,MARQUS ARRELIUS | H-3 | 25 | G4 | TARYN Sirls GUZMAN | 08:30 | 10:30 |
| DA | 02035281 | WORRELL,KAHLID YUSUF | K-2 | 19 | G3 | Tije Taylor | 12:00 | 13:00 |
| DA | 01278640 | YAITES,CHRISTOPHER | B-1 | 10 | G5 | Rosalinda Yaites | 09:30 | 10:30 |
| DA | 02212203 | MIMS,KENNETH AARON | K-1 | 16 | G2 | Shameka Burnett | 12:30 | 13:30 |
| DA | 02044292 | GRIEGO,JASON | I-1 | 12 | G2 | Cheryl Gurecki | 11:00 | 12:00 |
| DA | 02286845 | HUDSON,CHARLES ANDRE | H-2 | 11 | G4 | Barbara Hudson | 09:00 | 10:00 |
| DA | 02090944 | CONGROVE,ANTHONY | G-3 | 21 | G2 | Windy Congrove | 12:30 | 13:30 |
| DA | 02336477 | MCCALL,MORRIS LAFRENCH | I-1 | 05 | G2 | Latasha Murray | 10:30 | 11:30 |
| DA | 02277872 | FRIESENHAHN,NICHOLAS | TC3 | 032 | OT | Claire Adams | 08:30 | 09:30 |
| DA | 02225411 | TETREAULT,CHRISTOPHER SCOTT | J-1 | 07 | G2 | Marcelle Bass | 08:00 | 09:00 |
| DA | 00783576 | MENDOZA,LUIS A | 4-TANK | 033 | G2 | Linda Franco | 10:30 | 12:30 |
| DA | 02001978 | WILLIAMS,RODRICK ODELL | D-2 | 05 | G3 | Brandi Saverio | 07:00 | 08:00 |
| DA | 02300902 | ARMSTRONG,JOHNNY LEE | L-2 | 07 | G2 | Vantrece Thompson | 12:00 | 13:00 |
| DA | 02334777 | HERNANDEZ,RALPH | EDORM 1 | 005 | G2 | Daira Chestnut | 12:00 | 14:00 |
| DA | 01547589 | GARRETT,MARC R | L-3 | 20 | G2 | Leslie Garrett | 11:00 | 13:00 |
| DA | 01330357 | YOUNG,TYREON | H-1 | 06 | G4 | Kaneshia Smith | 12:00 | 14:00 |
| DA | 01909446 | GUTIERREZ,JUSTIN | J-1 | 15 | G2 | Miguel Gutierrez | 14:00 | 15:00 |
| DA | 02201270 | POWELL,DAVID WAYNE | EDORM 1 | 029 | G2 | Candace Powell | 10:30 | 12:30 |
| DA | 02006216 | GONZALEZ,RICARDO | L-2 | 27 | G2 | Enrique Gonzalez | 10:30 | 12:30 |
| DA | 01847604 | ORTEGA,THEODORE | J-2 | 08 | G4 | Leonor Chavez | 14:30 | 16:30 |
| DA | 00772422 | SCALES,JAMAIL | I-2 | 10 | G2 | Ylaria Cano | 14:00 | 16:00 |
| DA | 02175689 | ESQUIVEL,JOHNNY LEE JR | H-3 | 05 | G4 | Linda Hayes | 08:00 | 10:00 |
| DA | 02036335 | FONTENOT,TADARION | E-2 | 17 | G5 | Laquisia Fontenot | 11:00 | 13:00 |
| DA | 01883596 | SALAZAR,JONATHAN JASON | K-3 | 25 | G2 | Jorge Salazar | 07:00 | 08:00 |
| DA | 02292386 | GONZALEZ,DANIEL | C-3 | 08 | 1A | Amy Gonzalez | 09:00 | 11:00 |
| DA | 02262708 | GRANT,DARIUS | EDORM 1 | 037 | G2 | Sonja Grant | 14:00 | 16:00 |
| DA | 01932275 | LOPEZ,MICHAEL | H-3 | 21 | G4 | Angela martinez | 11:30 | 13:30 |
| DA | 02134989 | MENDOZA,ROLANDO ARNOLDO | WDORM 2 | 026 | G2 | Delia Mendoza | 09:00 | 11:00 |
| DA | 01781774 | TRAYLOR,ERIKK RAMONE JR | J-2 | 04 | G4 | Erica Johnson | 15:30 | 16:30 |

Mar 18, 2022, 5:15 PM

| | ID | Name | Cell | Num | Code | Person | Time |
|---|---|---|---|---|---|---|---|
| DA | 02121180 | GUERRERO,TONY | H-2 | 02 | G4 | Elsa Rodriguez | 10:00 11:00 |
| DA | 01684936 | CHRISTIAN,ANDREI LADON | H-1 | 17 | G4 | Lizet Valenzuela | 14:00 16:00 |
| DA | 01311140 | PENAFLOR,ALDO PENA | B-3 | 09 | G5 | Brenda Lopez | 09:00 11:00 |
| DA | 02352133 | PARKER,DONALD RAY JR | D-2 | 13 | G1 | TIFFANIE MILLER | 11:30 13:30 |
| DA | 01005930 | FRAUSTO,CISTO JR | L-2 | 26 | G2 | Quina Solis | 15:00 17:00 |
| DA | 02214778 | TOLIVER,DERWIN DEMONISE | 2-TANK | 026 | G2 | THU Kim TRAN | 08:30 10:30 |
| DA | 02179316 | OSORIO,OSVALDO | B-2 | 19 | G5 | Leticia Nieto | 11:00 13:00 |
| DA | 02217338 | FARRIS,CHARLES LEE JR | K-2 | 09 | G2 | Nyree Love | 15:30 17:30 |
| DA | 02290987 | GONZALES,JOSEPH JOEL | B-2 | 12 | G5 | Carmen Gonzales | 09:30 11:30 |
| DA | 02333933 | GOMEZ,MISAEL | H-2 | 23 | G4 | Guadalupe Gomez | 11:00 13:00 |
| DA | 00799307 | BURTON,ARTHUR BERRY | L-2 | 13 | G2 | Travone Thomas | 10:00 12:00 |
| DA | 02300682 | COLUNGA,GILBERT | D-2 | 09 | G4 | Jessica Colunga | 11:00 13:00 |
| DA | 01835668 | GARNER,DEAUNDRE KEYSHAWN | K-3 | 07 | G2 | Dianna Rowe | 15:00 17:00 |
| DA | 02175980 | HEBERT,MARKQULLE DEYVOUNE | I-2 | 04 | G2 | Chelsey Schneider | 15:00 17:00 |
| DA | 02214173 | BEASLEY,BRANDT DALE | G-1 | 04 | G2 | Tanya Beasley | 09:00 11:00 |
| DA | 01988683 | HERNANDEZ,JUAN MANUEL | C-2 | 17 | 1A | Maria Diaz | 08:00 10:00 |
| DA | 01743664 | SALINAS,MIGUEL ANGEL | E-3 | 08 | G5 | Jennifer Solis | 15:30 17:30 |
| FDA | 02140026 | GUERRA,EDWARD | I-1 | 15 | G2 | Martha Valdez | 12:00 14:00 |
| DA | 01932255 | ARREDONDO,ALEJANDRO | L-2 | 19 | G2 | Mercedes Arredondo | 10:30 12:30 |
| DA | 00569727 | SPENCER,MAURICE LEE | 3-TANK | 004 | G2 | Monica Childress | 13:00 15:00 |
| DA | 01558899 | CALDERON,CHRISTIAN | H-1 | 08 | G4 | Jackelyne Polio | 10:00 12:00 |
| DA | 02381529 | GONZALES,VICTOR III | F-3 | 12 | G2 | Tanya Gonzales | 13:00 15:00 |

# District Clerk



200 S. Crockett St., Ste. 120A

Sherman, Texas 75090

E-mail: kashmore@co.grayson.tx.us

(903) 813-4352   Fax: (903) 870-0609

## Kelly Ashmore

January 29, 2018

Mark David Zimmerman
TDCJ No. 02136697
Byrd Unit
21 FM 247
Huntsville, TX 77320

RE:   Court of Appeals Number:   05-17-01250-CV
      Trial Court Case Number:    CV-16-1161

Dear Mr. Zimmerman,

We have received your request for a copy of the "search warrant and/or the court order to freeze personal bank account at Chase Bank." Our office is not in possession of these documents. A supplemental clerk's record containing a copy of this letter will be filed with the Fifth District Court of Appeals.

Respectfully,

Candy Martin
Deputy Clerk
Grayson County, Texas

16

Order entered January 25, 2018



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-17-01250-CV

FIVE HUNDRED TWENTY TWO DOLLARS IN UNITED STATE CURRENCY, ONE FIREARM; SCOPE, TWO CELL PHONES, AND SILVER MERCEDES ML 320 VIN #4JGAB54E77A260775, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 397th Judicial District Court
Grayson County, Texas
Trial Court Cause No. CV-16-1161

## ORDER

Before the Court are two January 23, 2018 pro se motions of real party in interest Mark David Zimmerman. In his first motion, Mr. Zimmerman who is incarcerated requests a copy of the "search warrant and/or the court order to freeze [his] personal bank account at Chase Bank." We **GRANT** the motion to the extent that we **ORDER** Kelly Ashmore, Grayson County District Clerk, to file, by **February 5, 2018**, a supplemental clerk's record containing a copy of the search warrant and/or the court order to freeze Mr. Zimmerman's personal Chase Bank account or written verification that one or neither of those documents exists.

In his second motion, Mr. Zimmerman requests an extension of time to file a brief, noting that he is not sure if it is yet due because he is unaware if the clerk's and reporter's records have

been filed. The clerk's record has been filed and the reporter's record is due on February 7, 2018. Appellant's brief will be due thirty days after the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a)(2). Accordingly, we **DENY** appellant's motion for extension as premature.

On the Court's own motion, we **DIRECT** the Clerk of this Court to send a paper copy of the clerk's record filed on December 13, 2017 and supplemental clerk's record filed on January 11, 2018 to Mr. Zimmerman. We further **DIRECT** Clerk of this Court to send appellant a paper copy of any supplemental clerk's record filed pursuant to this order and a paper copy of the reporter's record when it is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Ashmore and all parties.

/s/   ADA BROWN
      JUSTICE



**DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

March 25, 2022

Julio Zunig #1961551
59 Darrington Rd
Rosharon, TX 77583

Dear Mr. Zunig,

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs or operations.

The matters you raised are outside our investigative jurisdiction, therefore no action can be taken by our Office. You may wish to consult the following web page for information on where to submit certain complaints that do not fall within the DOJ OIG's investigative authority: https://oig.justice.gov/hotline/non_doj_complaints.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter. Of course, if you obtain new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

**U.S. Department of Justice**

OIG/Investigations

Washington, D.C. 20530

Official Business
Penalty for Private Use $300



Julio Zunig #1961551
59 Darrington Rd
Rosharon, TX 77583

OPEN BY
ADDRESSEE ONLY

77583-505759