IN THE UNITED STATES DISTRICT COURT FOR the Southern District of TEXAS

JULIO A. ZUNIGA

V.

PATRICK O'DANIELS

DECLARATION OF SAM JONES

CIVIL ACTION NO#:
3:22-CV-00052

United States Courts
Southern District of Texas
FILED

APR 11 2022

Nathan Ochsner, Clerk of Court

Sam Jones hereby declares: I have been incarcerated at "TDCJ" since November of 2014. Since July 2018 I have been on Darrington/Memorial Unit, and served time with Saul Chavez/on multiple areas of Memorial Unit.

On 4/4/22. I witnessed Officer Ahovey-(Shakedown Team) Harass and discriminate on fellow worker - Chavez by intimidation, provocation, and placing handcuffs on him for no reason. I was watching the event go down a few feet away in front of Medical Entry, on camera, between 11:00 - 11:45.

This Officer Ahovey has singled out, Basil Azom, Javier Martinez, Saul Chavez, all IWOC-members, — the racial discrimination, has gotten violent, with constant harrassment by Ahovey, Tillman, Durber, Williams, Major Cooper, and the infamous "Reginald Gilbert."

I declare under penalty of perjury that the foregoing is true and correct. Executed at Rosharon, Texas - Memorial Plantation.

4/4/22

Sam Jones

Julio A. Zuniga
#1961551
59 Darrington Rd.
Rosharon, Texas 77583

Respectfully Submitted,

Honorable J.V. Brown

*[Handwritten annotations across top: "THIS IS MY PAROLE ATTORNEY, THE SHOE BELOW I am trying to go home, yet still try to Intentionally Harm That"]*

**Law Office of**
**Mark Morales & Associates, PC**          **A Parole Attorney Who Cares**

824 S. Austin Ave. Georgetown, TX 78626   (512) 635-9835   markmorales.com

## TIRED OF DOING TIME?    READY TO GO HOME?

Greetings,

The Texas Department of Criminal Justice online Offender Information Search indicates that you are an TDCJ inmate who is soon approaching eligibility for parole. I am an attorney of 18 years. But first and foremost, I am a follower of Jesus Christ. In fact, everyone on my team is also a believer. My friend and legal assistant, John Lane TDC #503730, is a former Texas inmate. While we do not, in any way discriminate or judge based on your beliefs, we do want you to understand that we consider our parole practice to be a ministry.

We pray every day for our clients, and on most days pray with our clients. And while other parole firms may refrain from taking difficult cases because of the circumstances of the offense or criminal history; we primarily look at the heart of the person and their desire to change, regardless of their past. The Parole Board needs to see change but our first goal is for them to see you through a lens of compassion and mercy, instead of judgement. It is our hope and prayer that the lead voter be given the grace to see you the way God sees you.

No attorney can guarantee you results, but we will join with you as we pray and work hard for your freedom. Hiring the right attorney, means you will have a voice that can speak up for you and present your case in best light. Upon retaining my services I will mail you a packet containing a questionnaire, instructions and a checklist of all the necessary items I would like you and your designated friends/family to send me over the next few months. If you are within my visitation area, I will come to see you at the unit, and of not, then I will set up a phone line with your unit and visit with you over the phone. I will use the information you provide along with information I gather in our meeting to prepare a parole packet for you. At the appropriate time, I schedule your hearing and personally speak to the lead voter and present your case. You can be assured that you will have a zealous advocate in your corner!

I was nominated by my peers then selected by *Thompson Reuters* and featured in *Texas Monthly* magazine as a **CRIMINAL DEFENSE SUPER LAWYER & earlier in my career a SUPER LAWYER, RISING STAR**. According to Thompson Reuters data, less than 5% of all attorneys will ever receive this recognition and I am humbled to be in that category. I have spent the last 15 years, the majority of my career, defending clients accused of crimes. Prior to that I worked as an Assistant District Attorney. Now I am reaching out to help secure your freedom on parole.

If I am able to accept your case, I will do everything possible to make the strongest case to secure your freedom through release on parole. You can reach me at the contact information above.

**MARK MORALES, ATTORNEY AT LAW**

**ADVERTISEMENT**

*[Handwritten at bottom: "REFERRERED By: Julio A. Zuniga"]*

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## CORRESPONDENCE / CONTRABAND DENIAL FORM

NAME: Julio Zuniga    TDCJ-CID#: 1946155    HOUSING: A205

UNIT: DA    DATE CORRESPONDENCE RECEIVED: 10.14.20    DATE OFFENDER NOTIFIED: ___

CORRESPONDENCE: ☐ TO  OR  ☑ FROM

Heather Austin ABC
c/o MonkeyWrench Books
110 N. Loop Blvd E. Austin, TX 78751

| | | |
|---|---|---|
| 1st Attempt: | / | / |
| 2nd Attempt: | / | / |
| 3rd Attempt: | / | / |

The above correspondence has been denied to you in accordance with BP-03.91, Uniform Offender Correspondence Rules

DENIED: 3 copies of 1040 Tax form

RECEIVED: envelope with letter

APPEAL: Should persons outside the institution desire to appeal, submit a written appeal to the Director's Review Committee, PO Box 99, Huntsville, TX 77342-0099. The appeal must reach the DRC WITHIN TWO (2) WEEKS of the notification date listed above.

Does offender wish to appeal the decision? ☐ Yes ☐ No

☐ DRC Non-Appealable List
(Offender cannot appeal)

DISPOSITION IS ALLOWED AND MUST BE CHECKED AT THE TIME OF DENIAL, UNLESS SECURITY CONCERNS MANDATE OFFENDER NOT BE GIVEN A CHOICE OF DISPOSITION (BOARD POLICY 03.91):

☐ No Disposition Allowed

☑ Destroy

☐ Send to the following person at the offender's expense: _____ Name & Address

IF DISPOSITION IS NOT EXECUTED OR LITIGATION/GRIEVANCE PROCESS HAS NOT BEGUN WITHIN SIXTY (60) DAYS OF THE INITIAL DENIAL OR FROM THE DRC DECISION DATE (IF APPEALED), THE ITEM(S) WILL BE DESTROYED.

Employee Signature: Anderson    Date: 10/21/20
Offender Signature: Julio G. Zuniga    Date: 10/2/22

UNIT DISPOSITION: MAILED ☐  DESTROYED ☐  FILED ☐    Date: ___    Employee Signature: ___

☐ DRC APPROVED, RETURNED TO OFFENDER    Offender Signature: ___    Date: ___

DISTRIBUTION:
Original - Send to the DRC IF THE OFFENDER WISHES TO APPEAL. If not, keep on unit.
Yellow - Offender Copy

I-153 (Rev. 09/18)

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

```
CASE: 20220126462  TDCJNO: 02331771  NAME: BONILLA, ERIC JAMES          EA: 12.9
UNIT: DA   HSNG: 3-TANK  005B     JOB: INSIDE MEDICAL SQ 04              IQ: 092
CLSS: S4   CUST: G2   PRIMARY LANGUAGE: ENGLISH     LMHA RESTRICTIONS:   NONE
GRDE: MI / WR    OFF.DATE: 03/23/22  02:50 PM  LOCATION: DA WINDHAM CLASSROOM
TYPE: ID
```

**OFFENSE DESCRIPTION**

ON THE DATE AND TIME LISTED ABOVE, AND AT DA UPSTAIRS EDUCATION, INMATE: BONILLA, ERIC JAMES, TDCJ-ID NO. 02331771, REFUSED TO ATTEND THE ACADEMIC PROGRAM IN WHICH HE IS ENROLLED, NAMELY, COGNITIVE INTERVENTION 2, WITHOUT A LEGITIMATE REASON SUCH AS ILLNESS.

CHARGING OFFICER: HAFFORD, T. COV                          SHIFT/CARD: 1 H

**INMATE NOTIFICATION**

TIME/DATE NOTIFIED: 11:29 - 04/05/22   BY: (PRINT) Salako    IF APPLICABLE INTERPRETER, _____

YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL STATEMENT. DO YOU WANT TO ATTEND THE HEARING? YES  NO   IF NO, HOW DO YOU PLEAD? GUILTY  NOT GUILTY

INMATE NOTIFICATION SIGNATURE: [signature]        DATE: 4-5-22

BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.

INMATE WAIVER SIGNATURE: [signature]              DATE: 4-5-22

**HEARING INFORMATION**

HEARING DATE: _____  TIME: _____  INTERPRETER SIGNATURE: _____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS AND HOLIDAYS, FROM THE OFFENSE DATE: _____

INMATE STATEMENT: I had a lay-in for 1:30 lab work and clothing gave to see the doctor.

OFFENSE CODES: 25.1
INMATE PLEA: (G, NG, NONE)   | NG |
FINDINGS: (G, NG, DS)        | G  |

**PUNISHMENT**

```
LOSS OF PRIV(DAYS) _____      REPRIMAND _____
*RECREATION(DAYS) 30 days     EXTRA DUTY(HOURS) _____
*COMMISSARY(DAYS) 30 days     CONT.VISIT SUSP THRU __/__/__
*PROPERTY(DAYS) .. _____      CELL RESTR(DAYS) _____
*_____(DAYS) _____
```

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: [signature]

_____                          _____
HEARING OFFICER (PRINT)                          WARDEN

(FORM I-47MI) CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 04-10) COMUNIQUESE CON UN MIEMBRO DEL PERSONAL SI NO ENTIENDE ESTA FORMA

(Copy)

## TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20220049583  TDCJNO: 02331771  NAME: BONILLA, ERIC JAMES          EA: 12.9
UNIT: GA   HSNG: 5-TANK   605B       JOB: GREEN PENDING ASSIGNMENT     ID: 052
CLSS: S2   CUST: G1   PRIMARY LANGUAGE: ENGLISH    LMHA RESTRICTIONS: NONE
GRP: NR / WR   OFF.DATE: 02/09/22  02:50 PM  LOCATION: DA WINDHAM CLASSROOM
TYPE: D

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT DA UPSTAIRS EDUCATION, INMATE BONILLA, ERIC JAMES, TDCJ-ID NO. 02331771, REFUSED TO ATTEND THE ACADEMIC PROGRAM IN WHICH HE IS ENROLLED, NAMELY, COGNITIVE INTERVENTION 2, WITHOUT A LEGITIMATE REASON SUCH AS ILLNESS.

CHARGING OFFICER: HAFFORD, COY                        SHIFT/CARD: 1 H

TIME/DATE NOTIFIED: 7:40AM 2/11/22  BY: (PRINT)  INMATE NOTIFICATION IF APPLICABLE, INTERPRETER: (PRINT)

YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES NO  IF NO, HOW DO YOU PLEAD? GUILTY  NOT GUILTY

INMATE NOTIFICATION SIGNATURE: X_____  DATE: 2/11/22

BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.

INMATE WAIVER SIGNATURE: _____  DATE: 2/11/22

### HEARING INFORMATION

HEARING DATE: 2/16/22   TIME: 12:00 pm  UNIT ___ FOLDER A  FILE 55  DSFILE _____
COUNSEL SUBSTITUTE AT HEARING: _____  FOLDER ___  FILE ___  DSFILE ___

EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART HEARING, (2) IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:

(NATURE) _____

(INMATE STATEMENT) _____

OFFENSE CODES: _____ 55__
INMATE PLEA: (G, NG, NONE) |_NG_|___|___|___|___|
FINDINGS: (G, NG, DS) |___|___|___|___|___|
REDUCED TO MINOR (PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___ BY: (INITIAL)___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF GUILT: A) ADMISSION OF GUILT, B) OFFICER'S REPORT, C) WITNESS TESTIMONY, D) OTHER.
EXPLAIN IN DETAIL: _____

### PUNISHMENT

LOSS OF PRIV (DAYS)___  REPRIMAND___
*RECREATION (DAYS)___   EXTRA DUTY (HOURS)___      REMAIN LINE 3.........
*COMMISSARY (DAYS)___   CONT. VISIT SUSP. THRU __/__/__   REDUC.CLASS FROM __ TO __
*PROPERTY (DAYS)___     CELL RESTR (DAYS)___       GOOD TIME LOST (DAYS)___
*  QTRS (DAYS)___       SPECIAL CELL RESTR (DAYS)___   DAMAGES/FORFEIT. $___

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____

CREDIT FOR PRE-HEARING DETENTION TIME? YES (DAYS)___ NO / NA
DATE PLACED IN PRE-HEARING DETENTION: ___  HEARING LENGTH ___ (MINUTES)
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _____

HEARING OFFICER (PRINT)     WARDEN                  REVIEWER SIGNATURE

(FORM I-47HR) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA