IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT - GALVESTON DIVISION.

DECLARATION OF SAM JONES

JULIO A. ZUNIGA. et al.,
VS.
PATRICK O'DANIELS. et al.,

CIV. ACT. NO# 3:22-CV-00052/96

~ SAM JONES hereby declares: I have been incarcerated @ Darrington/Memorial Plantation for YEARS - 2018-2022. I am housed on L-LINE 7-19 cell, recently I attempted to "Mail" "Legal Mail" out thru property room - Ms. Evans, - She demanded to know what was in the packet and I refused to tell her, so, I tried again, she refused me again.

I noticed the water in our showers were covered with a towel, all the contaminants had accumulated on the ends hanging down, so I took a razor blade and cut it straight out of our water supply in shower area. Against their oppression in mail room, I am sending a sample to be tested upon my payment to Lab Corp for the U.S.DC. Judge Jeff V. Brown

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is TRUE AND CORRECT. EXECUTED at Rosharon, Texas on 4/10/22

CRUZ V. BETO
RUIZ V. ESTELLE

WITNESS
ERIC WHITE
MARK ZIMMERMAN

Respectfully Submitted,
Julio A. Zuniga
59 Darrington RD.
Rosharon, Texas 77583
#1961551

Case 3:22-cv-00052 Document 21 Filed on 04/14/22 in TXSD Page 1 of 8

United States Courts
Southern District of Texas
FILED
APR 14 2022
Nathan Ochsner, Clerk of Court

Pastor Larry Miles, you have Firsthand knowledge of the trumped up (set-up) position of Chaplain Mitchell on Memorial Unit. The Intentional Oppression of the Spanish Speaking/Latin-X people was your idea, and your tactic might have worked had I not educated the masses on State Corruption. Chaplain Mitchell has Violated our Constitutional Rights by Discriminating on only Spanish Services. Without Notice. We will be Reporting this by Radio on Multiple-Radio Stations across the country to show how "TDCJ" uses both inmate and officers against each other like pawns in chess. "TDCJ" is the prime suspect in all Death's in "TDCJ" both on Inmates and Officers... The Slavecatcher Policy you created was in fact created Long ago,... and it's Disgraceful to People of Color... all for your Capitalist Agenda... How Do you ever wish to see your people Emancipated, if you are blinded by your share in the Slaveholding Market? We want our "Spanish Services" Not only Back online, But Better than Ever, "With" "Equal Protections Clause" and "First Amendment Clause" at the Foundation of it all.   Refer to: United States District Court - Southern District - Galveston Division - Honorable Judge Jefferey V. Brown - Civil Action # 3:22-CV-00052.

I have Personally Reported this to State Representatives and you will be Contacted by one soon. I have Filed Grievance on Ms. Mitchell / Risk Management = Ms. Howard For Conspiring/Discrimination.

I am including you on to our Class-Action as Co-Conspirator to Intentionally Oppress the Spanish/Latin-X worshipping Committee For Christ. Thank you For Your time.

4/6/22

Solidarity
And Sabotage,
"Comrade Z"
IWW - IWOC
Texas

COPY

Sent to Pastor Larry Miles

"TBCJ trying to create Racial Tension Useing Ms. Mitchell".

Smith-Bey v. Cripe 852 F.2d 592, 594 (1988)
Thompson v. Housing Auth. 782 F.2d 829, 831-32 (1986)
Interroyal Corp v. Sponseller 889 F.2d 108, 112 (1990)
Gray v Petstock 917 F.2d 768, 772 (1990)
Lira v. Herrera 427 F.3d 1164, 1169-70 (2005)
~~Tapia v. Cripe~~
Tapia-Ortiz v. Doe 171 F.3d 150, 152 (1999)
Common v. Davis 371 U.S. 178, 82-83, 83 S.Ct. 227 (1962)

**You have received a jpay letter, the fastest way to get mail**

From : TECHSUPPORT CENTURYLINK, CustomerID: 3919397
To   : JULIO ZUNIGA, ID: 05732604, 01961551
Date : 3/30/2022 1:54:09 PM EST,    Letter ID: 1452878196
Location : DA
Housing : K-1  7    L119

Offender Telephone System message to the Offender.

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

**You have received a jpay letter, the fastest way to get mail**

From: TECHSUPPORT CENTURYLINK, CustomerID: 3919397
To  : JULIO ZUNIGA, ID: 05732604, 01961551
Date: 3/30/2022 1:54:09 PM EST,   Letter ID: 1452878196
Location: DA
Housing: K-1   17

## TDCJ Offender Telephone System (OTS) - Assistance Request Form

SID#: 05732604

TDCJ ID#: 01961551

Please write in your TDCJ - ID # in the squares and then completely shade in the corresponding number above.

**INSTRUCTIONS**
- Review list of common problems before submitting a complaint form.
- This form is to be completed and placed in a unit mailbox to be picked up by the mail room.
- You must print legibly.
- Expected response should be 7-9 business days after the form has been placed in the mailbox.
- List only one issue per form.
- Incomplete or unreadable forms will be returned unresolved.

| COMMON PROBLEMS | RECOMMENDED RESPONSE |
|---|---|
| My TDCJ # does not work. | If eligible, you will be enrolled into the system. (Time frame TBD) |
| Message says " The phone # is restricted" | Not an OTS issue. Telephone # owner must resolve this issue. |
| Message says " Invalid number" | Verify number is on approved Visitor's List |
| Message says " PDI is not a match" | You will need to re-enroll during your scheduled re-enrollment period. |

Offender Name (Last, First, MI): ZUNIGA, JULIO
Today's Date: 03/30/2022
Unit: MEMORIAL

Telephone No. Called: (   )   -
Time Called (if applicable):   :   am/pm
Date Called (if applicable): __/__/____
Phone ID (Cell Block/Day Room) - (if applicable):

**Explanation of Trouble (Be specific, include details):**

Please see the response below from OTS Technical Support regarding issues you have been experiencing when attempting to place calls to your friend/family member at 5054940896. Thank you.

+++++++ TO BE COMPLETED BY TECHNICAL SUPPORT +++++++

According to our records, 5054940896 was successfully approved and added to your approved calling list on 03/30/2022 05:32:43. However, you are currently unable to place calls because there is a suspension on your account. In most instances, phone accounts will automatically be suspended for 90 days upon conviction of a major disciplinary. In addition, offenders in transient status will also be suspended. No calls can be made until your status has been cleared. OTS representatives are not able to answer specific questions about offender suspensions. If you have any questions about your suspension, please contact unit administration. Thank you.

ma 03/30/2022 T# 17516037
Date Resolved    Ticket Tracking No.

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

Hey, can you make a copy for our records and send the original to: United States District Court
c/o Nathan Ochsner / 3:22-cv-00052
601 Rosenberg Street
Galveston, Texas 77550

Thank you!! ♡

| | | | | TFSTMT | | | |
|---|---|---|---|---|---|---|---|
| 28,432 | MEDICAL CO-PAY OWED: | | .00 | LOCATION: ROW K-1 | 17 | UNIT: | DA |
| | FEDERAL COURT FEE OWED: | | .00 | NAME: ZUNIGA, JULIO | | | |
| | TEXAS COURT FEE/CHARGE OWED: | | .00 | DATE: 02/28/22 | | ACCOUNT NUMBER: | 01961551 |
| | INDIGENT SUP OWED: | .00 | OTHER HOLD AMOUNT: .00 | | BEGINNING BALANCE: | | 40.58 |

| 02/22 | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 10 | CM | 40.45 | | .13 |
| 23 | WP WEB SALE C WILLIAMS | | | .13 |
| 25 | WS RECEIPT OF WEB SALE | | .00 | .13 |

**\*See Other Side For Opening Instructions\***

28,432 M          TFSTMT
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**          LOCATION: ROW K-1   17   UNIT: DA

INMATE TRUST FUND
STATEMENT OF ACCOUNTS          NAME: ZUNIGA, JULIO
P.O. BOX 60
HUNTSVILLE, TEXAS 77342-0060          DATE: 02/28/22          ACCOUNT NUMBER: 01961551

TFSTMT
LOCATION: ROW ~~K-1~~   ~~17~~   UNIT: DA

NAME: ZUNIGA, JULIO

DATE: 02/28/22   ACCOUNT NUMBER: 01961551

move
L 119B

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOI

REMOVE STUBS AT LEFT & RIGHT
FOLD, CREASE AND REMOVE THIS STUB AT PERFORATION

| Code | Description | Code | Description | Code | Description | Code | Description | Code | Description | Code | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| XX | Closed Account | DC | Deposit Correction | ED | ACH Deposit | FA | Federal payment From Deposit- | MA | Medical Co-Pay Adjustment | GW | Group Withdrawal | MR | Medical Refund | MP | Medical Fee (Prior Visit) | SB | State Payment From Deposit- |
| AB | Indigent Supplies | | | EX | Transfer to Escheat | FB | Federal Payment From Deposit | MD | Medical Co-Pay (Prior Visit) | GH | Group Hold Withdrawal | HW | Hold Withdrawal | OP | Outside Purchase | SD | State Dismissal |
| AC | Account Corrections | | | | | IPFF | (Initial Partial Filing Fee) | MF | Medical Fee | | | PH | Place Hold (Misc.) | SI | State Initial |
| AP | Indigent Supplies Adjustment | | | | | RFF | (Reminder Filing Fee) | MG | Medical Co-Pay Grievance | | | PP | Prior (Unpaid) Charges | TR | Transfer Between Accounts |
| CA | Cash/Intake Deposit | | | | | | | MM | Medical Modification | | | PR | Indigent Supplies Collection of | WR | Web Sale Returns (eComm) |
| CK | Government Check | | | | | | | MO | Money Order | | | RH | Release Hold | WS | Web Site (eComm) |
| CM | Commissary Purchase (EFT) | | | | | | | | | | | SA | State Payment From Deposit- | WP | Web-Purchase (eComm) |
| CO | Indigent Marker | FD | Federal Dismissal | | | | | | | | | | | WU | Electronic Transfer Deposit |
| CS | Craft Sale | FI | Federal Initial | | | | | | | | | IPFF | (Initial Partial Filing Fee) | | |