# United States District Court
# Southern District of Texas

Case Number:  3:22-cv-52 _____

# ATTACHMENT

Description:

☐ State Court Record        ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part _____ of _____

☐ Exhibit to: _____
               number(s) / letter(s) _____

Other:  (1) towel sample inside a plastic bag - DKT 21 (The towel

 was examined by the Marshals and was determined to be safe.)

Placed in an expandable folder on the clerk's shelf.