Case 3:22-cv-00052 Document 22 Filed on 04/21/22 in TXSD Page 1 of 1

United States Courts
Southern District of Texas
FILED
APR 21 2022
Nathan Ochsner, Clerk of Court

Dear Mr. Ochsner, I appreciate you taking my Motions, I do apologize for the urgency,... The Administration is conducting a Surveillance Operation on me, the Warden's watch will be their Phones @ all hours of the day. As soon as I wake up they keep the whole line limited in movement, just to keep me from moving up and down the hall while they are out of reach for me to question the "Intentional Oppression." Brazoria County - is on fire because the "Habeas Corpus" scandal is only begun. I reported these issues to: Honorable Alma Allen / Dennis Bonnen / Dan Huberty / Will Metcalf / Rick Miller / Ron Reynolds / Carl Sherman / Phil Stephenson / State Bar / Angleton Times / MongooseDistro.com / TexasPrisonReform.com / The Union is going to be interviewing me on Radio very soon,... I am going to have to file another "TRO" on the intelligence officer that is involved in Corruption. He's been on a rampage trying to gather up his Contraband that he let in,... because "Prosecutorial Misconduct" is alleged on the same idiot who is colluding with TBCJ/TBCJ. My Request NOW, is for permission to allow a few more guy's who are affected by H-PyLori onto (3:22-CV-00052).

Last Question, can you please send me a notification that you received that "Water Sample," and if so is the court going to release it to "LabCorp," when I get it paid? Is this okay? I'm having to do extreme stuff to get around surveillance,... I have not heard from my support group, which tells me that my mail is being held. (Legal & Media)

4/18/22

Yulee C. Zinge