Michael FREDRICKSON #1915195 IS Requesting Permission From the United States District Court - Judge JEFFEREY V. BROWN, to be Allowed on to the Class-Action 3:22-CV-00052/ JULIO A. ZUNIGA VS. PATRICK O'DANIELS, AS PART OF THE WATER-CONTAMINANTS/H-PYLORI Campaign on MEMORIAL UNIT-59 DARRINGTON RD/ Rosharon, TEXAS 77583 on 4/12/22.

   I WOC-DELEGATE, has been Assisting MR. FREDRICKSON, WITH LEGAL AND MENTAL HEALTH guidance, AND IS REQUESTING the COURT TO AMEND complaint on THESE FACTS: M. FREDRICKSONS PERSONAL WRITING PRESENTED TO IWOC-DELEGATE X386969/ I have been having SEVERE PAIN IN MY ABDOMEN @ the MEMORIAL UNIT, FOR THREE Month's NOW,... I Arrived in August with a clean Bill of Health. While on MEMORIAL UNIT, I have been hospitalized Twice. #1) 2-14-22 (ON RECORD) #2) ON 2-20-22 (ON RECORD). My symptoms WERE: SEVERE ABDOMINAL PAIN, Blood in stool, Blood PRESSURE-High-165/120, Shaking, HEADACHES, DIARRHEA, and then CONSTIPATION, FATIGUE, LETHARGY, SOME loss of VISION. I was TREATED @ Hospital with: Iopamidol, MORPHINE, ONDANSETERN, and @ MEMORIAL UNIT, I was given "Tylenol III".

   My visit to UTMB- INCLUDED A CT SCAN, WHERE A 9mm MASS was located (NODULAR). THIS IS NEW SINCE I'VE ARRIVED HERE at this UNIT, BECAUSE my LAST CT SCAN WAS done HERE IN 2021. I TESTED POSITIVE FOR SOME Bacteria in my URINE ON BOTH VISITS TO UTMB. THE DOCTOR @ UTMB (MEGAN MEDINA) SAID I NEED TO SEE a G.I. As Soon As possible (This was put on my discharge papers). BUT IT NEVER HAPPENED. Also ON 2-20-22 ON MY SECOND VISIT TO UTMB- DR. DONNELL NEWMAN (MD) SAID I Also NEED TO SEE a G.I. IN NO Longer then a week, This Also NEVER happened. (ANGELA CHEVALIER - SR. WARDEN IS manipulating AND Denying MEMORIAL UNIT FROM RECEIVING CARE). I have been given RUNAROUND BY DR. HINKLE, DR. HAQUE, DR. ONUGU,... AND MY SUPPOSED DATE WITH GI IS IN JUNE 2022. AS OF NOW, I am STILL IN PAIN YOUR HONOR, BLOOD IN STOOL, HBP, ect.

   I am being Told by FORMERLY H-pylori victims, that people are FOR YEAR'S NOW testing Positive FOR H-pylori. Now with MEDICAL STAFF NOT ASSISTING ME with ADEQUATE CARE, DENYING WATER-CONTAMINATION ARE OUR RIGHTS being VIOLATED IN OUR FACES, AND they ARE DOING OTHER inmates WORSE.

   PLAINTIFF- Jeremy LEE IS @ UTMB WITH CANCER NOW!! I would like TO BE A PART OF This Class-Action, FOR I AM A WITNESS to the DIRTY Tactics BEING USED.  M. FREDRICKSON   *Michael Fredrickson* #195195

THIS IS *Julio Zuniga* #196551  4/12/22
   JULIO A. ZUNIGA

PERMISSION TO INCLUDE H-PYLORI
PLAINTIFF'S ALONG WITH "Michael F.

United States Courts
Southern District of Texas
FILED
APR 21 2022
Nathan Ochsner, Clerk of Court

People Requesting Permission From your Honor to Be Allowed to Amend

David Appleton 1519909
Delbert Littlefield 2296643-
Chris Graham 1824266 ← Medical UTMB, Similarities to Michael Fredrickson
Isaac Badillo 2704821 -H-pylori
Information From Mr. Badillo Is Alleging Intentional Poisoning By Staff/Inmates Working as a Team