DEAREST Clerks, this is a "Water Sample" of the Shower Area I cut off a busted water line connected to our shower heads.

On 4/10/22 - approximately @ 5:00 - 5:45 pm - Sunday on camera you will see me enter the shower area and come out with the sample in a white bag.

Earlier last week, I attempted to mail out a water sample, sealed thru property room, Ms. Evans would refuse me access to court's twice.

She threatened me with a case and refused to mail out my water sample I had inside a cleaned-out "Nasal Spray Bottle."

This sample will need to be Lab tested, I am going to request that the court release this sample to LAB CORP - Houston as soon as I pay for the test. There will be a bottle sent to you as well,... but it's not easy with TBCJ/TDCJ watching me on cameras. I'll get it to you. Please hold samples until I pay for Lab Test. Thank you! FRANCISCA LOPEZ - (IWOC-NM)

(505) 494-0896

is who will be assisting with the Lab Testing fee's. - AND OR "Brittany Robertson" - TexasPrisonReform.com

Thank you!!

United States Courts
Southern District of Texas
FILED
APR 21 2022
Nathan Ochsner, Clerk of Court