STATE OF TEXAS

COUNTY OF BRAZORIA

United States Courts
Southern District of Texas
F I L E D

APR 25 2022

Nathan Ochsner, Clerk of Court

## UNSWORN DECLARATION - State Law

The following declaration is made pursuant to federal law, 28 U.S.C.A. § 1746
and State law V.T.C.A. Civil Practice and Remedies Code § 132.001 – 132.003:

"My name is, _Julio A. Zuniga_ my date of birth is _12/23/79_
and my inmate identifying number, is _____. I am presently incarcerated in
TDCJ-ID, at the Darrington Unit in Rosharon/ Brazoria County, Texas 77583. I declare
under penalty of perjury that foregoing is true and correct.

Executed on this the _20th_ day of _April_, 20 _22_

/S/ _Julio A. Zuniga_

WITNESS: _Mark Zimmerman_
MARK ZIMMERMAN
TDCJ ID# 02136697

4:55 pm @ Law Library.
Form was Filled out by
Both Plaintiffs in the presence
of Mr. Golightly.




111 E. Locust, Ste. 500
Angleton, TX 77515

www.brazoriacountytx.gov

979-864-1316
979-388-1316
281-756-1316

# DONNA STARKEY
## DISTRICT CLERK
### BRAZORIA COUNTY

April 08, 2022

Julio Zuniga, TDCJ #01961551
Memorial Unit
59 Darrington Rd.
Rosharon, TX 77583

RE:   Cause No: 91191-CR in the 149th District Court
      Styled:  The State of Texas vs. Julio Zuniga

Dear Mr. Zuniga:

Enclosed you will find a copy of the following document(s) which have been filed in our office:

1.   Order Designating Issues

Sincerely,
**DONNA STARKEY, District Clerk**

DS/mc
Enclosure

Filed for Record
4/6/2022 1:55 PM
Donna Starkey, District Clerk
Brazoria County, Texas
91191-CR
Angela Gray, Deputy

CAUSE NO. 91191-CR-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 149th JUDICIAL |
| | § | DISTRICT COURT OF |
| JULIO ZUNIGA, III | § | Brazoria COUNTY, TEXAS |

### ORDER DESIGNATING ISSUES

The Court, having reviewed Applicant's application for writ of habeas corpus filed pursuant to TEX. CODE CRIM. PROC. art. 11.07, decides that there may be controverted, previously unresolved facts material to the legality of Applicant's confinement that require resolution. **Accordingly, the Court designates the following issue to be resolved: (1) If applicant was forced under threat to take a plea. (2) Prosecutorial Misconduct, and (3) Ineffective assistance of counsel.**

A hearing shall be conducted by affidavit. Applicant should <u>not</u> be returned to Brazoria County. <u>Bruce Armstrong</u>, <u>Moses Villalobos</u>, <u>Willie Ratliffe</u>, <u>Officer Reyes</u>, <u>Penny</u> ~~Garza~~, <u>Lt. Jesse Lott</u>, <u>Major Fredrick Gordon</u>, <u>Marcus Cooper</u>, <u>Sgt. Williams</u>, <u>Sgt Estrada</u>, <u>Officer, Garcia</u>, <u>Bo Stallman</u>, <u>Charles Martin</u>, <u>and Cynthia Bridges</u>, to file an affidavit with this Court, addressing applicant's claims of <u>threatening to take a plea</u>, <u>prosecutor misconduct</u>, and <u>ineffective assistance of counsel</u> **shall prepare an affidavit**, responding to the above-designated issues.

The original affidavit(s) shall be submitted to the Clerk of this Court with a copy mailed to the applicant, Julio Zuniga, TDC # 01961551 % TDCJ Memorial Unit, 59 Darrington Rd, Rosharon, TX 77583, and the State's post-conviction attorney, Cynthia Bridges, % Special Prosecution Unit, 111 East Locust, Rm 408-A, Angleton, TX 77515 **no later than this date:**

_____

4/20/22 - 9:40am - L - LINE / row 19 cell,
SHAKEDOWN WAS EXECUTED ON PLAINTIFF in 3:22-CV-00052
BY OFFICER AHOVEY / TILLMAN - LT. BUNCH, NOTHING WAS
SAID JUST THAT THEY COULDN'T TELL ME WHO SENT THEM.
WILLIE RATLIFF / MARCUS COOPER / FREDRICK GOODEN /
Cynthia BRIDGES ARE the ONLY ONES OTHER THAN
Timothy Williams, Who CAN DO THIS, PLUS INMATES TOLD
ME THEY HAD Photos OF ME IN CAPTAIN'S OFFICE. (PROSECUturial
MISCONDUCT.)

Upon receipt of the affidavit(s), each party is allowed to file a response and submit it to the Clerk of this Court with a copy mailed to the opposing party, **no later than third (30) days following the mailing of the affidavit from TDCJ.**

**The Clerk of this Court is also directed to** send a copy of this Order to:

(1)     The State's post-conviction attorney, Cynthia Bridges, Special Prosecution Unit, 111 East Locust, RM 408-A, Angleton, TX 77515;

(2)     TDCJ Office of General Counsel, PO Box 4004, Huntsville, Texas 77342; and

(3)     Pro Se Applicant, Julio Zuniga, TDC # 01961551 % TDCJ Memorial Unit, 59 Darrington Rd, Rosharon, TX 77583.

SIGNED this date: _____4/7/2022_____

T. Holder

**JUDGE PRESIDING**