**You have received a jpay letter, the fastest way to get mail**

From: Micah Miller, CustomerID: 27206289
To  : JULIO ZUNIGA, ID: 05732604, 01961551
Date : 4/15/2022 4:39:13 PM EST,   Letter ID: 1467432191
Location : DA
Housing : L-1   19

United States Courts
Southern District of Texas
FILED
April 25, 2022
Nathan Ochsner, Clerk of Court

Greetings Z
I hope as always that this finds you well and that the days have been kind to you. I just wanted to check in and let you know you are in my thoughts. I know they have been retaliating hard against you and I have been posting in forums and trying to get some additional networking opportunities. I have yet to hear back from Zac and while Im trying to be patient, However some have lost theirs j r has written him and let him know he had done what he asked and sent all the original copies of his documents but has not heard they had been received nor any reposes, He is quite mad and I don't blame him feels like getting blood from stone as of late but we are persisting just the same. I should be hearing back from real talk radio soon about networking opportunities and shot off a few email including one to PBS since they have recently taken a more direct interest in criminal justice reform. How are you? What's gone on? I'm not sure if they are even letting you write or making it hard to but I know you are on restriction. I'm proud of you Z, I hope you know that!
 I haven't heard back from mongoose distro, Do you need anything? I have been having issues with my phone service so I am primarily reaching out via email if you get any mail from our supports saying such, I'm working on it but this town is a dead zone. Have their been anymore visits. Z this past week was all bad news it felt like. I mean it I heard of a new death everyday and had to inform someone that a loved one died. Each day I have like that I try to honor the lost by working harder for the rest but it can get tiring and if I'm feeling it I know you are too. There is good news word of additional programs and the numbers of supporters are rising. We have been getting more stamps donated so the mass mailing in Oct should be a success. Well I better get back to the stack but take care Z and Im here (B RITTANY)
P.S Here is one of my boys Loki he is a Syvannah, I hope his silly face brings a smile to yours

Dear Clerk, 4/20/22 - L119B - @ 9:40 AM, I exit my cell and get stop in Sally Port by Officer Ahovey / Lt. Bunch / Officer Tillman - They asked me to place my hands behind my back,... I refused, for fear of getting body slammed on steel staircase, which is a known tactic to kill inmates.
I was escorted back into my cell, strip searched, and then told "I was being searched because of my celly," - A False Pre-Text, It was blatantly nothing more than Harrassment / Retaliation / and Deliberate / Reckless Indifference. I ask the court's to know that I believe that the Sheriff / DA / TBCJ / TDCJ have now began a campaign to Harrass / Provoke / Intimidate Again, like on (Cause No# 91191-CR-A) Brazoria County Special Prosecution Unit. I just mailed you the motion, and inmates came to me telling me that in the Captains office Majors were passing a photo of me, to inmates and officers,... just minutes before I got shook down on camera. Lt. Bunch needs to be added on my "TRO", She Harrassed me twice this week for trying to go to Respite Area.

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

Mrs. Wagner is Blocking ous Access to the Courts, and inmates who are fighting with me, Zweek's now, no Lay-ins for no reason, I was sending them Days in Advance.

If you call and ask Mr. Golightly to show you, the roster 4/19/22 I was allowed by him to do research.

The (Deliberate Indifference is from State Agent Wagner) and is continueing. This declaration is true and correct: Plaintiff "Samuel Calderon / Mark Zimmerman / et al, were all witnesses. Please allow this "TRO" to assist us.

Julio C. Zuniga

Z-X386464

**You have received a jpay letter, the fastest way to get mail**

From : TECHSUPPORT CENTURYLINK, CustomerID: 3919397
To   : JULIO ZUNIGA, ID: 05732604, 01961551
Date : 3/30/2022 2:35:30 PM EST,    Letter ID: 1452907297
Location : DA
Housing : K-1    17

Offender Telephone System message to the Offender.

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

**You have received a jpay letter, the fastest way to get mail**

From: TECHSUPPORT CENTURYLINK, CustomerID: 3919397
To: JULIO ZUNIGA, ID: 05732604, 01961551
Date: 3/30/2022 2:35:30 PM EST,   Letter ID: 1452907297
Location: DA
Housing: K-1   17

## TDCJ Offender Telephone System (OTS) - Assistance Request Form

SID#: 06935457

**INSTRUCTIONS**
- Review list of common problems before submitting a complaint form.
- This form is to be completed and placed in a unit mailbox to be picked up by the mail room.
- You must print legibly.
- Expected response should be 7-9 business days after the form has been placed in the mailbox.
- List only one issue per form.
- Incomplete or unreadable forms will be returned unresolved.

**COMMON PROBLEMS** / **RECOMMENDED RESPONSE**
- My TDCJ # does not work. / If eligible, you will be enrolled into the system. (Time frame TBD)
- Message says "The phone # is restricted" / Not an OTS issue. Telephone # owner must resolve this issue.
- Message says "Invalid Number" / Verify number is on approved Visitor's List
- Message says "PBI is not a match" / You will need to re-enroll during your scheduled re-enrollment period.

TDCJ ID#: 02049344

Please write in your TDCJ - ID # in the squares and then completely shade in the corresponding number above.

Offender Name (Last, First, MI): OSUNA, MARCELINO
Today's Date: 3/30/2022
Unit: WYNNE

Telephone No. Called: ( )   -
Time Called (if applicable):   : am/pm
Date Called (if applicable): __/__/____
Phone ID (Cell Block/Day Room) - (if applicable):

**Explanation of Trouble (Be specific, include details):**

Please see the response below from OTS Technical Support regarding a request you recently submitted requesting to have numbers removed on your approved calling list.

++++++++ TO BE COMPLETED BY TECHNICAL SUPPORT ++++++++

Per your request, the following numbers have been successfully deactivated on your approved calling list: 8323297833, 8323299277, 8324100760, 8327239294, 8328786928 & 8324272909. Thank you.

ma 03/30/2022 T# 17516017
Date Resolved   Ticket Tracking No.

---

NAME ON JPAY IS ME, THE PERSON ON ASSISTANCE REQUEST FORM IS NOT!! I DON'T KNOW WHY THEY DID THIS I'm NOT ON K-LINE, 17 / L-1-19B AND I MOVED 2 WEEK'S AGO, MAY BE MORE, BUT I HAVE NOT BEEN ON K-LINE, THIS TELL'S ME, they ARE Manipulating MY PHONE SERVICE AGAIN. I'm OFF RESTRICTION 4/28/22

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

