IN THE UNITED STATES DISTRICT COURT FOR the Southern District - GALVESTON DIVISION

CIVIL ACTION NO# 3:22-CV-00052

JULIO A. ZUNIGA. et al,.

VS.

PATRICK O'DANIELS. et al,.

United States Courts
Southern District of Texas
FILED

APR 26 2022

Nathan Ochsner, Clerk of Court

## ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION & A TEMPORARY RESTRAING ORDER - (TRO)

Upon the complaint, the supporting affidavits of PLAINTIFFS, AND the MEMORANDUM OF LAW submitted herewith, IT IS:

ORDERED that the defendants: (PATRICK O'DANIEL'S / BOBBY LUMPKIN / BRYAN COLLIER / GUISTINA PERSICH / TAMMY SHELBY et.al,. ON 3:22-CV-00052, CONSIDERED AS DEFENDANT'S that PLAINTIFF/S has REQUESTED TO AMEND: Bridgett HAYES / Willie Ratliff / Timothy WILLIAMS / CHARLOTTE McKnight / PATTY POLK / TIA BEY / TANIKA HAFFORD / ELISHA BAUGH / ALEXANDRIA FORD / MARCUS COOPER / FREDRICK GOODEN / LORPU DORBER, et al,. SHOW CAUSE IN ROOM #411 OF THE UNITED STATES COURTHOUSE, 601 ROSENBERG STREET / GALVESTON, TEXAS 77550, ON the ___ day of ___, 2022, @ ___ O'CLOCK, WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE PURSUANT TO RULE 65(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE enjoining the defendants, their SUCCESSORS IN OFFICE, AGENTS and EMPLOYEES and all other PERSONS ACTING IN CONCERT (DIRECTLY or Indirectly) and PARTICIPATION WITH them, FROM: BLOCKING PEOPLE FROM REGISTERING ON my TEXAS PRISON PHONE.com/account to STOP HARRASSING PLAINTIFFS by Following them on CAMERA AND SENDING OFFICERS to INTIMIDATE / PROVOKE / RETALIATE FOR UNITING with IWOC OR BEING IWOC MEMBERS. STOP DENYING US OUR STATE ISSUE TABLETS OUT OF RETALIATION FOR TBCJ / TDCJ. STOP BLOCKING / HOLDING OUR COMMUNICATION VIA MEDIA MAIL / LEGAL MAIL,... TBCJ has SENT AGENT MITCHELL TO CAUSE RACIAL TENSION IN Chapel BY TARGETING the Spanish / LATIN-X community ... IT IS ON RECORD. REQUEST RELEASE OF my / OUR I-60's TO RISK MANAGEMENT WHO has BEEN ignoring my REQUEST To RETURN THEM TO US,..... REQUEST SR. WARDEN HAYES TO PREPARE TO OPEN RESPITE AREA'S WITHOUT USEING IT AS A WEAPON AGAINST SICK / DEBILITATED WORKERS WHO ARE ALL SICK WITH WATER - CONTAMINANTS. ORDER WATER-TOWER INSPECTED BY FEDERAL INSTITUTION FOR Violation of Clean WATER ACT.

IT IS ORDERED that the ORDER to Show Cause, and all other PAPERS attached to this application, be SERVED ON the aforesaid Plaintiffs by:

4/25/22 - MONDAY
HONORABLE JUDGE
X _____

DATE: 4/18/22

RESPECTFULLY Submitted,

Julio A. Zuniga

59 Darrington RD.
Rosharon, TX 77583
TDCJ #1961551)
IWOC - TEXAS
X386964

Natural Resources Defense Council v. Curtis, 109 F.R.D. 4, 12
Alexander v. Rizzo, 50 F.R.D. 374
Villante v. Dep't of Corrections of City of New York, 786 F.2d 516, 519 (1986)
Helling v. McKinney, 509 U.S. 25, 35, 113 S. Ct. 2475 (1993)
Allegheny County Jail v. Wecht, 874 F.2d 147, 154 (1989)
White v. Cooper, 55 F. Supp. 2d 848, 858 (1999)
Procunier v. Martinez, 416 U.S. 396
Nasir v. Morgan, 350 F.3d 366, 369 n.3
Rowe v. Shake, 196 F.3d 778
Canadian Coalition Against the Death Penalty v. Ryan, 269 F. Supp. 2d 1199
Gardner v. Howard, 109 F.3d 427, 430-31
The Chicago Reader v. Sheahan, 141 F. Supp. 2d 1142
Owen v. Lash, 682 F.2d 648
Spruyette v. Hoffner, 191 F. Supp. 2d 736
Abu-Jamal v. Price, 154 F.3d 128
Farid v. Goord, 200 F. Supp. 2d 220
Turner v. Johnson, 46 F. Supp. 655, 660-63
Hoskins v. Lenear, 395 F.3d 372, 375
Vance v. Barrett, 345 F.3d 1083, 1093-94
Dannenberg v. Valadez, 338 F.3d 1070, 1072
Cruz v. Beto, 603 F.3d
Jones v. North Carolina Prisoners Labor Union, 433 U.S. 119, 136, 97 S. Ct. 2532
Greason v. Kemp, 891 F.2d 829, 836
Wathen v. Schirro, 2009 WL 2632719 (Iqbal)
Ray v. Caruso, 2009 WL 2230935
Conn v. City of Reno, 572 F.3d 1047, 1064
In Re Harrell, 2 Cal. 3d 675, 87

There is heavy surveillance and mailroom tampering with outgoing mail, primarily because of the media/state reps/state bar/local government to whom I am exposing corruption/conspiracy to cover-up habeas corpus/contraband entrapment rings in TDCJ-mailrooms. The statistic (TBCJ/TDCJ) of the incoming contraband is well documented, witness - (Lori Davis - TDCJ Director formerly) Warden Powers - (former).

"To deny my outside supporters access to me thru blue phone is once again 'Deliberate Indifference'/'Malice'/'Evil Intent'/'Cruel and Unusual Punishment'". My request is to avoid further "Irreparable Harm", my mental health is in tatters, TDCJ will not stop blocking my I-60's from reaching Depts or allowing me to receive them. I am leaving paper trail/with our demands as a union, and I am once again reporting to U.S. Marshal's the contraband entrapment rings operating in all 6 regions of Texas Dept. of Criminal Justice --- and I am mostly the only one that follow around, - everyone else is being watched by 3rd shift officers who hide in rooms to watch me on camera..... I have been asking Ms. Howard to stop conspiring to cover-up for her subordinates. Brandy Shannon has since been fired/transferred after I reported their set-up to U.S.D.C., - her harm has been done, so the state spit her out. Marcus Cooper/Frederick Gooden are still manipulating disciplinary hearings and telling Cpt's to slam all IWOC members, literally walking into the hearing to yell out his/their "everyone is guilty" speech. I need court protection to be able to litigate fruitfully.

I have recently forced TDCJ to stop Blocking "FRANCISCA LOPEZ" (505) 494-0896 My punishment is over on the 28th of April,— Major's and Warden's are preparing to send Lt. OKI / Sgt. S. UDOCHUKWU to harrass me and keep me from making my morning calls to comrades / support system. TRO w/ BEVERY Effective is putting a stop to this kind of retaliatory attacks. It's "all eyes" on "Z",— I've told Sr. Warden B. Hayes, that I am having to file a (TRO), and she did not care,... Now, it's so tense, they run and hide in the front office, then let me roam to points of destination, so I don't pull them over. They use radios, phone, cameras, to communicate my location and avoid me at any cost, so that they seem invisible when they attack. Only the tactic is so old, I flip it on them, however, I cannot speak to them about this "TRO" because fear of being set-up again.

I do pray that under penalty of perjury, the allow this as "Sam Jones" Declaration, that all the information and allegations are true and correct.

I do not have legal counsel, and the complexity of this case is truly affecting my overall "mental health."

4/18/22

State Reps. Contacted By Legal Mail:
Alma Allen
Dennis Bonnen
Dan Huberty
Will Metcalf
Rick Miller
Ron Reynolds
Carl O. Sherman
Phil Stephenson

Angleton Times  2 - Media mail
1 - W. Marshalls @ Houston Field Office - Legal mail

Respectfully Submitted,

Julio A. Zuniga #1961551
59 Darrington Rd.
Rosharon, TX 77583

STATE OF TEXAS

COUNTY OF BRAZORIA

### UNSWORN DECLARATION - State Law

The following declaration is made pursuant to federal law, 28 U.S.C.A. § 1746 and State law V.T.C.A. Civil Practice and Remedies Code § 132.001 – 132.003:

"My name is, JULIO A ZUNIGA my date of birth is 12/23/79 and my inmate identifying number, is 1961551. I am presently incarcerated in TDCJ-ID, at the Darrington Unit in Rosharon/ Brazoria County, Texas 77583. I declare under penalty of perjury that foregoing is true and correct.

Executed on this the 18TH, day of April, 2022.

/S/ Julio A. Zuniga IWW-IWOC #X386969