Hello, IT'S ME "Comrade Z" Couldn't say that "I could really appreciate"
IF I could get some Help in RECEIVING Books on psychology AND/
OR MAGAZINES, LIKE "Psychology Today"
IF YOU DO NOT CARRY THAT, ---- How About "DUNE", OR ANY OF the SERIES
LIKE "DUNE Messiah" or "Children of DUNE".

Thank you So much.

Please Visit OUR sites, AND that you Share them with
EVERYONE in AUSTIN.

SOLIDARITY
AND SABOTAGE,
"Z"
IWW-IWOC
TEXAS

United States Courts
Southern District of Texas
FILED

APR 2 8 2022

Nathan Ochsner, Clerk of Court

JULIO Ⓐ ZUNIGA Ⓐ #1961551 "Z"
MEMORIAL PLANTATION
59 DARRINGTON RD.
ROSHARON, TEXAS 77583

NORTH HOUSTON TX 773

8 APR 2022 · PM 1 L



L119

INSIDE BOOKS PROJECT
C/O 12TH STREET BOOKS
827 W. 12TH ST.
AUSTIN, TX 78701

NIXIE      787   FE 1        0004/13/22
          RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
UTF    BC: 77583505759    *2533-04007-08-43
77583>5057
78701-176999

2/7/22

Dearest Sandra, it's Z, wassup? How is life treating you?

Well things are good, just Networking. I was hoping you can reach out to a Comrade in Wisconsin, her name is "Troublemaker" - Brittany Robertson / (281) 747-1763 / endadseqtx@gmail.com / TexasPrisonReform.com

I am asking all of our Comrades to help her spread the good word.

You'll see... she's awesome. Well, I am curious, why you've stayed away so long? Just so you know, you are thought of often.

What's going on with your music and all that awesomeness? Please update me,...... you are always welcomed here.

I can imagine how busy you must be. There is so much going on in Texas,... All of our work is paying off,... We cannot allow the Movement to slow down or stop.

Which is why I am asking you to unite the fight and Contact Comrade's to lend support for our campaigns.

Francisca Lopez - IWOC-NM (505) 494-0896 is my facilitator, who would love to hear from you,....

(MongooseDistro.com) is still our biggest supporter, Matt Brodnax, so if Comrade's can donate for printer Supplies and Stamp's, go to: Brodnax13@gmail.com.

Do send me pic's, I would love to have them. Let me know what's goin' on Okay? (!)

Happy Valentine's to you and your Lady!

Solidarity,

| Step 1 | ☒ | Grievance # | Offender Name | TDCJ # | Unit |
|--------|---|-------------|---------------|--------|------|
| Step 2 | ☐ | 2022079040 | ZUNIGA, JULIO | 01961551 | da |



## Texas Department of Criminal Justice

### *NOTICE OF EXTENSION*

### *Offender Grievance Office*

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** *(check the applicable box)*

☒ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** *(check the applicable box)*

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

| | |
|---|---|
| llincoln/UGI | 4-20-22 |
| Name and Title | Date |

**Original – Send to the Offender**
Copy – Attach to the Grievance

Offender Grievance Operations Manual
Appendix M

JULIO (A) ZUNIGA #1961551  "IWW-IWOC Lo...  ...# I" (DELEGATE)
MEMORIAL PLANTATION
59 DARRINGTON RD.
ROSHARON, TEXAS 77583



NORTH HOUSTON TX 773

8 FEB 2022   PM 7  L

APT. 45

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC:  77583505999    *Z133-01721-08-41

Samora Pinderhughes
302 Convent Ave.
New York, NY 10031

..9330010753113606         IA
                    1998135...

**SUBJECT:** *State briefly the problem on which you desire assistance.*

REQUEST TO DO RESEARCH ON THE 5th OF April

17:00 ~ 19:00

REQUEST TO DO RESEARCH ON 4/12/22

Name: Julio (H) Zuwiga (H)    No: 1961551    Unit: Memorial

Living Quarters: L119B    Work Assignment: INS~ MED. Sg/

**DISPOSITION:** (Inmate will not write in this space)

Received on the 12th of April.
Late / Resubmits

# DARRINGTON UNIT

# LAW LIBRARY

I-60 (Rev. 11-90)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

LAW LIBRARY

TO: _____    DATE: 4/10/22

MEMORIAL

*(Name and title of official)*

ADDRESS: _____

ON A LINE/ ON CAMERA 8:00 - 9:00 am

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Retaliation / Harrassment / By Sgt. Timothy Williams/
WILLIE RATLIFEE / DRUG INTRODUCTION TEAM ON ALL inmates
PLAINTIFFS JAVIER MARTINEZ/ BASIL AZUA /Julio Zuniga ON L119B

Name: Julio A Zuniga    No: 1961551    Unit: MEMORIAL

Living Quarters: L119B    Work Assignment: Ins. MED Sg. 1

**DISPOSITION:** (Inmate will not write in this space)

Please refer to previous Grievance on PREA. Safety
does not cover this.
                    R. Muelin   WRM

☆I-60 (Rev. 11-90)

---

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Risk Management

                    *(Name and title of official)*

DATE: 4/13/22

ADDRESS: MEMORIAL UNIT

SUBJECT: ~~State briefly~~ the problem on which you desire assistance.

Reporting Mailroom Misconduct. Mailroom Workers are writing "IA" on my mail to signal U.S.P.O. to return to sender without it ever leaving Houston. This is Another form of Retaliation that's been going on and executed on Unionized Prisoners, I am sending an example piece to the court. And I need all I60's Back from you.

Name: Julio A. Zuniga   No: 1961557   Unit: MEMORIAL

Living Quarters: L11913   Work Assignment: Ins. Med. Sq1

DISPOSITION: (inmate will not write in this space)

Please refer this to grievance. Safety does not cover this. R Mullin wism

---

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Risk Management
(Name and title of official)

DATE: 4/13/22

ADDRESS: Memorial

**SUBJECT:** *State briefly the problem on which you desire assistance.*

DR. HAQUE/DR. ONOUGU ARE CONTINUOSLY Lying to inmates about their
conditions, — I am REQUESTING THE NAME OF DR. HAQUE TO BEGIN
AN INJUNCTION FOR INMATES ON Class-Action 3:22-CV-00052
I am STILL NOT receiving my #60's From you.

Name: *Julio B. Zuniga*  No: *196155*  Unit: *Memorial*

Living Quarters: *L119 B*  Work Assignment: *Ins. Med. sg 1*

**DISPOSITION:** (Inmate will not write in this space)

Please refer to grievance Safety does not cover
this.
                    R. Mullins   URM

☆I-60 (Rev. 11-90)

---

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

### INMATE REQUEST TO OFFICIAL

- REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: *Risk Management / Ms. Howard*  DATE: *4/13/22*
    *(Name and title of official)*

ADDRESS: *Memorial*

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Request to do Research Monday 18th, 2022

14:00 - 16:0

Received on the 18th Reschedule
For another day.    DC

Name: Julio A. Zuniga          No: 1960551          Unit: Memorial C

Living Quarters: L119B          Work Assignment: Cus. Med. Sg 1

**DISPOSITION:** (Inmate will not write in this space)

✫I-60 (Rev. 11-90)

---

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**
## **INMATE REQUEST TO OFFICIAL**

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Law Library                          DATE: 4/14/22
_____
*(Name and title of official)*

ADDRESS: Memorial