Honorable Court, there has been some progress on the funding for "Labs corp" in Texas City, Texas. Brittany Robertson/TexasPrisonReform.com, will be airing on a Radio Podcast, talking about the legal struggle, the bad-water on this unit and how it's caused cancer in many. She will contact "Clerk", without delay. I only want copies of result's sent from the court to me, and to "Brittany Robertson". As soon as they found out about me mailing you the sample, Memorial Unit has since fixed the busted pipes with copper lines, and that's it,... The sewage water still doesn't drain, telling me that the main drainage pipes under this 90 yr. old building are beyond repair. There is alot of retaliation by camera surveillance, Officers have been told, to continue to use petty tactic's to keep me from going to mailroom in time to pick up my legal mail, as they did on Friday. I am also, going to be mentioned in "The Final Straw Radio @ Riseup.net", w/ Francisca Lopez-(IWOC-New Mexico) who is going to be interviewed.

I will be airing on "Union Radio @ Kansas City, MO w/ Brianna Peril - Coordinator w/ IWOC-HQ.

The water situation is not over,... UTMB - Medical Dr. Haque is refusing to test people, and is covering up/denying that hundreds tested positive in 2021,... They say they cannot find the source, well Bruce Armstrong/Willie Ratliffe/Moises Villalobos/ Captain Lance, intentionally contaminated our water for unionizing. There is an officer from "Allred Unit" that want's to assist us,... but I feel his testimony must be kept confidential, I asked them to contact you.

This is my report for now.

U.S.D.C
Sou. Dis. Gal. Div.
3:22/CV/00052
00096

United States Courts
Southern District of Texas
FILED
APR 28 2022
Nathan Ochsner, Clerk of Court

Respectfully Submitted,

Julio A. Zuniga

"Z"
IWW-IWOC
TEXAS

# STATE BAR OF TEXAS



**CLIENT-ATTORNEY
ASSISTANCE PROGRAM**

Helpline: 800-932-1900
CAAP@texasbar.com
P.O. Box 12487
Austin, TX 78711-2487
Fax: 512-427-4442

April 19, 2022

Mr. Julio A. Zuniga 1961551

Memorial Plantation 1WW-1WOC 613 #1
59 Darrington Road
Rosharon, TX 77583

      RE: Your Letter
      File: 913883

Dear Ms. Zuniga:

Thank you for contacting the State Bar of Texas. The Client-Attorney Assistance Program (CAAP) is a statewide voluntary dispute resolution service of the State Bar of Texas whose objective is to facilitate communication and foster dialogue in an effort to assist Texas lawyers and their clients in resolving minor concerns, disputes, or misunderstandings within the context of the Attorney-Client relationship. CAAP cannot, however, assist you with any underlying civil or criminal matter, provide legal advice, or take any action to remove, replace or compel your attorney to respond or take specific action.

We have received your letter. Please see the marked paragraph below that applies to your request:

_____1. To remove and/or replace a court appointed attorney or public defender, contact the Court Coordinator where your case is pending to have your request addressed. The State Bar of Texas has no jurisdiction or authority to add, remove, or replace attorneys.

_____2. To obtain court records or transcripts, contact the Court Clerk's office where your case was heard to make your request. Please be advised that pursuant to the rules of the jurisdiction, you may or may not be entitled to the documents requested, or there may be a fee associated with the copying of documents.

_____3. The State Bar of Texas does not have jurisdiction over the Court/Judges. We are unable to look into the merits of your court case. You may need to contact the State Commission on Judicial Conduct at P.O. Box 12265, Austin, TX 78711 to have your questions and concerns addressed.

_____4. We recommend you send a letter to your attorney and have your request/question addressed; make sure keep copy of the letter for your own records. If the attorney does not respond to the letter in 10 business days contact CAAP. CAAP might be able to assist you in re-establishing communication with your attorney before filing a grievance. Please review our enclosed information.

__X__5. Pro bono attorney: we do not provide pro bono legal services. Enclosed please find a list of resources where you may write and express your concerns.

Sincerely,
Client Attorney Assistance Program Staff

*I am a lawyer. I am entrusted by the People of Texas to preserve and improve our legal system.
I am licensed by the Supreme Court of Texas. I must therefore abide by the Texas Disciplinary Rules of Professional Conduct,
but I know that Professionalism requires more than merely avoiding the violation of laws and rules.
I am committed to this Creed for no other reason than it is right.*

**Client Sample Letter**

Date

[Attorney Name]
[Attorney Address]

RE: [Client Name]

I am writing in reference to my [type of case] case you are handling for me. I have concerns about: [list and describe your questions or concerns here]

I would like the opportunity to discuss these concerns with you [in person, by phone] or [I would like a response in writing]. I can be reached at [your name, address, and telephone #].

I look forward to hearing from you] or [I would appreciate hearing from you] by reasonable date]. Thank you in advance for your attention to this request.

Yours truly,
[Client Name]

3549? 9/07

---

TO REACH CAAP AND THE
GRIEVANCE INFORMATION HOT LINE CALL:

1-800-932-1900
OR
1-800-204-2222, EXT. 1790
(from anywhere in Texas or out-of-state)

STATE BAR GRIEVANCE
FILED ON (Charles Martin)
SCFO-Huntsville



CAAP mailing address:
P.O. Box 12487
Austin, TX 78711-2487
Fax: (512) 427-4122

State Bar of Texas website: www.texasbar.com

# CAAP
## CLIENT–ATTORNEY ASSISTANCE PROGRAM

WHAT IT IS AND HOW IT WORKS

SERVING THE PUBLIC AND THE MEMBERSHIP OF THE STATE BAR OF TEXAS

## CAAP Mission Statement:

To assist the public and attorneys in resolving disputes with Texas attorneys and facilitate and improve communications between clients and attorneys.

## Two Distinct Options

When a client contacts CAAP on the grievance hotline or in writing, CAAP explains the following two distinct options:

### I. Dispute Resolution Process

Clients may elect to participate in dispute resolution with their attorney-of-record in order to address concerns or requests they may have. While attorney participation in CAAP's alternative dispute resolution process is not mandatory, our program provides a confidential alternative to the formal grievance process. Many issues regarding misunderstandings over communication, fees, documentation, and other requests are normally resolved to the satisfaction of the parties.

### II. Formal Grievance Process

Clients may release their attorney and file a grievance. A grievance form will be sent to the client and will need to be returned to the Office of the Chief Disciplinary Counsel. Upon review of the grievance a letter will be mailed to the client indicating the status of their grievance. Please review the *Attorney Grievance Information* brochure for more details.

| When a grievance is filed, CAAP may not be able to provide assistance that involves contacting the attorney. |

## Step 1
## Documenting a Client's Need

The most common reason a client contacts CAAP is because an attorney is not returning phone calls. If an attorney does not return telephone calls for extended periods of time, it is often effective to send a letter to the attorney. Written correspondence accomplishes two important objectives:

(1) the attorney has the client's concerns in writing so there is no misunderstanding about the client's concerns and;

(2) the letter documents the communication problems that are occurring.

Many clients have used these letters successfully to request an appointment with their attorney, ask questions regarding the case, request information or a copy of their file, etc. Sending letters by certified mail also documents when the attorney received the client's letter. Emails and faxes are also effective in documenting client concerns.

## Step 2
## Requesting Assistance from CAAP

Should an attorney not respond to their client's letter, the client may contact CAAP and obtain a Request for Assistance Form (*RFA*). The client must complete the RFA and return it with a copy of the letter the client previously sent to their attorney and a copy of the signed certified receipt if available.

## Step 3
## CAAP Contacts the Attorney

A CAAP attorney will send the client's attorney-of-record a letter reviewing the dispute resolution process and request that the attorney contact the client. A copy of the client's letter sent to the attorney will also be enclosed.

Should CAAP's initial letter be unsuccessful CAAP will place a phone call to the attorney and/or send another letter. In most instances, issues are resolved to the satisfaction of the parties.

## Step 4
## Closing the Dispute Resolution Process

In some instances an attorney may not respond to CAAP or a client may determine that their attorney's response is unsatisfactory. A client can request a grievance form at the closing of the dispute resolution process. All grievances are reviewed by the Office of the Chief Disciplinary Counsel and not by CAAP.

Please keep in mind the following suggestions when preparing a written grievance:

➢ Prepare a timeline as a guide.

➢ Give information on any and all events, provide dates, facts, and explain behavior issues related to the alleged misconduct.

➢ Organize documents related to your grievance. Give documents reference or exhibit numbers to assist investigators in evaluating the alleged misconduct.