Honorable Representative, thank you for taking the time to read this version of a "Wrongfully Convicted" inmate, by corrupt DA - Cynthia Bridges (SPU) and the "Contraband Entrapment Teams" on Memorial Unit.

I will be advising the U.S. Marshalls of the incident on Memorial Unit THAT caused a statewide cover-up operation headed by "TBCJ (Chairman) Patrick O'Daniels - TDCJ - Directors, and Bruce Armstrong. After filing civil action #3:21-cv-00096 / 3:22-cv-00052, there was more corruption to uncover, so I filed Habeas Corpus 11.07 in Brazoria County - Writ #91191-CR-A, alleging "Prosecutorial Misconduct" / "IAC" / "Due Process Clause" / violations.

I have reported it to "Angleton Times," Texas Prison Reform. com / Mongoose Distro. com / The Final Straw Radio @ Riseup.net interview w/ "Comrade. Z" (4/23/22) State Bar has been notified and 8-state representatives including you. All my evidence is @ U.S. District Court - Southern Division, and it's going to expose a multitude of constitutional violations by "Intentional Oppression" by all 9 members of "TBCJ" handpicked by Governor Abott himself.

Inmate's have united with me, on many front's... and as a convict race, we stand in solidarity when we make these demands: PAY WAGES FOR ALL INMATES / For no changes in parole legislation for inmates.

"END AD. SEG"

MORATORIUM ON DEATH PENALTY BECAUSE OF Corruption by the STATE -

END PRISON SLAVERY.

INDEPENDENT OVERSIGHT Committee - Disciplinary / Grievances

DETACH LAW LIBRARIES From Corrupt State Officials in (TBCJ / TDCJ) AND CALL FOR U.S. Marshall's to INVESTIGATE "CONTRABAND ENTRAPMENT" Ring's in all 6 Regions of "TDCJ."

Thank you for your time Honorable Representative. Please Reach out to me, I would love to speak to you."

Respectfully Submitted,
Julie A. Zwinge
X386969       IWW-IWOC TEXAS

ON BEHALF OF MYSELF AND Plaintiffs OF Civil Actions out OF U.S.D.C @ Southern TEXAS DISTRICT, I apologize For my RECENT Filings of "Sam Jones" Declarations. #1) I am well aware that my mail AND that OF EVERY IWOC member IS UNDER-STATE surveillance, THERE FORE, I will RE-submit "Water Sample" AND, Prepare it Properly. THE Declaration I Followed WAS A SAMPLE, AND I BELIEVE I WAS SUPPOSED TO USE IT with my NAME. I DO REQUEST THAT THE COURT please Allow the EVIDENCE TO REMAIN, AS I CONTINUE TO DO my BEST TO LEARN HOW TO USE THIS "Declaration", IF I WANT TO LEARN, MISTAKES will BE MADE, HUMAN-LAYMEN ERROR. I DO NOT HAVE ANY LEGAL TRAINING. ONLY PASSION, COMPASSION, AND my will. #2.) I have ANOTHER Sample OF TAMPERED MAIL WITH "RTS" WRITTEN ON IT. THIS IS what I SHOWED TO THE COURT on OTHER mail with "IA" WRITTEN ON IT. My SUSPICION'S OF U.S. P.O-Collusion WITH "TBCJ/TDCJ" IS CONFIRMED. Corruption is climbing up EACH AND EVERY DEPARTMENT, AND IF THE POST OFFICE IS Allowing "DELIBERATE Indifference" "Evil Intent" ON PRISONERS I AM REQUESTING THAT THE COURT ORDER AN INVESTIGATION AS To Who IS WRITING These CODES FOR SABOTAGE OF INMATE MAIL. IF THE TBCJ/TDCJ/ ACA has NOTHING TO Hide, WHY IS THE POST OFFICE NEEDED TO MANIPULATE, COERCE, REJECT IWOC MAIL/Communication?

I wrote TO 8-STATE REP's, ONLY THE ONE From (77342) WAS Hi-Jacked/HUNTSVILLES STATE REP. IN KING WOOD.

#4). I've REQUESTED AN ATTORNEY TWICE, I've only Told ONE STATE Rep. ABOUT that NEED, ... So my INTERNAL INVESTIGATION is showing ALOT Collusion within' Political CIRCLES AND INSTITUTIONS, ... THE "Intentional Oppression" IS BECOMING MORE AND MORE APPARENT BY THE DAY. PEOPLES LIVES ARE ON the LINE HERE, I place "NO VALUE" ON MINE, THEREFORE I will Fight THROUGH ALL THE POLITICAL ATTACKS. Senator John Whitmyer" AND HOUSE REP's will continue To RECEIVE MAIL. THE REJECTED, SABOTAGED MAIL I accept AS "Flight" AND "Flight EVINCES Guilt." IN THE EYES OF JUSTICE, IN ANY COURT, You'll Agree that THIS is TRUE AND CORRECT.

5/2/22

RESPECTFULLY Submitted,

IWOC

L-119

## NOTIFICATION TO COME BY MAIL ROOM

_____QA_____ UNIT

Inmate Name J. Zuniga _____ Date 4-29 _____

Inmate No. 1961551 _____

The above named inmate is required to come to the mail room
_____5-2_____10-12_____
(Date and Time)

regarding the following matter:

_____ Questionable Correspondence
_____ Questionable Publication
_____ Package
___X___ Legal, Special, or Media Correspondence
_____ Other

Inmate's Signature_____ Date _____

Notifying
Officer's Signature_____
Original—Return to unit mail room.
Copy—Give completed copy to inmate.          ☆I-152 (NRD)

JULIO A ZUNIGA #1961551
MEMORIAL PLANTATION
59 DARRINGTON RD.
ROSHARON, TEXAS 77583

D.TS

L119

NORTH HOUSTON TX 773

APR 2022 PM 2 L

TITLE
IX

IXIE      773   CE 1         7204/27/22
            RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 77583505759   *2633-03540-19-38

93270205541107714
LEGAL MAIL

U TF
77783550325251

Honorable DAN HUBERTY - DIST. 127
4501 MAGNOLIA COVE DR. #201
KINGWOOD, TEXAS 77342

UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT
GALVESTON DIVISION - CIVIL ACTION #'S
3: 21 - CV - 00096
3: 22 - CV - 00052
BRAZORIA County - (SPU)
WRIT # 91191 - CR - A

Forward To: U.S.D.C.
Judge JEFF V. Brown @
Galveston Division

Privileged inmate mail Not
inspected by Texas Department
Of Criminal Justice
Institutional Division

DA - CYNTHIA "CURRUPT" Bridges
↓
TBCJ
↓
TDCJ

ANGLETON TIMES.com
IWOC@IWW.ORG
TEXAS PRISON REFORM.com
MONGOOSE DISTRO.com
THE FINAL STRAW RADIO @
RISUP.NET/INTER:W/COMRADE Z"
(4/23/22)