UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

— GALVESTON DIVISION —

JULIO A. ZUNIGA, et al., — CIVIL ACTION # 3:22-CV-00052

VS.

PATRICK O'DANIEL, et al.,

United States Courts
Southern District of Texas
FILED
MAY 11 2022
Nathan Ochsner, Clerk of Court

## MOTION FOR PRODUCTION OF DOCUMENTS

RECENT FIRES BROKE-OUT ON K-LINE 4/29/22, ... THE SAME DAY THAT ACA-BOARD MEMBER AND TDCJ-EXEC. DIRECTOR: Bryan Collier WAS ON SITE, immediately, AFTER FIRE broke out, MEN WERE DENIED ADEQUATE MEDICAL CARE FOR Smoke Inhalation. IF INMATES REQUESTED it, they WERE immediately told that they were Faking. Major FREDRICK Gooden, is RESPONSIBLE FOR MANY DEATHS, including "Stephen Curtis" AN "IWOC-MEMBER." ON Camera, the Courts will see why the ACA is NOW ON OUR lawsuit, ... WE WANT ACCESS to REVIEW the VIDEO OF THE ENTIRE EVENT, — INCLUDING HOW ALL the INMATES WERE PACKED INTO A DAYROOM with "75 occupant capacity," — WERE FORCED to CROWD UP IN a smoke FILLED Room. Only MAJOR F. Gooden would do such a thing.

ON 5/4/22 — WARDEN CHEVALIER WAS HERE ON CAMERA, walking the Hall, — She's NOT here to visit, but to RETALIATE ON US IWOC-MEMBERS. Such as "BRIAN CUVETT." — WE A REQUESTING SIGN-IN SHEET FOR THESE DAY'S ON Memorial Unit. WE REQUEST PRESERVATION OF All INTER-OFFICE COMMUNICATION bETWEEN TBCJ/TDCJ AND BRYAN Collier AND WARDENS RATLIFF, DeMOSS, HAYES, CHEVALIER, and To PRODUCE E-MAIL'S OF All OFFICIALS REASONS FOR BEING HERE, ON THIS SPECIFIC UNIT.

Respectfully Submitted,

Julio A. Zuniga

Honorable Judge Jeff V. Brown
5/6/22

"Z"
IWW-IWOC
TEXAS