Julio A. Zuniga #1961551 "IWW-IWOC Local 613#1" "Z" (Delegate)
Memorial Plantation
59 Darrington Rd.
Rosharon, Texas 77583

NORTH HOUSTON TX 773
2 MAR 2022 PM 3

6119

Keith R. Curry Ph.d
2000 P Street NW
Washington, DC 20036

NIXIE          207    4E  1           2294/30/22
     RETURN TO SENDER
     INSUFFICIENT ADDRESS
     UNABLE TO FORWARD
BC: 7753505759                       *5837
*2792-04068-30-26

20036-591599

United States Courts
Southern District of Texas
FILED

MAY 20 2022

Nathan Ochsner, Clerk of Court

Dr. Curry, I recently received a copy of your study into the RHU "in TDCJ." That was really good work. My name is "Z", I am a friend/comrade of Ms. Robertson, Brittany @ TexasPrisonReform.com, and we are networking in Texas. I am a Union Delegate w/ Incarcerated Workers Organizing Committee - Local 613 #1 - Industrial Workers of the World.

I served quite a lot of time in Solitary, Ad-Seg-G5, witnessed the most corruption, agitated to bring change. I was punished severely for unionizing prisoners. In the process I learned how "TDCJ" Policy - pushes men to suicide themselves, the clandestine tactics to break-minds, I've seen it all, and experienced it all.

The heartbreak one feel's to witness a man turn into a vessel, and discarded into some other dimension of suffering is an old slave breaker tactic, ... Only Texas Tradition is the name they @ the "Texas Board of Criminal Justice" call it.

IWW-IWOC Local 613 #1 - is aiming to end it in Texas, we aim to end prison slavery, and change the slaveholder policy. I recently filed a lawsuit on the (Chairman) of Texas Board of Criminal Justice - Patrick O'Daniel. Texas Dept. of Criminal Justice - Directors - Bobby Lumpkin / Bryan Collier / State Counsel for Offenders - Guistina Persich / and MSPC (madicom) Tammy Shelby. Opening an avenue to begin some serious agitation where it counts, ... State Capitol.

I need media assistance and to be contacted by civil right's attorney to call me @ law library, ... I want to go on record talking about the corruption, and violence that is imposed on the prisoner to uphold it. I could use all the help I can get.

Solidarity
And Sabotage,

TexasPrisonPhone.com
JPAY.com

"Z"
IWW-IWOC
TEXAS

3/1/22

Julio A Zuniga #1961551
Memorial Plantation
59 Darrington Rd.
Rosharon, Texas 77583

419

NORTH HOUSTON TX 773
26 APR 2022 PM 7 L

Suite 300
LABCORP
6807 Emmett F. Lowry
Texas City, Texas 77591

NTXTF  773  DE 1    0005/01/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77583585759   *2133-89856-26-48

**IBUPROFEN 600MG TABLET**
EXP:03/21/2023   27041660401   0Z3HYZ
Lot:SPI20220321   Man:SPI   Sta:0L
Qty:30/30/600   MLot:7708395A/JDG

Take with food or milk.

64380060807(30)20220321(30)30
230321(0L)SPI(0Z3HYZ)P



ZUNIGA, JULIO
01961551   K-1 CELL 17
30D-IBUPROFEN 600MG TABLET
KOP 1 TABLETS ORAL TWICE DAILY
FOR 30 DAYS. #30 - 1 CARD TO
LAST 30 DAYS.
03/29/2022 THRU 04/28/2022   Refill 0 of 0
ONUOGU, JOY O. APRN,   /N   #00030
14   31768589   L   LMF   /SML   DA

CMC Pharmacy/2400 Ave. I
Huntsville, TX 77340
888-622-6252

MED. _____
STRENGTH _____
LOT NO. _____
EXP. DATE _____
MFG. _____

FILLED BY _____ CK'D BY _____
RECEIVED BY _____
START DATE _____
REORDERED BY _____
ORDER DATE _____



Medicine·On·Time®
Filled With Confidence

LABCORP, I AM SENDING YOU INFORMATION FOR PAYMENT ON SOME LAB WORK I NEED DONE,... A COPY OF THIS SHOULD BE SENT TO U.S. DISTRICT COURT CLERK - NATHAN OCHSNER, AND UPON RECEIPT OF PAYMENT, HE WILL HAVE INSTRUCTIONS FOR YOU. YOU CAN REACH OUR STAFF @ TEXASPRISONREFORM.COM / BRITTANY ROBERTSON (920) 205-7716 HER E-MAIL IS (ENDADSEGTX@GMAIL.COM) I HAVE LEFT HER SOME INSTRUCTIONS AS WELL, SO, YOU KNOW. THE U.S.D.C IS IN GALVESTON, TX 13 MILES AWAY FROM YOU,... AND ARE EXPECTING YOUR CALL,... YOUR SERVICES ARE GREATLY APPRECIATED.

PLEASE VISIT MY SITE @ MONGOOSEDISTRO.COM / BRODNAX13@GMAIL.COM / THE FINAL STRAW @ RISEUP.NET / INTERVIEW W/ "COMRADE-Z" (4/23/20) WE HAVE TWO MORE PODCAST INTERVIEWS COMING UP AND NEED THE "TEXAS CITY LABCORP" TO KICK ASS FOR US.

P.S. STATE REPRESENTATIVES HAVE BEEN INFORMED AS WELL. ALL FROM THE AREA.

SOLIDARITY (AND SABOTAGE)

4/25/22

IWW-IWOC
TEXAS
LOCAL 613
#1

Julio G. Zuniga

3:22-CV-00052
3:21-CV-00096

Julio Zuniga et al.,
V.
Patrick O'Daniel et al.,

IWOC@IWW.ORG

IWWHTX.ORG

"AN INJURY TO ONE IS AN INJURY TO ALL."